# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | Master File No. 19-md-02878-NMG |

## NOTICE OF APPEARANCE

John D. Radice of Radice Law Firm, P.C. hereby enters his appearance as counsel for Meijer, Inc. and Meijer Distribution, Inc. in the above-captioned matter.

Dated: April 24, 2019

                                               Respectfully submitted,

                                               /s/ John D. Radice
                                               John D. Radice
                                               RADICE LAW FIRM, P.C.
                                               475 Wall Street
                                               Princeton, NJ 08540
                                               Tel: (646) 245-8502
                                               Fax: (609) 385-0745
                                               jradice@radicelawfirm.com

                                               *Attorney for Plaintiffs Meijer, Inc., and Meijer Distribution, Inc.*

## CERTIFICATE OF SERVICE

I, John D. Radice, hereby certify that I caused a copy of the foregoing document to be filed electronically with the Clerk of Court via the Court's electronic filing system, which will serve as notification of such filing to the email addresses of all counsel of record in this action.

    Respectfully submitted,

    /s/ John D. Radice
    John D. Radice