# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>*Meijer, Inc., et al. v. Ranbaxy, Inc., et al.*, No 15-cv-11828 (D. Mass.)<br><br>*Meijer, Inc., et al. v. Ranbaxy, Inc., et al.*, No 18-cv-12129 (D. Mass.)<br><br>*Cesar Castillo, Inc. v. Ranbaxy, Inc., et al.*, No. 18-cv-06126 (E.D.N.Y.) | MDL No. 19-md-02878-NMG |

## DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED DIRECT PURCHASER COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Ranbaxy, Inc. and Sun Pharmaceutical Industries Ltd. (collectively "Ranbaxy" or "Defendants") move to dismiss the Consolidated Direct Purchaser Complaint (MDL Dkt. 20) in its entirety, with prejudice, for failure to state a claim on which relief may be granted.  In support of this Motion, Defendants rely upon the accompanying Memorandum of Law and the Declaration of Laurence A. Schoen, with exhibits.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this Motion.

Dated: May 31, 2019                                    Respectfully submitted,

                                       */s/ Laurence A. Schoen*
                                       Laurence A. Schoen, BBO # 633002
                                       Emily Kanstroom Musgrave, BBO # 678979
                                       MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                       AND POPEO, P.C.
                                       One Financial Center
                                       Boston, MA 02111
                                       (617) 542-6000
                                       (617) 542-2241 (fax)
                                       LASchoen@mintz.com
                                       EKMusgrave@mintz.com

                                       Jay P. Lefkowitz, P.C. (Admitted Pro Hac Vice)
                                       Devora W. Allon, P.C. (Admitted Pro Hac Vice)
                                       Robert Allen (Admitted Pro Hac Vice)
                                       Kirkland & Ellis LLP
                                       601 Lexington Avenue,
                                       New York, NY 10022
                                       (212) 446-4800
                                       (212) 446-4900 (fax)
                                       lefkowitz@kirkland.com
                                       devora.allon@kirkland.com
                                       bob.allen@kirkland.com

                                       *Counsel for Ranbaxy, Inc., and Sun*
                                       *Pharmaceutical Industries Ltd.*

## LOCAL RULE CERTIFICATION

     Pursuant to Local Rule 7.1(a)(2), counsel for Defendants certify that they conferred with counsel for Direct Purchaser Plaintiffs in a good faith effort to resolve or narrow the issues raised by this Motion, but were unable to do so.

                                       */s/ Laurence A. Schoen*
                                       Laurence A. Schoen

## **CERTIFICATE OF SERVICE**

I, Laurence A. Schoen, hereby certify that on May 31, 2019, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              */s/ Laurence A. Schoen*
                                              Laurence A. Schoen