# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>*Meijer, Inc., et al. v. Ranbaxy, Inc., et al.*, No. 15-cv-11828, (D. Mass.) | Master File No. 19-md-02878-NMG |

# JOINT STATUS REPORT
# ON PLAINTIFFS MEIJER, INC. AND MEIJER DISTRIBUTION, INC.'S
# MOTION TO COMPEL

Pursuant to Magistrate Judge Kelley's order dated August 9, 2019, Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. ("Meijer") and non-party Prinston Pharmaceutical, Inc. ("Prinston") conferred in an attempt to resolve Meijer's motion to compel the production of Prinston's transaction-level sales data, as set forth in Request No. 9 in Meijer's subpoena. The parties submit the following joint status report regarding their renewed efforts to resolve the motion to compel.

Despite extensive discussions to resolve Meijer's motion to compel, the parties were ultimately unable to reach an agreement. To assist the resolution of Meijer's motion to compel, the parties propose to submit supplemental briefing on the relevance of Prinston's transactional sales data for generic Diovan to Meijer's impact and damages models. Ranbaxy, Inc. and Sun Pharmaceutical Industries Ltd. ("Ranbaxy") also intends to express its position on the resolution of Meijer's motion to compel.

Accordingly, the parties respectfully request that the Court enter the following briefing schedule:

| Event | Date |
|---|---|
| Deadline for Meijer to file supplemental brief in support of motion to compel | September 27, 2019 |
| Deadline for Prinston to file supplemental brief in opposition to motion to compel | October 11, 2019 |
| Deadline for Meijer to file supplemental reply brief in further support of motion to compel | October 18, 2019 |
| Deadline for Ranbaxy to file response to the parties' supplemental briefs | October 18, 2019 |

Dated September 5, 2019

/s/ *Michael J. Scanlon*
Daniel H. Gold
Scott A. Cunning
Michael J. Scanlon
**HAYNES AND BOONE, LLP**
800 17th Street, N.W., Suite 500
Washington, D.C. 20006
(202) 654-4500
daniel.gold@haynesboone.com
scott.cunning@haynesboone.com
michael.scanlon@haynesboone.com

*Attorneys for Non-Party Prinston Pharmaceutical, Inc.*

/s/ *Devora W. Allon*
Jay P. Lefkowitz (admitted *pro hac vice*)
Devora W. Allon (admitted *pro hac vice*)
Robert Allen (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue

Respectfully submitted,

/s/ *Tyler J. Story*
Kenneth A. Wexler (admitted *pro hac vice*)
Tyler Story (admitted *pro hac vice*)
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
tjs@wexlerwallace.com

Thomas M. Sobol (BBO# 471770)
Gregory T. Arnold (BBO# 632738)
Kristie A. LaSalle (BBO #692891)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
grega@hbsslaw.com
kristiel@hbsslaw.com

<div style="columns:2">

New York, NY 10022
(212) 446-4800
(212) 446-4900 (fax)
lefkowitz@kirkland.com
devora.allon@kirkland.com
bob.allen@kirkland.com

*Counsel for Ranbaxy, Inc. and Sun Pharmaceutical Industries, Ltd.*

Steve D. Shadowen (admitted *pro hac vice*)
Matthew C. Weiner (admitted *pro hac vice*)
Sean D. Nation (admitted *pro hac vice*)
**HILLIARD & SHADOWEN LLP**
919 Congress Ave., Suite 1325
Austin, TX 78701
Tel: (855) 344-3928
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com
sean@hilliardshadowen.com

John D. Radice (admitted *pro hac vice*)
**RADICE LAW FIRM**
34 Sunset Boulevard
Long Beach, NJ 08008
Tel: (646) 245-8502
jradice@radicelawfirm.com

Paul E. Slater (admitted *pro hac vice*)
Joseph M. Vanek (admitted *pro hac vice*)
David P. Germaine (admitted *pro hac vice*)
John Bjork (admitted *pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3500
Chicago, IL 60603
Tel.: (312) 641-3200
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com
mslater@sperling-law.com

Joseph H. Meltzer (admitted *pro hac vice*)
Terence S. Ziegler (admitted *pro hac vice*)
Ethan J. Barlieb (admitted *pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
ebarlieb@ktmc.com

</div>

Sharon K. Robertson (admitted *pro hac vice*)
Donna M. Evans (BBO #554613)
Royce Zeisler (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com
rzeisler@cohenmilstein.com

*Counsel for Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Tyler Story, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will send notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 5th day of September, 2019.

Dated: September 5, 2019                              */s/ Tyler J. Story*
                                                      Tyler J. Story