UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | Master File No.<br>19-md-02878-NMG |

### JOINT MOTION TO AMEND CASE MANAGEMENT ORDER NO. 4

The parties submit this motion with the Court to address the schedule in this matter, and possibly amend the Case Management Order No. 4. Because of logistical issues, including restrictions put in place in response to the COVID-19 virus, there have been delays that may make it difficult to complete fact discovery under the current deadlines. Under the Revised Case Management Order No. 4 (ECF No. 192), fact discovery is set to be completed by June 24, 2020 and trial is set for October 21, 2021.

The parties believe that all pretrial matters can be completed, with any necessary accommodations, in time for a January 2022 trial. Accordingly, the parties respectfully move this Court to amend Case Management Order No. 4 to set a trial in January 2022. If the Court grants this motion, the parties will confer and promptly submit a joint proposed case schedule consistent with that timeline.

*Joint motion allowed.* /s/ NMGorton, USDJ 5/15/20

In the event the Court declines to move the trial date, the parties request a short telephonic conference to discuss the matter, and would make themselves available at the Court's convenience.

Dated: May 14, 2020

Respectfully submitted,

/s/ Robert Allen
Jay P. Lefkowitz, P.C.*
Devora W. Allon, P.C.*
Robert Allen*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4970
lefkowitz@kirkland.com
bob.allen@kirkland.com
* admitted pro hac vice

Counsel for Defendants

/s/ Gregory T. Arnold
Thomas M. Sobol (BBO# 471770)
Gregory T. Arnold (BBO# 632738)
Kristie A. LaSalle (BBO #692891)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
grega@hbsslaw.com
kristiel@hbsslaw.com

Steve D. Shadowen (admitted pro hac vice)
Matthew C. Weiner (admitted pro hac vice)
Sean D. Nation (admitted pro hac vice)
HILLIARD & SHADOWEN LLP
919 Congress Ave., Suite 1325
Austin, TX 78701
Tel: (855) 344-3928
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com
sean@hilliardshadowen.com

John D. Radice (admitted pro hac vice)
RADICE LAW FIRM
34 Sunset Boulevard
Long Beach, NJ 08008
Tel: (646) 245-8502
jradice@radicelawfirm.com

Paul E. Slater (admitted *pro hac vice*)
Joseph M. Vanek (admitted *pro hac vice*)
David P. Germaine (admitted *pro hac vice*)
John Bjork (admitted *pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3500
Chicago, IL 60603
Tel.: (312) 641-3200
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com
mslater@sperling-law.com

Joseph H. Meltzer (admitted *pro hac vice*)
Terence S. Ziegler (admitted *pro hac vice*)
Ethan J. Barlieb (admitted *pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
ebarlieb@ktmc.com

Kenneth A. Wexler (*pro hac vice* pending)
Tyler Story (*pro hac vice* pending)
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
tjs@wexlerwallace.com

Sharon K. Robertson (admitted *pro hac vice*)
Donna M. Evans (BBO #554613)
Royce Zeisler (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com
rzeisler@cohenmilstein.com

*Counsel for Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and the Proposed Direct Purchaser Class*


Gerald Lawrence (PA ID #69079)
Renee A. Nolan (PA ID #316558)
William J. Olson (PA ID #322948)
LOWEY DANNENBERG, P.C.
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
glawrence@lowey.com
rnolan@lowey.com
wolson@lowey.com

Peter D. St. Phillip (PA ID # 70027)
LOWEY DANNENBERG, P.C.
44 South Broadway
Suite 1100
White Plains, New York 10601
Tel:(914) 997-0500
pstphillip@lowey.com

*Counsel for Plaintiff United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania and the Proposed End Payor Class*

4

James R. Dugan, II
David S. Scalia
TerriAnn Benedetto
**THE DUGAN LAW FIRM, APLC**
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA 70130
(504) 648-0180
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com

Allison Pham
Jessica Chapman
**BLUE CROSS AND BLUE SHIELD OF LOUISIANA**
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Tel.: (225) 295-2454
Fax: (225) 297-2760

*Counsel for Louisiana Health Service and Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, and HMO La., Inc. and the Proposed End-Payor Class*

## CERTIFICATE OF SERVICE

I, Gregory T. Arnold, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will provide notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 14th day of May 2020.

Dated: May 14, 2020                                   */s/ Gregory T. Arnold*
                                                      Gregory T. Arnold