UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | Master File No.<br>19-md-02878-NMG |

[PROPOSED] REVISED CASE MANAGEMENT ORDER NO. 4

AND NOW, upon consideration of the parties' requests to modify the Case Management Order No. 4 (ECF No. 192), the below schedule is hereby ORDERED:

| Event | Current | Revised |
|---|---|---|
| Fact discovery closes. (All discovery requests must be served to be answerable by this date, except for requests for admission, which may be served as of right up to this date, and with leave of court thereafter.) | Wednesday, June 24, 2020 | Friday, September 25, 2020 |
| Deadline for the plaintiffs to (a) serve opening expert reports and (b) file motion for class certification (with supporting expert reports)** | Wednesday, July 29, 2020 | Thursday, October 29, 2020 |
| Deadline for the defendants to (a) serve all responsive expert reports and (b) file opposition to class certification (with supporting expert reports)** | Friday, October 9, 2020 | Friday, January 15, 2021 |
| Deadline for the plaintiffs to (a) serve rebuttal expert reports and (b) file class certification reply (with supporting rebuttal expert reports)** | Friday, December 4, 2020 | Thursday, March 11, 2021 |
| Deadline to depose expert witnesses. | Tuesday, December 22, 2020 | Tuesday, April 6, 2021 |
| [Proposed] Class certification hearing | Tuesday, January 26, 2021 at 2 p.m. | Monday, April 26, 2021 |
| Deadline to file Rule 56 motions, Statements of Undisputed Facts as required by Local Rule 56.1, and *Daubert* motions. | Tuesday, February 16, 2021 | Monday, May 17, 2021 |

| | | |
|---|---|---|
| Deadline to file Rule 56 opposition papers, Counterstatement of Facts, and *Daubert* oppositions. | Monday, March 22, 2021 | Monday, June 21, 2021 |
| Deadline to file Rule 56 reply papers. | Wednesday, April 14, 2021 | Friday, July 16, 2021 |
| [Proposed] Hearing on Rule 56 and *Daubert* motions. | TBD by Court | Wednesday, August 4, 2021 |
| Parties exchange Rule 26(a)(3) Disclosures, including (a) witness list, (b) deposition designations, and (c) trial exhibit list. | Thursday, July 15, 2021 | Tuesday, October 12, 2021 |
| Parties exchange objections to Rule 26(a)(3) disclosures, including (a) any counter deposition designations, (b) objections to deposition designations, and (c) objections to trial exhibits, along with grounds for such objections. | Thursday, August 5, 2021 | Wednesday, October 27, 2021 |
| Parties exchange counter-objections to Rule 26(a)(3) disclosures. | Friday, August 20, 2021 | Thursday, November 11, 2021 |
| Parties file motions *in limine*, not to exceed 25 pages per side in total. | Friday, August 27, 2021 | Thursday, November 18, 2021 |
| Parties file oppositions to motions *in limine*, not to exceed 25 pages in total. | Thursday, September 9, 2021 | Wednesday, December 8, 2021 |
| Parties file proposed *voir dire*, jury instructions, and witness summaries. Courtesy copies of final bound trial exhibits to be provided at start of trial. | Friday, September 17, 2021 | Thursday, December 16, 2021 |
| Final pretrial conference and hearings on motions *in limine*. | Wednesday, September 22, 2021; 3 p.m. | Tuesday, December 21, 2021 |
| Trial begins. | Monday, October 4, 2021; 9 a.m. | Monday, January 10, 2022 |
| All reply briefs will be subject to page limits, to be set by the Court. |||
| * - No witness may be deposed more than once, except as provided in Fed. R. Civ. P. 26 and 30. |||
| ** - For all expert reports, the parties will provide three (3) available dates for the deposition of each proposed expert at the time of serving the report, which dates shall be at least seven (7) days after service of the report. If defendants seek the deposition of any expert relied upon by plaintiffs in their class certification motion, such expert shall be made available no later than September 17, 2020. Except as provided in Fed. R. Civ. P. 26 and 30, each merits expert will be deposed one time, with the party (plaintiffs or defendants) seeking to take the deposition given the option of |||

| doing so before or after their responsive expert report is due (*i.e.*, if defendants elect to depose any plaintiffs' merit expert prior to filing the defendants' merits expert reports, plaintiffs will make such expert(s) available by this date). |
|---|