# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | Master File No.<br>19-md-02878-NMG |

## [PROPOSED] REVISED CASE MANAGEMENT ORDER NO. 4

AND NOW, upon consideration of Defendants' December 14, 2020 motion to modify Case Management Order No. 4, the below schedule is hereby ORDERED:

| Event | Current | Revised Date |
|---|---|---|
| Deadline for the defendants to (a) serve all responsive expert reports and (b) file opposition to class certification (with supporting expert reports)** | Wednesday, January 20, 2021 | Monday, February 15, 2021 |
| Deadline for the plaintiffs to (a) serve rebuttal expert reports and (b) file class certification reply (with supporting rebuttal expert reports)** | Thursday, March 11, 2021 | Tuesday, April 6, 2021 |
| Deadline to depose expert witnesses/Deadline to submit expert witness list. | Tuesday, April 6, 2021 | Monday, May 3, 2021 |
| [Proposed] Class certification hearing | Monday, April 26, 2021 | Monday, May 24, 2021 |
| Deadline to file Rule 56 motions, Statements of Undisputed Facts as required by Local Rule 56.1, and *Daubert* motions. | Monday, May 17, 2021 | Monday, June 14, 2021 |
| Deadline to file Rule 56 opposition papers, Counterstatement of Facts, and *Daubert* oppositions. | Monday, June 21, 2021 | Monday, July 19, 2021 |

| | | |
|---|---|---|
| Deadline to file Rule 56 reply papers. | Friday, July 16, 2021 | Wednesday, August 11, 2021 |
| [Proposed] Hearing on Rule 56 and *Daubert* motions. | Wednesday, August 4, 2021 | Monday, August 30, 2021 |
| Parties exchange Rule 26(a)(3) Disclosures, including (a) witness list, (b) deposition designations, and (c) trial exhibit list. | Tuesday, October 12, 2021 | Monday, November 8, 2021 |
| Parties exchange objections to Rule 26(a)(3) disclosures, including (a) any counter deposition designations, (b) objections to deposition designations, and (c) objections to trial exhibits, along with grounds for such objections. | Wednesday, October 27, 2021 | Monday, November 22, 2021 |
| Parties exchange counter-objections to Rule 26(a)(3) disclosures. | Thursday, November 11, 2021 | Tuesday, December 7, 2021 |
| Parties file motions *in limine*, not to exceed 25 pages per side in total. | Thursday, November 18, 2021 | Tuesday, December 14, 2021 |
| Parties file oppositions to motions *in limine*, not to exceed 25 pages in total. | Wednesday, December 8, 2021 | Thursday, January 6, 2022 |
| Parties file proposed *voir dire*, jury instructions, and witness summaries. Courtesy copies of final bound trial exhibits to be provided at start of trial. | Thursday, December 16, 2021 | Thursday, January 13, 2022 |
| Final pretrial conference and hearings on motions *in limine*. | Tuesday, December 21, 2021 at 3:00 pm | Thursday, January 20, 2022, at TBD |
| Trial begins. | Monday, January 10, 2022 at 9:00 am | Monday, January 31, 2022, at 9:00 am |
| All reply briefs will be subject to page limits, to be set by the Court. | | |
| * - No witness may be deposed more than once, except as provided in Fed. R. Civ. P. 26 and 30. | | |

> \*\* - For all expert reports, the parties will provide three (3) available dates for the deposition of each proposed expert at the time of serving the report, which dates shall be at least seven (7) days after service of the report. If defendants seek the deposition of any expert relied upon by plaintiffs in their class certification motion, such expert shall be made available no later than September 17, 2020. Except as provided in Fed. R. Civ. P. 26 and 30, each merits expert will be deposed one time, with the party (plaintiffs or defendants) seeking to take the deposition given the option of doing so before or after their responsive expert report is due (*i.e.,* if defendants elect to depose any plaintiffs' merit expert prior to filing the defendants' merits expert reports, plaintiffs will make such expert(s) available by this date).