UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | Master File No. 19-md-02878-NMG |

**DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER APPROVING THE FORM AND MANNER OF NOTICE, APPOINTING A NOTICE ADMINISTRATOR, AND FORMALLY APPOINTING CLASS REPRESENTATIVES AND LEAD CLASS COUNSEL**

Pursuant to this Court's order granting the Direct Purchaser Class Plaintiffs' Motion for Class Certification (the "Order"), the direct purchasers respectfully request that the Court enter an order formalizing its findings with respect to the certification of the direct purchaser classes; designating Meijer, Inc. and Meijer Distribution, Inc. representatives of the certified classes; appointing Thomas M. Sobol and Kristen A. Johnson of Hagens Berman Sobol Shapiro LLP and Steve D. Shadowen of Hilliard & Shadowen LLP lead class counsel; approving the form and manner of notice to the certified classes; and appointing Rust Consulting, Inc. as the notice administrator in this action.

On May 14, 2021, the Court issued an Order granting the Direct Purchaser Class Plaintiffs' Motion for Class Certification.[1] For the reasons set forth in the Order, the Court certified three classes of direct purchasers of Diovan, Nexium, and Valcyte. Pursuant to Fed. R. Civ. P. 23(c)(1)(B), "[a]n order that certifies a class action must define the class and the class claims, issues, or defenses, and must appoint class counsel under Rule 23(g)." Accordingly, the direct purchasers respectfully move the Court to enter a supplemental order, consistent with the Order, formalizing its findings under Fed. R. Civ. P. 23, designating Meijer, Inc. and Meijer Distribution, Inc. representatives of the certified classes, and appointing Thomas M. Sobol and Kristen A. Johnson of Hagens Berman Sobol Shapiro LLP and Steve D. Shadowen of Hilliard & Shadowen LLP lead counsel for the certified classes.[2]

The direct purchasers also respectfully request that the Court approve the proposed form and manner of notice to the certified classes informing them of the pendency of this class

---

[1] ECF No. 389.

[2] The direct purchasers initially sought appointment of Thomas M. Sobol and Steve D. Shadowen as lead class counsel. ECF No. 286-42. With their reply brief, the direct purchasers modified proposed lead class counsel to include Kristen A. Johnson of Hagens Berman Sobol Shapiro LLP. ECF No. 350-1. This change is reflected in the proposed order attached herewith.

action and appoint Rust Consulting, Inc. as the notice administrator tasked with effectuating notice to each class member.

The direct purchasers file herewith a memorandum and the Declaration of Thomas M. Sobol in support of this motion, as well as a proposed order for the Court's consideration (with the proposed form of notice attached as an exhibit to the proposed order and declaration).

Pursuant to Local Rule 7.1, the direct purchasers have provided Ranbaxy with drafts of the proposed form and manner of notice and discussed their contents. With the exception of one issue concerning the underlined language in the introduction of the proposed notice attached herewith, Ranbaxy's proposed edits to the class notice were incorporated.

Dated: August 6, 2021

Respectfully submitted,

/s/ Gregory T. Arnold
Thomas M. Sobol (BBO# 471770)
Gregory T. Arnold (BBO# 632738)
Kristen A. Johnson (BBO# 667261)
Kristie A. LaSalle (BBO #692891)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
grega@hbsslaw.com
kristenj@hbsslaw.com
kristiel@hbsslaw.com

Steve D. Shadowen (admitted *pro hac vice*)
Matthew C. Weiner (admitted *pro hac vice*)
**HILLIARD & SHADOWEN LLP**
1135 W. 6th St., Suite 125
Austin, TX 78703
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

*Interim Lead Counsel for the Direct Purchaser Class*

John D. Radice (admitted *pro hac vice*)
**RADICE LAW FIRM**
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
jradice@radicelawfirm.com

Paul E. Slater (admitted *pro hac vice*)
Joseph M. Vanek (admitted *pro hac vice*)
David P. Germaine (admitted *pro hac vice*)
John Bjork (admitted *pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3500
Chicago, IL 60603
Tel.: (312) 641-3200
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com

Joseph H. Meltzer (admitted *pro hac vice*)
Terence S. Ziegler (admitted *pro hac vice*)
Ethan J. Barlieb (admitted *pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
ebarlieb@ktmc.com

Kenneth A. Wexler (admitted *pro hac vice*)
Tyler J. Story (admitted *pro hac vice*)
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
tjs@wexlerwallace.com

Sharon K. Robertson (admitted *pro hac vice*)
Donna M. Evans (BBO #554613)
Royce Zeisler (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
srobertson@cohenmilstein.com

3

devans@cohenmilstein.com
rzeisler@cohenmilstein.com

*Counsel for Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and the Direct Purchaser Class*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(917) 438-9189
lnussbaum@nussbaumpc.com

*Counsel for the Direct Purchaser Class*

4

## CERTIFICATE OF SERVICE

I, Gregory T. Arnold, certify that, on this date, the foregoing was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: August 6, 2021                                   /s/ Gregory T. Arnold
                                                        Gregory T. Arnold