**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO: *All Direct Purchaser Class Actions* | Master File No. 19-md-02878-NMG |

**If you purchased any of the following drugs, during any of the indicated time periods, a class action lawsuit could affect your rights:**

> **(a) Brand or generic Diovan (valsartan) at any time between September 21, 2012 and December 31, 2014;**
>
> **(b) Brand or generic Nexium (esomeprazole magnesium) at any time between May 27, 2014 and December 31, 2015; or**
>
> **(c) Generic Valcyte (valganciclovir hydrochloride) or generic and branded Valcyte at any time between August 1, 2014 and February 29, 2016 (but not if you purchased *only* branded Valcyte).**

*This Notice is being provided by Order of the U.S. District Court.
This is not a solicitation from a lawyer. You are not being sued.*

The purpose of this notice is (1) to alert you to the existence of a class action lawsuit ("Lawsuit") brought by direct purchasers of brand and/or generic Diovan, Nexium, and Valcyte against the defendants, Sun Pharmaceutical Industries, Ltd. ("Sun") and Ranbaxy, Inc. ("Ranbaxy") in the United States District Court for the District of Massachusetts and (2) to give you an opportunity to exclude yourself from one or more of the three direct purchaser classes by taking action within 35 days of the mailing of this notice.

The Lawsuit alleges that: Ranbaxy violated federal racketeering and antitrust laws by making misrepresentations to the FDA in connection with pursuing tentative approvals for abbreviated new drug applications (ANDAs). <u>The Lawsuit alleges that those misrepresentations caused (at least in part) the FDA to grant tentative approvals and associated marketing exclusivities to Ranbaxy's abbreviated new drug applications for generic Diovan, Nexium, and Valcyte. And that those wrongfully obtained exclusivities gave Ranbaxy the power to exclude other generic</u>

<u>manufacturers' versions of Diovan, Nexium, and Valcyte. The Lawsuit alleges that but for defendants' wrongful conduct, generic versions of those three drugs would have entered the market and been available at lower prices much sooner. As a result, the plaintiffs contend they paid artificially inflated prices for brand or generic versions of Diovan, Nexium, and Valcyte during the class periods (described below).</u> In the Lawsuit, the plaintiffs seek to recover damages (along with attorneys' fees and costs incurred in pursuing those damages) from the defendants. Sun and Ranbaxy deny that any of their conduct was unlawful. The Court has not yet heard or resolved the merits of the plaintiffs' claims or determined whether the plaintiffs' or the defendants' contentions are true. *Trial is scheduled to begin on January 10, 2022.*

**YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR DO NOT ACT, SO PLEASE READ THIS NOTICE CAREFULLY.**

On May 14, 2021, the Honorable Nathaniel M. Gorton of the United States District Court for the District of Massachusetts certified the following three classes (collectively, the "Classes," individually, a "Class"):

(1) All persons or entities in the United States and its territories who purchased Diovan and/or AB-rated generic versions of Diovan directly from any of the Defendants or any brand or generic manufacturer at any time during the period September 21, 2012, through and until the anticompetitive effects of the Defendants' conduct cease;

(2) All persons or entities in the United States and its territories who purchased Nexium and/or AB-rated generic versions of Nexium directly from any of the Defendants or any brand or generic manufacturer at any time during the period May 27, 2014, through and until the anticompetitive effects of the Defendants' conduct cease; and

(3) All persons or entities in the United States and its territories who purchased Valcyte and/or AB-rated generic versions of Valcyte directly from any of the Defendants or any brand or generic manufacturer, but excluding those purchasers who only purchased branded Valcyte, at any time during the period August 1, 2014, through and until the anticompetitive effects of the Defendants' conduct cease.

Excluded from each of the direct purchaser classes are the defendants and their officers, directors, management, employees, subsidiaries, and/or affiliates, and all governmental entities.

