# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>*All Actions* | Master File No.<br>19-md-02878-NMG |

## NOTICE OF NON-OPPOSITION TO MOTION

On August 6, 2021, the direct purchasers moved this Court for an order approving the form and manner of notice to the certified class of direct purchasers in this matter. Any opposition to the motion was due August 20, 2021.

The direct purchaser hereby informs that Court that no opposition has been filed and respectfully request that the Court grant the motion so that notice may be sent as soon as possible (so that the opt out deadline will run well before trial).

Dated: August 30, 2021

Respectfully submitted,

*/s/Kristen A. Johnon*
Thomas M. Sobol (BBO# 471770)
Gregory T. Arnold (BBO# 632738)
Kristen A. Johnson (BBO# 667261)
Kristie A. LaSalle (BBO #692891)
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
grega@hbsslaw.com

1

kristenj@hbsslaw.com
kristiel@hbsslaw.com

Steve D. Shadowen (admitted *pro hac vice*)
Richard M. Brunell (BBO#544236)
Matthew C. Weiner (admitted *pro hac vice*)
**Hilliard & Shadowen LLP**
1135 W. 6th St., Ste. 125
Austin, Texas 78703
Tel: (855) 344-3928
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

John D. Radice (admitted *pro hac vice*)
**Radice Law Firm**
Radice Law Firm, PC
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com

Paul E. Slater (admitted *pro hac vice*)
Joseph M. Vanek (admitted *pro hac vice*)
David P. Germaine (admitted *pro hac vice*)
John Bjork (admitted *pro hac vice*)
**Sperling & Slater, p.c.**
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Tel.: (312) 641-3200
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com
mslater@sperling-law.com

Joseph H. Meltzer (admitted *pro hac vice*)
Terence S. Ziegler (admitted *pro hac vice*)
Ethan J. Barlieb (admitted *pro hac vice*)
**Kessler Topaz Meltzer & Check, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
ebarlieb@ktmc.com

Kenneth A. Wexler (admitted *pro hac vice*)
Justin Boley (admitted *pro hac vice*)
Tyler Story (admitted *pro hac vice*)
**Wexler Wallace LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
jnb@wexlerwallace.com
tjs@wexlerwallace.com


Sharon K. Robertson (admitted *pro hac vice*)
Donna M. Evans (BBO #554613)
**Cohen Milstein Sellers & Toll PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Counsel for Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and the Direct Purchaser Class*


Linda P. Nussbaum
**Nussbaum Law Group, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(917) 438-9189
lnussbaum@nussbaumpc.com

*Counsel for the Direct Purchaser Class*


Gerald Lawrence
Renee A. Nolan
William J. Olson
**Lowey Dannenberg, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
glawrence@lowey.com
rnolan@lowey.com
wolson@lowey.com

Peter D. St. Phillip (PA ID # 70027)
**Lowey Dannenberg, P.C.**
44 South Broadway
Suite 1100
White Plains, New York 10601
Tel: (914) 997-0500
pstphillip@lowey.com

*Counsel for Plaintiff United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania and the End-Payor Class*

James R. Dugan, II
David S. Scalia
TerriAnne Benedetto
**The Dugan Law Firm, APLC**
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA 70130
(504) 648-0180
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com

*Counsel for Louisiana Health Service and Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, and HMO La., Inc. and the End-Payor Class*

Richard A. Sherburne, Jr.
Jessica W. Chapman
**Blue Cross and Blue Shield of Louisiana**
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Tel.: (225) 295-2454
Fax: (225) 297-2760

*Counsel for Louisiana Health Service and Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, and HMO La., Inc.*

## CERTIFICATE OF SERVICE

      I, Kristen A. Johnson, certify that, on this date, the foregoing document was served on counsel via electronic mail and was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: Aug. 30, 2021                        /s/ *Kristen A. Johnson*
                                                         Kristen A. Johnson