UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | Master File No. 19-md-02878-NMG |

**DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER APPROVING THE FORM AND MANNER OF NOTICE, APPOINTING A NOTICE ADMINISTRATOR, AND FORMALLY APPOINTING CLASS REPRESENTATIVES AND LEAD CLASS COUNSEL**

Motion allowed. /s/ NMGorton, USDJ 09/24/2021