UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | Master File No.<br>19-md-02878-NMG |

**JOINT MOTION TO UNSEAL CERTAIN PORTIONS OF SEALED FILING**

**(Hearing Not Requested)**

The parties have conferred and hereby jointly move to unseal certain portions and file a redacted version of the following document, previously filed under seal in this case: ECF No. 420-2, Exhibit 2 to the to the *Declaration of Kristen A. Johnson in Support of Purchasers' Motion for Partial Summary Judgment on Burwell Findings.*

Wherefore, Plaintiffs and Defendants request that the Court grant this motion and enter the accompanying [Proposed] Order.

Dated: October 18, 2021                                    Respectfully submitted,

| | |
|---|---|
| */s/ Alexandra I. Russell* | */s/ Gregory T. Arnold* |
| Jay P. Lefkowitz, P.C.* | Thomas M. Sobol (BBO# 471770) |
| Devora W. Allon, P.C.* | Gregory T. Arnold (BBO# 632738) |
| Robert W. Allen, P.C.* | Kristen A. Johnson (BBO# 667261) |
| Kyla Jackson* | Kristie A. LaSalle (BBO #692891) |
| **KIRKLAND & ELLIS LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 601 Lexington Avenue | 55 Cambridge Parkway, Suite 301 |
| New York, NY 10022 | Cambridge, MA 02142 |
| Tel: (212) 446-4970 | Tel: (617) 482-3700 |
| lefkowitz@kirkland.com | Fax: (617) 482-3003 |
| devora.allon@kirkland.com | tom@hbsslaw.com |
| bob.allen@kirkland.com | grega@hbsslaw.com |
| kyla.jackson@kirkland.com | kristenj@hbsslaw.com |
| | kristiel@hbsslaw.com |

1

Alexandra I. Russell*
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5258
(202) 389-5200 (fax)
alexandra.russell@kirkland.com
* *admitted pro hac vice*
*Counsel for Ranbaxy, Inc., and Sun Pharmaceutical Industries, Ltd.*

Steve D. Shadowen (admitted *pro hac vice*)
Richard M. Brunell (BBO#544236)
Matthew C. Weiner (admitted *pro hac vice*)
**HILLIARD & SHADOWEN LLP**
1135 W. 6th St., Ste. 125
Austin, Texas 78703
Tel: (855) 344- 3928
steve@hilliardshadowenlaw.com
rbrunell@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

John D. Radice (admitted *pro hac vice*)
**RADICE LAW FIRM**
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com

Paul E. Slater (admitted *pro hac vice*)
Joseph M. Vanek (admitted *pro hac vice*)
David P. Germaine (admitted *pro hac vice*)
John Bjork (admitted *pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3500
Chicago, IL 60603
Tel.: (312) 641-3200
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com
mslater@sperling-law.com

Joseph H. Meltzer (admitted *pro hac vice*)
Terence S. Ziegler (admitted *pro hac vice*)
Ethan J. Barlieb (admitted *pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
ebarlieb@ktmc.com

Kenneth A. Wexler (admitted *pro hac vice*)
Justin Boley (admitted *pro hac vice*)
Tyler Story (admitted *pro hac vice*)
**WEXLER WALLACE LLP**

55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
jnb@wexlerwallace.com
tjs@wexlerwallace.com

Sharon K. Robertson (admitted *pro hac vice*)
Donna M. Evans (BBO #554613)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Counsel for Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and the Direct Purchaser Class*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(917) 438-9189
lnussbaum@nussbaumpc.com

*Counsel for the Direct Purchaser Class*

Gerald Lawrence (PA ID #69079)
Renee A. Nolan (PA ID #316558)
William J. Olson (PA ID #322948)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
glawrence@lowey.com
jmcgrath@lowey.com
rnolan@lowey.com

Peter D. St. Phillip (PA ID # 70027)
**LOWEY DANNENBERG, P.C.**
44 South Broadway
Suite 1100
White Plains, New York 10601
Tel:(914) 997-0500
pstphillip@lowey.com

*Counsel for Plaintiff United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania and the End-Payor Class*


James R. Dugan, II
David S. Scalia
**THE DUGAN LAW FIRM, APLC**
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA 70130
(504) 648-0180
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

Richard A. Sherburne, Jr.
Jessica W. Chapman
**Blue Cross and Blue Shield of Louisiana**
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Tel.: (225) 295-2454
Fax: (225) 297-2760

*Counsel for Louisiana Health Service and Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, and HMO La., Inc., and the End-Payor Class*

## CERTIFICATE OF SERVICE

I, Gregory T. Arnold, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will provide notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 18th day of October, 2021.

Dated: October 18, 2021               */s/ Gregory T. Arnold*
                                      Gregory T. Arnold