UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Actions* | MDL No. 19-md-02878-NMG<br><br>**FILED UNDER SEAL**<br>**Leave to file granted on November 11, 2021.** |

**DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF OMNIBUS MOTIONS IN LIMINE**