UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Class Actions | Master File No.<br>19-md-02878-NMG |

## NOTICE OF DECLARATION OF CLASS NOTICE ADMINISTRATOR

Please take notice that, as directed at paragraph 12 of the Court's September 24, 2021, Order Approving the Form and Manner of Notice, Appointing a Notice Administrator, and Formally Appointing Class Representatives and Lead Class Counsel (ECF 469-1), counsel for the Direct Purchaser Class Plaintiffs herewith submits as Exhibit 1 the Declaration of Jessica Jenkins Regarding Notice Mailing, which includes as Exhibit A the final class notice form.

Dated: November 23, 2021

Respectfully submitted,

/s/ Greg Arnold

HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 475-1954
GregA@hbsslaw.com