According to the plaintiffs' economic experts, the anticompetitive effects for each class (Diovan Class, Nexium Class, and Valcyte Class) begin on, and end on or before, the following dates:

| Diovan Class Period | Beginning September 21, 2012 and ending no later than December 31, 2014 |
| Nexium Class Period | Beginning May 27, 2014 and ending no later than December 31, 2015 |
| Valcyte Class Period | Beginning August 1, 2014 and ending no later than February 29, 2016 |

| YOUR LEGAL RIGHTS AND OPTIONS ||
|---|---|
| **DO NOTHING** | If you are a member of a Class, by doing nothing you will remain in that Class and may be entitled to share in any recovery that may come from a trial or settlement with the defendants for that Class. You will be bound by any decision of the Court in this Lawsuit (including a judgment in favor of the defendants) as to that Class, and you will give up your rights to sue any of the defendants about the same set of facts, series of transactions, or legal claims involved in this Lawsuit as to that Class. |
| **EXCLUDE YOURSELF FROM ONE OR MORE OF THE CLASSES** | This is the only option that allows you to file or be part of another lawsuit against the defendants relating to the claims in this case. If you exclude yourself from a Class, you will not be bound by any of the Court's orders in this case as to that Class's claims against the defendants, nor will you be entitled to participate in and benefit from a recovery, if any, on behalf of that Class. Any dispute about your request to be excluded will be resolved by the Court.<br><br>If you are a member of multiple Classes, you may exclude yourself from one or more Classes but choose to remain in the other Class(es). |
| **GET MORE INFORMATION** | If you would like more information about the lawsuit, you can review this notice and send questions to the plaintiffs' lawyers identified in **Question 13** below.<br>**DO NOT CONTACT THE COURT OR THE DEFENDANTS IF YOU HAVE QUESTIONS REGARDING THIS NOTICE** |

**THESE RIGHTS AND OPTIONS
– AND THE DEADLINES TO EXERCISE THEM TIMELY –
ARE EXPLAINED IN THIS NOTICE.**

**BASIC INFORMATION** ................................................................................................................. 5
  1. Why did I receive this notice? ................................................................................................. 5
  2. What is the lawsuit about? ...................................................................................................... 5
  3. Why is this lawsuit a class action? .......................................................................................... 6
**THE CLAIMS IN THE LAWSUIT.** ............................................................................................... 8
  4. What is the current status of the lawsuit? ............................................................................... 8
  5. Has the Court decided who is right? ....................................................................................... 8
  6. What are the plaintiffs asking for? ........................................................................................... 9
  7. Is there any money available now? ......................................................................................... 9
**WHO IS IN THE CLASSES?** ........................................................................................................ 9
  8. Am I part of one or more of the Classes? ............................................................................... 9
**YOUR RIGHTS AND OPTIONS AS A CLASS MEMBER** ..................................................... 10
  9. What are my legal rights and options in this case? .............................................................. 10
  10. What happens if I do nothing at all? .................................................................................... 12
  11. Why would I ask to be excluded from one or more of the Classes? ................................... 12
  12. How do I ask the Court to exclude me from one or more of the Classes? ......................... 12
**THE LAWYERS REPRESENTING THE CLASSES.** ............................................................. 13
  13. Do I have a lawyer in this case? .......................................................................................... 13
  14. Should I hire my own lawyer? .............................................................................................. 14
  15. How will the lawyers be paid? .............................................................................................. 14
**THE TRIAL.** ................................................................................................................................. 14
  16. How and when will the Court decide who is right? .............................................................. 14
  17. Do I have to come to the trial? ............................................................................................. 14
  18. Will I get money after the trial? ............................................................................................ 15
**GETTING MORE INFORMATION** ........................................................................................... 15
  19. Are more details available? ................................................................................................. 15

# BASIC INFORMATION

### 1.     Why did I receive this notice?

This notice explains your legal rights and options regarding the pending class action lawsuit against Sun and Ranbaxy.

You received this notice because, according to sales data produced by the manufacturers of brand and generic Diovan, Nexium, and Valcyte, you purchased brand and/or generic Diovan, Nexium, or Valcyte directly from the manufacturers of those products during the following time periods:

> (a) Brand or generic Diovan (valsartan) at any time between September 21, 2012 and December 31, 2014;
>
> (b) Brand or generic Nexium (esomeprazole magnesium) at any time between May 27, 2014 and December 31, 2015; or
>
> (c) Generic Valcyte (valganciclovir hydrochloride) or generic and branded Valcyte at any time between August 1, 2014 and February 29, 2016 (but not if you purchased *only* branded Valcyte).

A federal court authorized this notice because you have a right to know that you may be part of one or more of the certified Classes and about all of your options. This notice explains the Lawsuit; that the Court has allowed, or "certified," three Classes that may affect you; and explains your legal rights. Note that you may have received this Notice in error; simply receiving this Notice does not mean that you are definitely a member of one or more Classes. You may confirm that you are a member of one or more of the Classes by reviewing the criteria set forth in **Question 3** below. You may also call, email, or write to the lawyers in this case at the telephone numbers or addresses listed in **Question 13** below.

### 2.     What is the lawsuit about?

The plaintiffs Meijer, Inc. and Meijer Distribution, Inc. filed lawsuits individually and as representatives of all persons or entities in the Classes. The court has appointed them class representatives.

The Lawsuit alleges that the defendants violated federal antitrust and racketeering laws. The plaintiffs allege that, in 2007-2008, generic-drug-maker Ranbaxy wrongfully obtained from the FDA "tentative approval" for a series of first-to-file abbreviated new drug applications (ANDAs), including for generic versions of Diovan, Nexium, and Valcyte. The plaintiffs allege that Ranbaxy did so by misrepresenting both the manufacturing conditions of its plants (including one in Paonta Sahib, India) and the results of analyses conducted about the integrity of data generated at those plants. Plaintiffs also allege that those tentative approvals secured for Ranbaxy "180-day exclusivity" status, which enabled Ranbaxy to block **other** generics from

gaining FDA approval until after Ranbaxy's entry. The plaintiffs allege that had Ranbaxy not made misrepresentations to the FDA, the FDA would not have granted the tentative approvals and generic entry by some other company would have occurred sooner than it did.

The Lawsuit asserts that, as a result of Ranbaxy's alleged unlawful conduct, the prices paid for Diovan, Nexium, and Valcyte and/or generic Diovan (valsartan), Nexium (esomeprazole magnesium), and Valcyte (valganciclovir hydrochloride) were higher than they otherwise would have been. The plaintiffs seek to recover damages in the form of overcharges they allege were caused by defendants' conduct. Under federal antitrust and racketeering law, any damages awarded at trial are automatically tripled. The plaintiffs also seek to recover attorneys' fees and litigation costs.

The defendants deny all of these allegations, including that the plaintiffs or class members are entitled to damages or other relief.

### 3. Why is this lawsuit a class action?

In a class action lawsuit, one or more persons or entities (sometimes called "plaintiffs" or "class representatives") sue on behalf of others who have similar claims. Together, all these entities make up the "class" and are called the "class" or "class members." The companies that filed suit are called the "plaintiffs" (or "class representatives"). The companies that are sued, in this case Ranbaxy and Sun, are called the "defendants."

In a class action lawsuit, one court resolves the issues for everyone in the class, except for those class members who exclude themselves from the class.

In allowing this lawsuit to proceed as a class action, Judge Gorton certified the following three Classes of direct purchaser plaintiffs:

> (a) All persons or entities in the United States and its territories who purchased Diovan and/or AB-rated generic versions of Diovan directly from any of the Defendants or any brand or generic manufacturer at any time during the period September 21, 2012, through and until the anticompetitive effects of the Defendants' conduct cease (the "Diovan Class Period");

> (b) All persons or entities in the United States and its territories who purchased Nexium and/or AB-rated generic versions of Nexium directly from any of the Defendants or any brand or generic manufacturer at any time during the period May 27, 2014, through and until the anticompetitive effects of the Defendants' conduct cease (the "Nexium Class Period"); and

> (c) All persons or entities in the United States and its territories who purchased Valcyte and/or AB-rated generic versions of Valcyte directly from any of the Defendants or any brand or generic manufacturer, but excluding those purchasers who only purchased branded Valcyte, at any time during the period August 1, 2014, through and until the anticompetitive effects of the Defendants' conduct cease (the "Valcyte Class Period").

According to the plaintiffs' economic experts, the anticompetitive effects for each class (Diovan Class, Nexium Class, and Valcyte Class) begin on, and end on or before, the following dates:

| | |
|---|---|
| Diovan Class Period | Beginning September 21, 2012 and ending no later than December 31, 2014 |
| Nexium Class Period | Beginning May 27, 2014 and ending no later than December 31, 2015 |
| Valcyte Class Period | Beginning August 1, 2014 and ending no later than February 29, 2016 |

The Court decided that this Lawsuit can proceed as a class action because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the Court found that:

- The class is so numerous that joinder of all members is impractical ("numerosity");

- There are questions of law or fact common to the class ("commonality");

- The claims or defenses of the representative parties are typical of the claims or defenses of the class ("typicality");

- The representative parties and their lawyers will fairly and adequately protect the interests of the class ("adequacy");

- Common legal and factual questions predominate over any questions affecting only individual members of the class, and this class action is the superior method for fair and efficient adjudication of this controversy ("predominance" and "superiority");

In so doing, the Court found that the plaintiffs "have sufficiently shown that classwide injury and damages can be demonstrated through evidence common to the class and that common issues predominate over individualized inquiries."  Common legal and factual questions include:

- Whether Ranbaxy willfully engaged in anticompetitive conduct;

- Whether Ranbaxy unlawfully acquired and/or maintained market power through all or part of its overall anticompetitive scheme;

- Whether Ranbaxy formed an enterprise with Buc & Beardsley (its law firm) and Parexel (its consultant) with the common goal of securing tentative approval for Ranbaxy's Abbreviated New Drug Applications.

- Whether Ranbaxy and its co-conspirators engaged in a pattern of racketeering activity;

- Whether Ranbaxy's and its co-conspirators' unlawful conduct caused the Federal Food and Drug Administration to grant tentative approval to Ranbaxy's Abbreviated New Drug Applications;

- Whether Ranbaxy's scheme, in whole or in part, has substantially affected interstate commerce;

- Whether direct proof of Ranbaxy's market power is available and, if so, whether it is sufficient to prove Ranbaxy's market power without the need to define relevant markets;

- Whether Ranbaxy's unlawful conduct was a substantial contributing factor in causing some delay in the market entry of AB-rated generic versions of Diovan, Nexium, and Valcyte;

- Determination of a reasonable estimate of the amount of delay Ranbaxy's unlawful conduct caused; and

- The quantum of overcharges paid by the Classes.

A copy of the Court's order may be found at **www.RanbaxyAntitrustLitigation.com**

## THE CLAIMS IN THE LAWSUIT.

**4. What is the current status of the lawsuit?**

On May 14, 2021, the Court certified three classes of direct purchaser plaintiffs for all purposes including trial and any future settlements, as described in **Question 3,** finding, *inter alia*, that the Meijer plaintiffs' claims were "typical" and that the Meijer plaintiffs satisfied the "adequacy" element**.** On __, the Court formally appointed the Meijer plaintiffs class representatives and ordered that this notice be sent.

The case against the defendants is ongoing. The parties have briefed, but the Court has not decided, competing motions for summary judgment. There has been no determination by the Court or a jury that the allegations against the defendants have been proven. *A jury trial is scheduled to begin on January 10, 2022.*

**5. Has the Court decided who is right?**

No. The Court has not decided in favor of the plaintiffs or the defendants with respect to the pending claims. By issuing this notice, the Court is not suggesting that the plaintiffs will win or lose this case. If the claims against Ranbaxy and Sun are not resolved by a settlement or otherwise, the plaintiffs must prove their claims at trial.

### 6. What are the plaintiffs asking for?

The plaintiffs are seeking to recover the damages they claim the Classes paid, respectively, as a result of the defendants' unlawful conduct. If the plaintiffs prevail at trial, they will be entitled to recover triple the amount of damages that the plaintiffs are able to prove for each Class.  The plaintiffs will also seek attorneys' fees and litigation costs.

### 7. Is there any money available now?

No. The Court has not yet decided whether the defendants did anything wrong, and the plaintiffs have not settled their claims against any of the defendants. There is no guarantee that money or benefits will ever be obtained from the defendants. If they are, class members will be notified regarding how to obtain a share of that money.

## WHO IS IN THE CLASSES?

You need to decide whether you are affected by this lawsuit.

### 8. Am I part of one or more of the Classes?

The Diovan Class includes persons or entities in the United States and its territories who purchased brand name or generic Diovan directly from any brand or generic manufacturer after September 21, 2012 and before no later than December 31, 2014.

The Nexium Class includes persons or entities in the United States and its territories who purchased brand name or generic Nexium directly from any brand or generic manufacturer after May 27, 2014 and before no later than December 31, 2015.

The Valcyte Class includes persons or entities in the United States and its territories who purchased generic Valcyte or brand name and generic Valcyte directly from any brand or generic manufacturer after August 1, 2014 and before no later than February 29, 2016 (if you purchased **only** branded Valcyte during this period, then you are not a member of the Valcyte Class).

The definitions of the Classes appear under **Question 3** above.

Even if you meet these requirements, you are not a member of one or more of the classes if you are a defendant or one of the defendants' officers, directors, management, employees, subsidiaries, or affiliates, or if you are a government entity.  Exclusions from the Classes appear under **Question 3** above.

If you fit within the definition of one or more of the Classes, you will be considered a member of the Class(es) unless you timely and fully comply with the instructions to exclude yourself from the class as set forth below.

If you are not sure whether you are included, you may call, email, or write to the lawyers in this case at the telephone numbers, email addresses, or addresses listed in **Question 13** below.

## YOUR RIGHTS AND OPTIONS AS A CLASS MEMBER.

| |
|---|
| **9. What are my legal rights and options in this case?** |

If you fit within the definition of one or more of the Classes, you have to decide whether to stay in the Class(es) or ask to be excluded. **You have to decide this now**.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THE CLASS ACTION LAWSUIT ||
|---|---|
| Remain a Class Member by Doing Nothing | If you are a member of any Class, by doing nothing you will remain in that Class and may be entitled to share in any recovery that may come from a trial or settlement with the defendants for that Class. You will be bound by any decision of the Court in this Lawsuit (including a judgment in favor of the defendants) as to that Class, and you will give up your rights to sue any of the defendants about the same set of facts, series of transactions, or legal claims involved in this Lawsuit as to that Class. |
| Exclude Yourself From One Or More Of The Classes | This is the only option that allows you to file or be part of another lawsuit against the defendants relating to the claims in this case. If you exclude yourself from a Class, you will not be bound by any of the Court's orders in this case as to the claims against the defendants by that Class, nor will you be entitled to participate in and benefit from a recovery (if any) on behalf of that Class. Any dispute about your request to be excluded will be resolved by the Court.<br><br>If you are a member of multiple Classes, you may exclude yourself from one or more Classes but choose to remain in the other Class(es). |

| Hire Your Own Lawyer | You may, but are not required to, hire your own lawyer at your expense to advise you of your rights in the class action lawsuit. You have the right to enter an appearance in the case through your lawyer if you wish. |
|---|---|

### 10. What happens if I do nothing at all?

If you fit within the definition of a Class, and you do nothing, then you will remain in that Class. You will keep the right to a share of any recovery that may come from a trial or settlement with the defendants in this Lawsuit as to that Class. You will not be able to start your own lawsuit against any of the defendants relating to the legal issues or claims in this case for that Class. All of the Court's orders concerning that Class will apply to you and legally bind you. **If you wish to remain in a Class or Classes, you do not need to do anything at this time.**

### 11. Why would I ask to be excluded from one or more of the Classes?

If you exclude yourself from a Class – also known as "opting-out" of the Class – you are able to file or be part of another lawsuit against the defendants relating to the same claims as this Lawsuit. If you exclude yourself from a Class, you will not be legally bound by any of the Court's orders concerning the claims of that Class against the defendants in this class action or any judgment or release entered in this class action as to that Class. You should consider that if you exclude yourself from a Class, then if that Class does obtain money or benefits as a result of trial or a settlement with the defendants, you will not share in the money or benefits going to that Class.

If you decide to pursue a claim on your own, you should promptly contact your lawyer to determine whether such a claim, if filed now, may be time-barred by the statute of limitations (in whole or in part).

### 12. How do I ask the Court to exclude me from one or more of the Classes?

What you must file to exclude yourself from a Class depends on whether your right to recover is (i) for qualifying purchases made yourself, or (ii) for purchases that were made by another person (or entity) and you have been assigned all or some of the antitrust rights of that other person (or entity).

If you made qualifying purchases yourself, or if you have been assigned <u>all</u> of the antitrust rights of a person or entity that made qualifying purchases, and wish to be excluded from a Class or Classes, you must send a letter via first class U.S. mail to the notice administrator listed in **Question 19** below stating that you want to exclude yourself from a particular Class or Classes in *In Re Ranbaxy Generic Drug Application Antitrust Litigation*, MDL No. 2878, Master File No. 19-md-02878 (D. Mass.). **Your letter must specify which Class or Classes you want to be excluded from (i.e., the Diovan Class, the Nexium Class, and/or the Valcyte Class).** This letter should include your name, address, telephone number, and your signature and **must** be postmarked no later than **[35 DAYS FROM DATE OF MAILING OF NOTICE]**. In

12

the event that you are unable to send a letter via first class U.S. mail, the letter may be emailed to **info@RanbaxyAntitrustLitigation.com** no later than **[35 DAYS FROM DATE OF MAILING OF NOTICE]**. If you have been assigned <u>all</u> of the rights of a person or entity that would have otherwise been a member of a Class, to be excluded, you must **also** provide a copy of the assignment of such claims for each Class that you are seeking to opt out of.

If you are a partial assignee (*i.e.*, if the entity that assigned claims to you retained some portion of its claims and remains a member of the Class(es) you are seeking to opt out of), and wish to be excluded from a Class or Classes, you must send a letter via first class U.S. mail to the notice administrator listed in **Question 19** below stating that you want to exclude yourself from a particular Class or Classes in *In Re Ranbaxy Generic Drug Application Antitrust Litigation*, MDL No. 2878, Master File No. 19-md-02878 (D. Mass.), and provide (a) a copy of the assignment of claims, and (b) data identifying the purchases you made from your assignor that you contend define the scope of the claims assigned to you for that Class. **Your letter must specify <u>which Class or Classes you want to be excluded from (i.e., the Diovan Class, the Nexium Class, and/or the Valcyte Class)</u>**. The required assignment and data **must** be postmarked no later than **[35 DAYS FROM DATE OF MAILING OF NOTICE]**. In the event that you are unable to send a letter via first class U.S. mail, the letter may be emailed to **info@RanbaxyAntitrustLitigation.com** no later than **[35 DAYS FROM DATE OF MAILING OF NOTICE]**. Please be advised that opting out of the class has a number of legal consequences and you should consult with your own counsel.

**Due to the COVID19 pandemic and the current global health crisis, please include in your communication secondary contact information such as email addresses and cell phone numbers to ensure that any changes in deadlines or hearing dates can be communicated to you effectively. Please also continue to check www.RanbaxyAntitrustLitigation.com for important updates.**

Any dispute concerning whether your request to be excluded meets the criteria stated above will be resolved by the Court. You may retain your own counsel and be heard in any such dispute.

## THE LAWYERS REPRESENTING THE CLASSES.

**13. Do I have a lawyer in this case?**

On May 14, 2021, the Court found that class counsel is qualified, has extensive experience litigating similar antitrust class actions, and adequately represented the class. On \_\_, the Court formally appointed the following lawyers to serve as lead class counsel and represent you and the members of the Classes:

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Thomas M. Sobol<br>Kristen A. Johnson<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>Tel: (617) 482-3700<br>tom@hbsslaw.com<br>kristenj@hbsslaw.com | HILLIARD & SHADOWEN LLP<br>Steve D. Shadowen<br>1135 W. 6th St., Suite 125<br>Austin, TX 78703<br>Tel: (855) 344-3298<br>steve@hilliardshadowenlaw.com |

You will not be personally charged for the services of these lawyers in litigating this case against the defendants.

**14. Should I hire my own lawyer?**

You do not need to hire your own lawyer if you remain in one or more of the Classes because the lawyers appointed by the Court are working on your behalf. You may hire a lawyer and enter an appearance through your lawyer at your own expense if you so desire.

**15. How will the lawyers be paid?**

If class counsel achieves a recovery for one or more of the Classes, the Court will be asked to approve reasonable fees and expenses for the lawyers who worked on the case and reimbursement for the litigation expenses they have advanced on behalf of the Classes. If the Court grants class counsel's requests, fees and expenses would either be deducted from any money obtained for the Classes or paid separately by the defendants. Members of the Classes will not have to pay any attorneys' fees or expenses.

## THE TRIAL.

**16. How and when will the Court decide who is right?**

If the claims against the defendants are not resolved by a settlement or otherwise, class counsel will have to prove the plaintiffs' claims at a trial by jury. That trial is scheduled to commence on January 10, 2022. During the trial, the jury will hear evidence about whether the plaintiffs are right about the claims in the Lawsuit. There is no guarantee that the plaintiffs will win, or that the plaintiffs will get any money for the Classes. Any judgment will be binding on all class members who have not opted out, regardless of who wins.

**17. Do I have to come to the trial?**

No, you do not need to attend the trial. Class counsel will present the case for the plaintiffs and the Classes, and counsel for the defendants will present the defenses. You and/or your own lawyer (if you choose to hire one) are welcome to attend the trial at your own expense.

### 18. Will I get money after the trial?

If the plaintiffs obtain money or benefits as a result of the trial or a settlement for a Class, additional notice will be sent with information about how members of that Class may participate. We do not know if or when this will occur or how long this will take.

## GETTING MORE INFORMATION.

### 19. Are more details available?

For more detailed information about this litigation, please refer to the papers on file in this litigation, which may be inspected at the Office of the Clerk, United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, One Courthouse Way, Boston, Massachusetts 02110 during regular business hours of each business day. You may also get additional information by calling or writing to class counsel as indicated above, by visiting **www.RanbaxyAntitrustLitigation.com** (which provides copies of some key pleadings), or by writing to the Notice Administrator, Rust Consulting, Inc., at the following address:

>  Ranbaxy Antitrust Litigation Notice Administrator
>  c/o Rust Consulting, Inc. – 7392
>  P.O. Box 44
>  Minneapolis, MN 55440-0044

**PLEASE DO NOT WRITE TO OR CALL THE COURT OR THE CLERK'S OFFICE FOR INFORMATION. INSTEAD, PLEASE DIRECT ANY INQUIRIES TO ANY OF THE CLASS COUNSEL LISTED ABOVE IN QUESTION 13.**

DATE: August _____, 2021                    BY THE COURT

                                            _____
                                            Hon. Nathaniel M. Gorton
                                            United States District Judge