# EXHIBIT 42
# Filed Under Seal

**REBUTTAL DECLARATION OF MEREDITH ROSENTHAL IN SUPPORT OF THE CERTIFICATION OF THE CLASS OF DIRECT PURCHASERS OF DIOVAN, NEXIUM, AND VALCYTE**

**United States District Court, District of Massachusetts,** *In Re Ranbaxy Generic Drug Application Antitrust Litigation*, **MDL No. 19-md-2878-NMG.**

**March 22, 2021**

## Table of Contents

I.      **Executive Summary** .................................................................................. **3**

II.     **Introduction** ............................................................................................ 3

III.    **Class-Wide Overcharges Can Be Calculated Using Common Proof and Do Not Require Individualized Inquiry** ........................................................ **4**

IV.    **Dr. Stangle's Adjustments to Overcharges Are Incorrect and Misleading** ................. **9**

    A.   Dr. Stangle's "Baseline Corrections" Are Either Incorrect or Have a De Minimis Effect on Overcharges ........................................................................... 11

       1.   Dr. Stangle's "Baseline Correction" #1, Using WAC Prices, Is Incorrect ............... 11

       2.   Dr. Stangle's "Baseline Correction" #2, Excluding Valcyte Purchasers that Were Excluded in My Errata, Has a *De Minimis* Effect on Overcharges ........................ 12

       3.   Dr. Stangle's "Baseline Correction" #3, Accounting for Returns by Non-Direct Purchasers, Is Incorrect and Has a *De Minimis* Effect on Overcharges ................ 12

       4.   Dr. Stangle's "Baseline Correction" #4, Using Different Nexium Sales Data, Disregards More Recent Data Productions and Therefore Are Incorrect ................... 13

    B.   Dr. Stangle's Overcharges End Dates Are Based on Incorrect Logic and Are Incorrect ............................................................................................. 14

    C.   Dr. Stangle Is Incorrect Where He Asserts that I Combine Brand Purchasers with Generic Purchasers ................................................................................ 17

    D.   Dr. Stangle Is Misleading when He Asserts that Overcharges Based on Brand Purchases Are Unjustified ...................................................................... 18

    E.   It Is Incorrect to Consider End-Payor Rebates in a Direct Purchaser Overcharges Calculation ......................................................................................... 19

    F.   Other Errors in Dr. Stangle's Overcharges Arguments ..................................... 20

V.     **Conclusions** .......................................................................................... **21**

## I.   EXECUTIVE SUMMARY

1.      I have been asked by counsel for Direct Purchaser Plaintiffs (DPPs or Plaintiffs) in this matter to respond to the rebuttal report of Dr. Bruce Stangle.[1]  In my previous report[2] I found that class member injury could be demonstrated using common economic evidence. Further, I developed and implemented a class-wide methodology based on standard economic practices for quantifying overcharges incurred by DPPs as a result of the alleged misconduct. Dr. Stangle attempts to undermine my conclusion that Class-wide impact can be shown using common evidence by mischaracterizing normal variation in DPP prices. He then proceeds to undertake a conceptually inappropriate and computationally flawed individualized analysis that he claims shows uninjured class members. In this analysis, Dr. Stangle introduces what I have been instructed are unfounded legal assumptions; he also makes adjustments to my yardsticks that I disagree with on economic grounds. Dr. Stangle's analysis and resulting conclusions are simply incorrect and I do not change my opinions from my affirmative report.

## II.   INTRODUCTION

2.      My name is Meredith B. Rosenthal. I am the C. Boyden Gray Professor of Health Economics and Policy at the Harvard T.H. Chan School of Public Health and an Academic Affiliate of Greylock McKinnon Associates ("GMA"), a consulting and litigation support firm. My principal research interests concern the economics of the health care industry.  My credentials have been previously submitted to the Court with my initial report; however, Attachment A contains my updated CV.  Attachment B is a list of additional materials I have relied upon in this declaration.

3.      In my affirmative report, I showed that class member injury can be demonstrated using common economic evidence.  I developed and implemented a class-wide methodology based on standard economic practices for quantifying overcharges incurred by DPPs as a result of the alleged misconduct.  I applied this model using data produced by brand and generic

---

[1]  Expert Report of Bruce E. Stangle, Ph.D., *In Re Ranbaxy Generic Drug Application Antitrust Litigation*, MDL No. 19-md-2878-NMG, February 10, 2021 (hereafter Stangle Report).

[2]  Declaration of Meredith Rosenthal in Support of the Certification of the Class of Direct Purchasers of Diovan, Nexium, and Valcyte, *In Re Ranbaxy Generic Drug Application Antitrust Litigation*, MDL No. 19-md-2878-NMG, November 2, 2020 (hereafter Rosenthal Report).

manufacturers of the three drugs at issue in this matter.  I was asked by counsel to assume that the jury may determine one of a range of entry scenarios absent Ranbaxy's misconduct – two each for Diovan and Nexium and one for Valcyte.  As I mentioned in my affirmative report, this methodology can accommodate new data, which, indeed, I have demonstrated below by updating my results in light of newly produced Nexium data.  Should further proceedings require additional assumptions as to the range of jury determinations, my model can be adjusted to account for any number of different scenarios based on newly discovered facts or further developments or changes to but-for generic entry dates.

### III.   Class-Wide Overcharges Can Be Calculated Using Common Proof and Do Not Require Individualized Inquiry

4.      The primary assertion of Dr. Stangle's report is that "Pharmaceutical payments are complex and generally require individualized analysis"[3] and further that "[t]here is substantial variation in direct purchaser prices, particularly for generics."[4]  He claims that my aggregate overcharges analysis masks this variation and as a consequence the proposed class includes a significant number of uninjured class members.  Dr. Stangle is incorrect that price variation in this case precludes the use of an aggregate overcharges model; indeed, the price variation here is typical for prescription drugs.  As I have shown in my affirmative report, due to the dramatic differences in the actual and but-for prices faced by the class members, all or nearly all were injured by the alleged conduct.  Furthermore, Dr. Stangle fails to show that individual class members did not sustain overcharges, as he claims.

5.      In my affirmative report, for all scenarios, I used common evidence to show that the but-for generic price was substantially below the actual brand price, leading to significant brand-generic aggregate overcharges.  Similarly, I showed significant aggregate overcharges for brand purchases of Diovan and Nexium that would have remained brand purchases but at lower prices, and for generic purchases of all three generic drugs.  The common proof used includes the sales data produced by the manufacturers of all of the brand and generic drugs in this matter, corporate forecasts of generic entry, and the academic literature.  The manufacturer forecasts and

---

[3]  Stangle Report, p. 26.

[4]  Stangle Report, p. 34.

the academic literature support the proposition that generic entry causes dramatic shifts in market share to the generics (*i.e.*, about a 88 to 97 percent shift from brand units to generic units),[5] and declines in the prices (*i.e.*, ultimately about a 90 to 97 percent drop from the pre-generic launch brand price),[6] paid by direct customers. These expectations were borne out by data showing actual sales after the (delayed) relevant generic launches in this matter.  Generic market shares reached over 95% for Diovan generics and Nexium generics, and 90% for Valcyte generics.[7] Generic prices declined over 95% for all three generic drugs.[8]

6.      Dr. Stangle appears to fundamentally misunderstand the standard economic methodology for calculating generic pricing trends and applying those trends to an alternative but-for scenario. The academic literature is clear that one should analyze generic pricing trends based on the pre-generic launch brand price.[9]  Using such trends, researchers can compare the relative magnitude of these trends across drugs or across varying scenarios of the number of generic manufacturers. One should note that the academic research does not go about such inquiries by comparing *price levels* across drugs or situations of varying generic entrants.  This is intuitive: a brand drug with a pre-generic launch price of $1000 would have much higher generic prices than a brand drug with a pre-generic launch price of $50.  And generic prices for such drugs would likely never converge. This is an extreme example, but the logic is the same for the calculation of but-for prices and overcharges.  All else equal, a but-for generic price calculated off of a pre-generic launch price of ████ per pill will be much less than the actual generic price that was priced off of an actual pre-generic brand price of ████ (this is the situation with Diovan Scenarios 1 and 2).[10]  Furthermore, given that the starting price is much lower, an increase in the number of generic entrants in the second case will cause the two price series to diverge even further.  At some point, the actual and but-for generic prices at wholesale may converge, and when they do

---

[5]  See Rosenthal Report, ¶¶ 51-56 and Figures 8-11.

[6]  See Rosenthal Report, ¶¶ 40-46 and Figures 1-4.

[7]  See Attachments C.2, C.4, D.2, D.4 and E.2.

[8]  *Ibid*.

[9]  See, for examples, H.G. Grabowski, *et al.*, "Updated Trends in U.S. Brand and Generic Drug Competition," *Journal of Medical Economics*, 19(9), 2016, pp. 836-44, and R.G. Frank and R.S. Hartman, "The Nature of Pharmaceutical Competition: Implications for Antitrust Analysis," *International Journal of the Economics of Business*, 22(2), 2015, pp. 301–343.

[10]  See Attachments D.3 and D.5.

in my data, I have terminated my overcharge calculations.  This methodology is sound, and yet Dr. Stangle characterizes it as merely an "artifact" of a "mechanical approach."[11]  This is a mathematical process, but it is rooted in sound economic theory and methodology, widely accepted academic research, and is based on the use of actual manufacturer sales data.  These are the aspects of common proof that allow me to conclude that all or nearly all class members were injured by the challenged conduct.  Dr. Stangle does not acknowledge this, and his incorrect inferences appear to drive other analytical errors, as I discuss below referring to Dr. Stangle's flawed analysis of variation and in Section IV.

7.      Dr. Stangle does observe variation in prices, but fails in his attempt to show that this variation is such that it results in zero or negative overcharges for direct purchaser class members.  To show this, Dr. Stangle attempts to calculate overcharges individually for each direct customer.  His analysis is flawed both conceptually and technically.  Conceptually, my assignment was to determine whether or not common economic evidence exists and can be used (a) to determine whether all or substantially all members of the proposed classes were impacted by the wrongful conduct, and (b) to quantify on a class-wide basis the impact of the alleged conduct that delayed generic entry for each of the three drugs.  My earlier analysis concluded that the alleged generic foreclosure impacted all Class members through the same mechanism: the absence of a generic alternatives.  In reaching that conclusion, it is neither necessary nor helpful to attempt a class member by class member estimate if each member's overcharges.  Therefore, the concept of individualized overcharges is irrelevant to my assignment.  Moreover, the manufacturer sales data and the aggregate overcharges calculation that I have used are the best means for quantifying class-wide overcharges.  I have shown that common class-wide evidence exists to establish that all or virtually all class members were injured.

8.      I understand that counsel for the Plaintiffs intend to show that individualized inquiry is not warranted in this matter, despite Dr. Stangle's assertions. Even if individualized inquiry were warranted here, Dr. Stangle's purported methodology to calculate overcharges separately for each individual class member is technically flawed.  He incorrectly claims that he has applied my methodology for each customer, and he concludes that he has found that an individualized

---

[11]  Stangle Report, ¶ 73.

analysis shows that many class members had "zero" or "negative" overcharges.[12]   His
conclusions are incorrect for several reasons.  First, I understand from counsel that as a legal
matter, a class member can be shown to have been impacted by the alleged conduct if at least
one transaction suffered an overcharge.  Though I do not agree with Dr. Stangle's calculations,
as I discuss in detail in the following paragraphs, many customers in his own summary exhibits
that he claims were not injured did, indeed, have at least one month of overcharges.  ████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████.[13]

9.      Second, Dr. Stangle misleadingly presents the customers with "zero" overcharges for
each of the overcharge categories, brand-brand, brand-generic and generic-generic.  He asserts
that customers that are known to have only purchased the brand or only the generic have no
generic-generic overcharges or brand-brand overcharges, respectively.  This observation,
however, does not suggest that my aggregate analysis might be overlooking customers with zero
overcharges. Of course brand-only customers would have no generic-generic overcharges, and
vice versa. Pointing this out is merely an attempt to mislead. For example, in his Exhibits 12A
and 12B, he indicates that Meijer had $0 overcharges for brand-brand and brand-generic
overcharges – this is because Meijer did not purchase brand-name Diovan, not because Meijer's
purchases of the brand showed zero overcharges. Moreover, Meijer had generic-generic
overcharges of over $700,000, according to Dr. Stangle's own calculations. Dr. Stangle
incorrectly suggests that class members need to have overcharges *in each category* of
overcharge, but this is simply not true. Despite Dr. Stangle's attempt to include Meijer in his
false category of putative class members with zero overcharges, Dr. Stangle's own methodology
indicates that Meijer was injured by the challenged conduct by virtue of positive generic-generic
overcharges.

---

[12]  See Stangle Report, Exhibits 8A, 8B, 12A, 12B, and 16.

[13]  *Ibid*.

10.     Third, there are several false assertions in Dr. Stangle's exhibits in which he color-codes customers.  He falsely asserts that "[c]ustomers highlighted in blue represent generic-only purchasers that Dr. Rosenthal implicitly and wrongly assumes made brand purchases" and "[c]ustomers highlighted in green represent brand-only purchasers that Dr. Rosenthal implicitly and wrongly assumes made generic purchases."  Both assertions are incorrect.  I did not assume that these customers made brand or generic purchases where the data show they did not.  All customers are included in the aggregate purchase volumes calculated by my model, and the yardsticks are applied to those aggregate totals, as described in my affirmative report.  There is no implicit assumption that the aggregate yardstick analysis requires each individual customer to have been impacted in an identical fashion,  just because injury occurred through a common mechanism. Most importantly, my aggregate model shows that the Class in fact paid more for the brand and/or generic products at issue than they would have absent the challenged conduct in the but-for world.

11.     Fourth, Dr. Stangle's calculations are in error.  For example, many of the customers mentioned in his exhibits are highlighted in yellow to indicate that, according to Dr. Stangle, they "have $0 damages due to insufficient data to apply Dr. Rosenthal's methodology."[14]  In reality, what this means is that Dr. Stangle failed to calculate but-for prices for the months in which a customer actually made purchases. For example, in Diovan Scenario 1, Dr. Stangle shows that ████████████████ made actual purchases of generic Diovan between July 2014 and November 2014 (which it did). Dr. Stangle then appears to calculate ████████████ ████████ but-for generic prices that would have occurred from October 2012 to February 2013.  When he "backcasts" the sales of generic product in this way, Dr. Stangle fails to calculate the contemporaneous but-for prices for the months of actual purchases. Instead, he claims that he does not have a but-for generic price to match up with ████████████████ actual purchases made from July 2014 through November 2014. The yardstick approach, however, requires that we also calculate but-for prices that ████████████████, or any generic purchaser, would have paid in the same calendar months as the actual purchases. Using this approach, my model shows that if generic entry had occurred earlier, the prices ████████ ████████████ would have paid for the generic from July 2014 to November 2014 would have

---

[14]  *Ibid*.

been much lower than those it actually paid.  In other words, ████████████████ has actual sales receipts showing purchases made on particular dates at particular prices, and my overcharges model shows that those prices would have been lower absent the challenged conduct. If Dr. Stangle had instead applied the generic price yardsticks in a comparable manner to what I do in my overcharges model, he would have found a much lower but-for generic price and substantial generic-generic overcharges. However, Dr. Stangle does not evaluate a but-for price for ██████████████ actual purchases at the time they occurred. Instead, he appears to presume that ████████████ purchases would have occurred earlier in the but-for world and since this customer only purchased the product for a few months, Dr. Stangle's but-for sales for this customer do not overlap in time with the actual purchases made. Dr. Stangle repeats this error numerous times for both generic-generic and brand-brand customers. As such, Dr. Stangle's calculations and any conclusions drawn from them are meaningless.

12.      In summary, I note that all or nearly all of the customers in Dr. Stangle's flawed analysis had either positive total overcharges, at least one month of overcharges across the three overcharge categories (brand-brand, brand-generic and generic-generic), or suffered from the analytical mistakes described above.[15]  Thus, even by Dr. Stangle's own flawed calculations, all or nearly all class members were impacted.

## IV.  DR. STANGLE'S ADJUSTMENTS TO OVERCHARGES ARE INCORRECT AND MISLEADING

13.      Most of Dr. Stangle's adjustments to my overcharge calculations are based on incomplete or misleading analysis of the data.  I address many of his assertions below.  With only minor exceptions, I find that none of Dr. Stangle's arguments dictate any changes to my methodology. In this section, I have also updated my Nexium models by using newly produced data (that Dr. Stangle did not use) and excluded brand-only consumers from my Valcyte calculation, which has a *de minimis* effect on Valcyte overcharges.[16]

---

[15] *Ibid.*

[16] See Attachments D and E to this declaration.  For completeness, I have also included the Diovan calculations in Attachment C to this declaration, even though those calculations have not changed since my affirmative report.

14.     I understand from counsel that many of Dr. Stangle's assertions rest on legal foundations and are contrary to the assumptions I have been asked to make by counsel.  I do not address Dr. Stangle's criticisms that are based on an assumption of law that conflicts with the assumption of law that I have been provided by counsel. These include his arguments regarding generic bypass,[17] class members' interrelationships and any incentives to pursue joinder,[18] and his position that overcharges should only be assessed on products that Ranbaxy actually sold.[19]  I have been informed by counsel that, as a matter of law, it is not proper to account for generic bypass. I have also been informed by counsel that, in class certification matters, courts treat separately purchasers that are separate corporate entities that are separately billed by the manufacturer.  Furthermore, I have been informed that counsel intends to prove that Ranbaxy's alleged misconduct resulted in the delay of generic versions of Diovan, Nexium and Valcyte regardless of the generic seller, and that as such they are of the view that under the law it is necessary and proper to evaluate overcharges on direct sales made by all brand and generic manufacturers of these products. Of course, if the Court in this matter rules differently under the law in any of these respects, my model and approach can be adjusted to address that changed circumstance.

15.     Dr. Stangle relies on other defendant experts to assert that the but-for scenarios I have been asked to assume are incorrect and he suggests that, by not accepting his alternative scenarios, my methodology somehow "does not isolate the economic effect of the conduct at issue."[20]  It is my understanding that Plaintiffs' counsel intend to adduce substantial evidence from which the jury may find the but-for scenarios I have been asked to assume. Under this assumption, my overcharge calculations do indeed "isolate the economic effect of the conduct at issue" using common proof.  I do not address defendants' but-for world assumptions because they are outside the scope of my assignment. Furthermore, my overcharges methodology can readily accommodate any alternative but-for world assumptions that are determined by the jury.

---

[17]  See Stangle Report, ¶¶ 58-62.

[18]  Stangle Report, Appendix C, ¶¶ 34-44.

[19]  See Stangle Report, ¶¶ 131-134.

[20]  Stangle Report, ¶¶ 67-71.

### A.     Dr. Stangle's "Baseline Corrections" Are Either Incorrect or Have a De Minimis Effect on Overcharges

#### 1.     Dr. Stangle's "Baseline Correction" #1, Using WAC Prices, Is Incorrect

16.    Dr. Stangle argues that one should use a list price known as wholesale acquisition cost ("WAC") instead of the actual net prices faced by direct purchasers that I use when assessing overcharges due to the challenged conduct.  He argues that generic manufacturers state that they set their prices by looking at brand manufacturer WAC prices before generic launch.  He argues further that generic manufacturers are not aware of branded discounting since such discounts are proprietary and secret.[21]

17.    The use of a list price when modeling direct purchaser overcharges in this matter is improper because it does not reflect the actual prices paid by the DPPs.  The proper economic methodology is to evaluate prices net of all discounts and adjustments in order to determine the net effect of the challenged conduct. It is widely understood that brand name drug manufacturers discount below their list prices and a generic manufacturer that ignored those discounts when setting their own price would not maximize profits. In particular, generic prices would be too high relative to the profit-maximizing price.

18.    Further, Dr. Stangle's suggestion that generic manufacturers are blind to the brand manufacturer's strategies and pricing is naïve and ignores the fact that generic manufacturers forecast and model brand prices.[22] As such, generic manufacturer discounting follows from the awareness of brand net prices.  In my experience, generic manufacturers routinely obtain publicly available IQVIA National Sales Perspective ("NSP") data which show a substantial part of the branded discounts relevant to a generic manufacturer's direct customers.  The generic manufacturer forecasts in this case indeed reveal the use of IQVIA data.[23]

19.    Finally, while I disagree on principle that WAC is the appropriate pricing benchmark for my yardsticks, it is important to note that Dr. Stangle's use of WAC makes very little difference to overcharges.  Including his WAC adjustment <u>and</u> his inclusion of non-direct purchaser returns

---

[21]  Stangle Report, ¶¶ 125-126 and footnote 182.

[22]  See, for examples, SUN_00544321, SUN_02689563, SUN_00544337, TORRENT049673, sheet "Valsartan," and DRL-Valganciclovir-Supp-000001, sheets "Valganciclovir_bestcase," and "Valganciclovir-base."

[23]  See, for examples, the generic manufacturer forecasting documents which include IQVIA (previously known as IMS) data: SUN_00544321, SUN_02689563, SUN_00544337, and Lupin-Meijer000605-655, at 605.

decreases overcharges only between 2.2% and 2.7% across Diovan Scenarios 1 and 2, Nexium Scenario 2, and Valcyte.

**2. Dr. Stangle's "Baseline Correction" #2, Excluding Valcyte Purchasers that Were Excluded in My Errata, Has a *De Minimis* Effect on Overcharges**

20.     In my errata, I excluded from my list of customers[24] direct purchasers of branded Valcyte who, apparently, have not purchased the generic because brand-only purchasers have been explicitly excluded from the Class definition. Dr. Stangle states that these customers should also have been removed from my overcharges model.[25] While my original calculations make the reasonable assumption that brand-only customers' volume is encompassed in the but-for brand volume, one could take Dr. Stangle's approach and exclude these customers from the actual sales volume in my model. This alternative leads to a *de minimis* reduction in overcharges; following this approach, I have updated my overcharges calculation for Valcyte. Direct purchaser overcharges for Valcyte after having made this change are now $125.8 million, a reduction of 0.3% from my previous calculation.[26]

**3. Dr. Stangle's "Baseline Correction" #3, Accounting for Returns by Non-Direct Purchasers, Is Incorrect and Has a *De Minimis* Effect on Overcharges**

21.     Dr. Stangle asserts that it is "is logically incorrect to assign damages to returned units even if those returns did not flow through a direct purchaser but instead were returned directly to the manufacturer by an entity that originally purchased the product indirectly through a wholesaler or distributor."[27]  My understanding from counsel is that transactions relating to non-class members should not be accounted for in my overcharges calculations.[28]  Regardless, taking account of non-class member return quantities as Dr. Stangle suggests has a *de minimis* effect on overcharges with reductions of a mere fraction of a percent.  Diovan Scenarios 1 and 2

---

[24] Errata for Declaration of Meredith Rosenthal in Support of Certification of the Class of Direct Purchasers of Diovan, Nexium and Valcyte, *In Re Ranbaxy Generic Drug Application Antitrust Litigation*, MDL No. 19-md-2878-NMG, January 13, 2021, Attachment F.4.

[25] Stangle Report, ¶ 127.

[26] See the revised Attachment E to this declaration.

[27] Stangle Report, ¶ 128.

[28] Note that I have already accounted for all returns related to class members who purchased directly from the manufacturers.

overcharges would be reduced by only 0.0002%; Nexium Scenario 1 overcharges would be reduced by only 0.00008%; Nexium Scenario 2 overcharges would be reduced by only 0.004%; and Valcyte would not change since there are no additional returns in the data to include.[29]

> **4. Dr. Stangle's "Baseline Correction" #4, Using Different Nexium Sales Data, Disregards More Recent Data Productions and Therefore Are Incorrect**

22.     Dr. Stangle asserts that "for Nexium, without justification, Dr. Rosenthal ignores AstraZeneca's data on actual 2015 brand prices and instead interpolates prices between December 2014 and January 2016. I replace Dr. Rosenthal's interpolated 2015 brand prices with actual monthly brand prices and apply Dr. Rosenthal's method to estimate but-for Nexium brand prices based on the actual monthly brand prices in 2015."[30]  My decision to do this was not without justification, as Dr. Stangle states.  As noted in my report, I determined that the Nexium sales data for 2015 were missing relevant discounts, adjustments and chargebacks.[31]  As such, I used an alternative source and a linear interpolation to model Nexium net prices.  AstraZeneca subsequently produced more complete data after my original report was filed.  These new data show direct sales, discounts, adjustments and chargebacks for the entire relevant time period.[32]  Dr. Stangle ignored these new data and in so doing has ignored important discounts and chargebacks by using the data I initially discarded.  Dr. Stangle's fourth "baseline correction" is thus incorrect and inferior to using the new data.

23.     I now use these new Nexium data to update my overcharges calculations. This means that the methods I used previously to estimate prices are no longer necessary since I now have the relevant raw data.[33]  Nexium Scenario 1 overcharges are now $1.097 billion (a reduction of 10.5%).  As for Nexium Scenario 2, the additional Nexium sales data has revealed that there are

---

[29] See my work papers.  The additional return quantities are incorporated in the calculation of generic market share yardsticks and in the quantities included in the calculation of overcharges.

[30] Stangle Report, ¶ 129.

[31] Rosenthal Report, footnote 141.

[32] The newly produced AstraZeneca data are AZNONPARTY_002560, AZNONPARTY_002565, AZNONPARTY_002566, and AZNONPARTY_002569.

[33] However, there is one adjustment that still needs to be made with the new data.  The new chargeback data in 2015 are organized on a quarterly basis.  This means that Q1 2015 includes both pre- and post-generic launch brand pricing.  Since brand discounting increased substantially right after actual generic launch, the 1Q 2015 chargeback data are not suitable for inclusion in the calculation of a pre-generic launch brand price.  As such, my model uses December 2014 as the pre-generic launch brand price.

positive brand-brand overcharges until December 2015.  Thereafter, the but-for brand price is above the actual brand price.  As such, to be conservative, all overcharges (brand-generic, generic-generic and brand-brand) are now set to end as of December 2015.  Using the new data and this new end point, Nexium Scenario 2 overcharges are $3.856 billion (a reduction of 7.7%).  Furthermore, due to the new Nexium sales data and since the time frame has changed for Nexium Scenario 2, I have updated the class member lists in Attachments F.2 and F.3 for Nexium Scenarios 1 and 2 respectively.  There are now 51 class members for Nexium Scenario 1 and 91 class members for Nexium Scenario 2.[34]

### B.  Dr. Stangle's Overcharges End Dates Are Based on Incorrect Logic and Are Incorrect

24.     Dr. Stangle states that all brand-generic overcharges should end as of the time of actual generic entry because, according to him, direct purchasers were no longer "precluded from purchasing the generic" and he apparently believes that any lagging of generic purchases after that date reflects a preference for the brand.[35]  Dr. Stangle is incorrect. The fact that direct purchasers do not shift immediately to generic purchasing does not reflect a preference for the brand. It reflects the normal process by which generic penetration occurs, influenced by the supply chain frictions and other factors. It is simply common sense that generic sales volume does not instantaneously reach the ultimate steady state market share of 90-95%.  It takes time for warehouses to be stocked and for purchasing patterns to shift.  My overcharges model takes account of this by using actual time patterns of generic substitution; ending brand-generic overcharges as of the time of actual generic entry is unwarranted and factually incorrect.

25.     Dr. Stangle also incorrectly claims that Valcyte generic-generic overcharges should end as of the moment when there are 2 generic manufacturers in both the actual and but-for world. He claims that: "With the same number of generic competitors marketing generic versions of Valcyte in the actual and but-for worlds, there is no basis to assume that the delay in generic entry would result in different generic prices, and therefore no basis for continuing generic-

---

[34]  Note that in my previous versions of Attachments F.2 and F.3, the customer DDNC was inadvertently included and is now excluded since it is a governmental entity.

[35]  Stangle Report, ¶ 135.

generic damages."[36]  This assertion is false, reflects a lack of understanding of generic competition, and contradicts the economic evidence.  While it may be reasonable to assume that the *percentage price discount* is the same where one has 2 generic manufacturers in both the actual and but-for worlds, this does not mean that the price *levels* ought to be the same.  As I explained in my affirmative report, the pricing yardsticks are applied at points in time with different net prices.  A lower starting net price in the but-for world would yield lower generic prices than in the actual world even if there eventually are the same number of generic manufacturers in both worlds.

26.     Dr. Stangle makes the same argument for Nexium Scenario 2 generic-generic overcharges.  He claims that as of September 2015, there would be comparable numbers of generic manufacturers in the actual and but-for worlds (four and five, respectively) and therefore actual and but-for generic prices would be equal.[37]  He bases this assertion on a misunderstanding of published research.[38]  Though it may be true that, as the research states, the marginal effect of additional generic manufacturers coming to market after the fourth or fifth is "negligible," that does not mean actual and but-for prices would be the same. The negligible effect is with respect to a given, single price series and says nothing about a comparison across price series, such as a comparison between an actual price series and a but-for price series where generic launch occurred earlier and with respect to a relatively lower brand price.  What Dr. Stangle seems not to understand is that though the actual pricing trends may be similar to the but-for pricing trends with comparable numbers of generic manufacturers, the price levels may not be. Again, a given generic price decline percentage applied against a relatively lower, earlier brand price will yield lower generic prices compared to what would occur if that same generic price decline percentage were applied to a later, higher brand price.  And this assumes that the same number of generic entrants yields the same generic price decline percentages, which is not always true when observing the actual data.  This fact can be seen in my overcharges analysis. In September 2015 for Nexium Scenario 2, where Dr. Stangle says overcharges should be terminated, the actual price decline yardstick is -35.2% and the but-for price decline yardstick is

---

[36]  Stangle Report, ¶ 136.

[37]  Stangle Report, ¶ 137.

[38]  E.R. Berndt, *et al.*, "Authorized Generic Drugs, Price Competition, and Consumers' Welfare," *Health Affairs*, 26(3), May 2007, pp. 790–799, at p. 792.

-89.5%, and the actual generic price is \$4.33 per pill and the but-for generic price is only \$0.64 per pill.[39]  This is illustrated below in Figure 1, where it is clear that the actual and but-for generic prices diverge noticeably through December 2015.[40]  The green shaded area depicts generic-generic overcharges due to this divergence.  In this case, <u>both</u> the trend and the price levels are substantially different, yielding substantial generic-generic overcharges.  Given the but-for world assumptions as given to me by counsel for Nexium Scenario 2, it would be incorrect to model generic-generic overcharges going to zero any earlier than December 2015, as I have done in my updated overcharges analysis.



[39] See Attachments D.4 and D.5.

[40] Note that December 2015 is the new end point for Nexium Scenario 2.  See ¶ 23 above.

[41] Source:  Attachment D.5.  Note that this Attachment and this Figure use the new AstraZeneca Nexium sales data described in ¶ 22.  See also footnote 30.

REBUTTAL DECLARATION OF MEREDITH ROSENTHAL                    HIGHLY CONFIDENTIAL
RANBAXY DIRECT PURCHASER LITIGATION                                          PAGE 16

### C.   Dr. Stangle Is Incorrect Where He Asserts that I Combine Brand Purchasers with Generic Purchasers

27.      Dr. Stangle observes that some class members only purchased the brand, some only purchased the generic, and those that purchased both tend to have varying generic substitution rates.  He erroneously asserts that I apply my average yardstick uniformly to each and every distinct class member.  He attempts to illustrate this issue by calculating overcharges separately for brand-only class members, generic-only class members, and he recalculates the yardstick for brand-generic class members by only focusing on those class members.[42]

28.      Dr. Stangle's analysis is incorrect for two reasons.  First, he misstates my opinions.  It is not true that I have stated that my yardsticks ought to be applied equally to all individual class members.  What I have done is applied my aggregate analysis and aggregate yardsticks to the entire class using common evidence. It is not my opinion that any particular brand-only class member would have purchased generics in the but-for world if there is no evidence of them having done so in the actual world.  Overcharges for such customers are within the brand-brand overcharges in my calculations.  The same is true for customers that only purchased the generic – they are included in the generic-generic overcharges in my calculations.

29.      Second, to suggest that brand-generic overcharges should be evaluated using only data for customers that have purchased both the brand and generic is incorrect in an aggregate overcharges calculation and is, in fact, an attempt to bring in generic bypass.  The reason why customers, like wholesalers, have a lower generic substitution rates is because some of the generic units are actually purchased by generic-only purchasers like retailers.  As stated above, I have been informed by counsel that it is not the legal standard to disregard in the calculation of direct purchaser overcharges units actually purchased simply because of generic bypass.  Dr. Stangle does just that with this so-called "correction" and therefore it should be disregarded.

---

[42]  Stangle Report, ¶¶ 139-143.

### D.   Dr. Stangle Is Misleading when He Asserts that Overcharges Based on Brand Purchases Are Unjustified

30.    Dr. Stangle incorrectly asserts that overcharges on brand purchases are "unjustified" and he excludes brand-brand overcharges as well as brand-generic overcharges.  His justifications appear to be the following: that "Plaintiffs' expert Dr. McGuire claims that brand drugs are not part of the relevant markets in this case"; "academic research supports the claim that brand-brand damages are based on temporary brand discounts"; and Dr. Conti has not calculated brand-brand damages for Nexium.[43]  As I explain below, all of Dr. Stangle's assertions are incorrect.  Note that this category accounts for the single largest "correction" Dr. Stangle proposes for my overcharges calculations.

31.    Dr. Stangle misrepresents Dr. McGuire's testimony.  I understand that Dr. McGuire opines that the brand manufacturers did in fact have market power over the respective brands pre-generic entry, and that "evidence of Ranbaxy's market power is rooted in evidence that Ranbaxy (a) excluded competitors, and (b) caused the Diovan, Nexium and Valcyte molecules to be sold at prices above levels that would have prevailed under competition."[44]  It is my understanding that counsel intend to prove that Ranbaxy's conduct caused overcharges on brand purchases by the Class.  Indeed, my overcharge models show that class members were overcharged on brand purchases due to the delay in generic entry, and this is consistent with the literature and real word experience.

32.    As for the academic research, though it may be true that some brand discounts are temporary, proper methodology demands that we look at each drug separately.  Rather than using a generalization from the academic research, I have allowed the data for each drug to tell me whether there were any brand discounts, and how persistent those discounts were.  I found that there was indeed brand discounting for Diovan and Nexium, and I did not find brand discounting for Valcyte; I conducted my overcharges analysis accordingly.  Even if Dr. Stangle is correct and brand discounts for Diovan and Nexium were "temporary," those discounts would still have

---

[43] Stangle Report, ¶¶ 121-122 and 144.

[44] Expert Report of Professor Thomas G. McGuire, *In Re Ranbaxy Generic Drug Application Antitrust Litigation*, MDL No. 19-md-2878-NMG, November 2, 2020, ¶¶ 150 and 172-176.

come into play in the but-for world and brand purchasers would have suffered overcharges during the "temporary" period of time.

33.      Finally, Dr. Stangle appears to be confused regarding Dr. Conti's damages.  I understand that Dr. Conti, when calculating *end-payor* damages, did not evaluate brand-brand damages for the drugs at issue because the prices relevant for end-payors, *i.e.* prices *at retail*, do not reveal lower prices following generic entry.  These are not the same prices paid by direct purchasers, and therefore Dr. Stangle's statement that my overcharges calculations are "inconsistent" is simply false.  Just as it is inappropriate to consider end-payor rebates for a direct purchaser analysis (as I discuss in the paragraph below), it is also inappropriate to consider end-payor prices.  Direct purchasers face neither and, therefore, their consideration in an overcharges calculation is economically incorrect.  Direct purchaser prices are typically based on WAC as a starting point, and involve additional discounts negotiated between the manufacturer and the direct purchasers.  End payor prices are typically evaluated based on a discount off of AWP or an increase over WAC and are negotiated between the TPP or PBM and the retailer.  Since direct purchasers and end payors face different prices at different levels of the supply chain, with different types of rebates and discounts, considering them to be the same as Dr. Stangle does is comparing apples and oranges and is inappropriate as a matter of economics.

### E.  It Is Incorrect to Consider End-Payor Rebates in a Direct Purchaser Overcharges Calculation

34.      Dr. Stangle notes that I have assessed overcharges to direct purchasers based on the "payment flows [I believe] are associated with direct purchasers of the products at issue" but claims that I made a "fundamental error" by not including rebates paid by Novartis and AstraZeneca to "PBMs, third party payors and government entities."[45]  He then appears to state that it is necessary to "assess pass-on" and to consider "deterrence."  I understand from counsel that these are legal issues and I do not comment on them here.  As part of this argument, however, Dr. Stangle states that I "ignored" the rebates paid to end-payors and governmental entities and seems to imply that these rebates should be considered in the calculation of direct purchaser overcharges.[46]  As a matter of economics, it is incorrect to consider rebates paid to

---

[45]  Stangle Report, ¶¶ 75, 80.

[46]  Stangle Report, ¶¶ 38, 75-81.

end-payors when calculating overcharges faced by direct purchasers. Direct purchasers never receive any of the rebate dollars paid to "PBMs, third party payors and government entities" that Dr. Stangle references. As such, it is entirely in error to consider such rebates in a calculation of direct purchaser overcharges. I did not "ignore" these rebates. I appropriately considered them and deemed them inappropriate for an analysis of direct purchaser overcharges.

### F.    Other Errors in Dr. Stangle's Overcharges Arguments

35.    Dr. Stangle mentions a handful of additional technical "corrections" that are incorrect. For instance, Dr. Stangle notes that I take a rolling average of three months when I calculate generic Diovan prices in the actual world. He asserts that instead I should have used the entire seven months from June 2014 to December 2014, and he adjusts overcharges accordingly. He claims that this "accounts for the timing mismatches between sales and subsequent credits."[47] However, by taking a longer time window for the moving average, Dr. Stangle has included the early, lower discounting with the later, higher discounting in generic prices. In my opinion, it is better to track a narrower window so that generic prices match with the current level of discounting as generic competition evolves. In my opinion, a three-month window is more appropriate because of the rapid changes in the competitive landscape. It is more important to track the level of generic discounting rather than address the potential "mismatch between sales and subsequent credits." Therefore, I believe Dr. Stangle's adjustment in this instance is overbroad and I do not adjust my overcharges calculations as he suggests.

36.    Dr. Stangle incorrectly states that "[i]n certain months of her damages period, Dr. Rosenthal inappropriately calculates damages on more units than were actually purchased by members of the proposed Nexium and Valcyte classes, causing her to overstate damages."[48] For Nexium Scenario 1, using the updated data recently produced by AstraZeneca, this is not true. In months where there are more generic units in the but-for world than in the actual world (February and March 2015), I evaluate no brand-generic overcharges because the model suggests that there is no foreclosure of generic units in those months. Instead, I only evaluate overcharges on actual generic units purchased, since those units would have been available at a lower price in

---

[47] Stangle Report, ¶ 146. Note that this adjustment to overcharges made by Dr. Stangle accounts for a decrease in overcharges of only 10.7%.

[48] Stangle Report, ¶¶ 151-153.

the but-for world.  Thus, I do not calculate overcharges on more units than were actual sold; I only evaluate overcharges on the actual generic units sold.  It would be improper to evaluate negative brand-generic overcharges merely because fewer generic units were purchased in the but-for world than the actual world.  Furthermore, I understand from counsel that as a legal matter defendants are not entitled to such an offset to overcharges due to the challenged conduct. For Nexium Scenario 2, all of the preceding arguments are still true, but Dr. Stangle is correct that there is one additional correction that needs to be made for brand-brand overcharges.  In a single month (February 2015), where the but-for brand units exceed the actual brand units, I have ensured that the model evaluates overcharges only on the actual units purchased.[49]  Note that this category of Dr. Stangle's is not a concern for Valcyte at all, since there are no brand-brand overcharges for Valcyte and otherwise I only calculate overcharges on actual generic units sold in months where brand-generic overcharges are set to zero.  Also note that this issue does not arise at all for the Diovan Scenarios.  Overall, Dr. Stangle's concerns here are either no longer relevant due to the use of the recently produced Nexium data, or are incorrect in terms of the assertion of evaluating negative brand-generic overcharges.

37.     Dr. Stangle argues that I should have allowed for negative generic-generic overcharges for Valcyte in months where the generic but-for price was greater than the actual generic price.[50] I understand from counsel that the defendants are not entitled to overcharges offsets in this way. Regardless, this adjustment for negative generic-generic overcharges accounts for a decrease in total overcharges of only 5.1%.

## V.     CONCLUSIONS

38.     I have shown that class-wide overcharges can be calculated using common proof and do not require individualized inquiry.  I find that Dr. Stangle's incorrect arguments and invalid analyses do not controvert the methodology put forward in my affirmative report where I used common proof to show that the but-for prices were substantially below the actual prices paid by

---

[49]  In my affirmative report, this adjustment was inadvertently not made in the Nexium Scenarios.  With the updated data, it is only relevant for a single month in Nexium Scenario 2, which is February 2015.  All other months with zero brand-brand damages in the Nexium Scenarios are due to instances where the but-for brand price is higher than the actual brand price.  Again, I have been informed by counsel that there is a legal argument that defendants are not entitled to overcharges offsets in this way.

[50]  Stangle Report, ¶¶ 154-155.

the Class, leading to significant aggregate overcharges.  Due to the dramatic differences in the actual and but-for prices faced by the class members, all or nearly all were injured by the alleged conduct.  Though Dr. Stangle points to pricing variation, which occurs in all markets, his flawed analysis fails to show that this variation means that  individual class members did not sustain overcharges due to the challenged conduct.

39.     I find that overcharges remain substantial: $3.161 billion to $3.279 billion for Diovan and valsartan, $1.097 billion to $3.856 billion for Nexium and esomeprazole magnesium, and $125.8 million for Valcyte and valganciclovir.[51]

Meredith Rosenthal

March 22, 2021

---

[51]  The new overcharge totals take into account the new Nexium sales data and the exclusion of brand-only Valcyte customers, as described above.

**Attachment A**

## CURRICULUM VITAE

Date: February, 2021

**NAME:**          Meredith B. Rosenthal

**ADDRESS:**       Harvard T. H. Chan School of Public Health
677 Huntington Avenue
Boston, MA 02115
Tel: (617) 432-3418
meredith_rosenthal@harvard.edu

**BIRTHPLACE:**    Boston, Massachusetts

**EDUCATION:**

1998          Health Policy (Economics track), Ph.D., Harvard University

1990          International Relations (Commerce), A.B., Brown University

**ACADEMIC APPOINTMENTS:**

2011-present  C. Boyden Gray Professor of Health Economics and Policy
Department of Health Policy and Management
Harvard School of Public Health

2006-2011     Associate Professor of Health Economics and Policy
Department of Health Policy and Management
Harvard School of Public Health

1998-2006     Assistant Professor of Health Economics and Policy
Department of Health Policy and Management
Harvard School of Public Health

**ADMINISTRATIVE APPOINTMENTS:**

2017-2018     Senior Associate Dean for Academic Affairs
Harvard T. H. Chan School of Public Health

2013-2017     Associate Dean for Diversity
Harvard T. H. Chan School of Public Health

**PROFESSIONAL SOCIETIES:**

2014-present  Elected Member, National Academy of Medicine (Institute of Medicine)
2004-present  American Society of Health Economists
2000-present  International Health Economics Association
1995-present  AcademyHealth
              *Planning Committee for 2008 Annual Research Meeting*

**OTHER PROFESSIONAL EXPERIENCE:**

1996-present  Academic Affiliate, Greylock McKinnon Associates

1993-1994     Analyst, Health Economics Research, Inc./The Center for Health Economics Research

1990-1993     Consultant, Price Waterhouse, Tax Economics Department

**SERVICE:**

| | |
|---|---|
| 2016-present | Member, Massachusetts Center for Health Information and Analysis Oversight Council |
| 2013-2017 | Board Chair, Massachusetts Health Quality Partners |
| 2007-2016 | Member, Massachusetts Public Health Council |
| 2005 | Expert Testimony, House Committee on Education and Workforce, House Subcommittee on Employer-Employee Relations, Hearing on Examining Pay-for-Performance Measures and Other Trends in Employer-Sponsored Health Care |
| 2003 | Expert Testimony, Senate Special Committee on Aging, Hearing on Direct to Consumer Advertising of Prescription Drugs: Exploring the Consequences |
| 2001 | Chair, Massachusetts Special Commission on Physician Compensation |

**HONORS AND DISTINCTIONS:**

| | |
|---|---|
| 2016 | AcademyHealth Paper of the Year Award |
| 2016 | Harvard TH Chan School of Public Health Student Mentoring Award |
| 2015 | Harvard TH Chan School of Public Health Advancement of Women Faculty Mentoring Award |
| 2014 | Harvard School of Public Health Junior Faculty Mentoring Award |
| 2011 | Harvard School of Public Health Teaching Citation |
| 2010 | Academy of Management Best Theory to Practice Paper in Health Care Management |
| 2006 | Alfred P. Sloan Foundation Industry Studies Fellowship |
| 2003 | Labelle Lectureship in Health Policy, McMaster University |

**MAJOR ADMINISTRATIVE RESPONSIBILITIES:**

| | |
|---|---|
| 2016-2018 | University President's Task Force on Inclusion and Belonging |
| 2012-2014 | Harvard School of Public Health Faculty Council, Vice-Chair (2012) |
| 2007-2014 | Harvard School of Public Health Committee on Admissions and Degrees, Chair (2010) |
| 2007 | Co-Chair, Harvard School of Public Health Child Care Task Force |
| 2006-2011 | Harvard School of Public Health Committee on the Concerns of Women Faculty |
| 2000-present | Executive Committee on Higher Degrees in Health Policy, Harvard University |
| 1999-present | Admissions Committee, Ph.D. Program in Health Policy, Harvard University |

**EDITORIAL ACTIVITIES:**

| | |
|---|---|
| 1997-present | Referee: *Journal of Health Economics, Inquiry, Health Services Research, Health Affairs, Journal of the American Medical Association, New England Journal of Medicine, and others* |
| 2012-2015 | Member, *New England Journal of Medicine*, Perspective Advisory Board |
| 2008-2014 | Associate Editor, Medical Care, Research and Review |
| 1997-1998 | Assistant Editor, Evidence-based Health Policy and Management |

**MAJOR RESEARCH INTERESTS:**

1.  Market-oriented health policy
2.  Physician payment incentives
3.  Consumerism and consumer-directed health plans
4.  Economics of the pharmaceutical industry

**RESEARCH SUPPORT:**

Past Funding:

| | |
|---|---|
| 2016-2018 | Generic Drug Pricing: Actionable Research for Policy, Commonwealth Fund, Principal Investigator |
| 2015-2017 | Improving the Value of Health Care Choices, Arnold Foundation, *Principal Investigator* |
| 2012-2017 | Optimizing Ambulatory Patient Safety in Partnership with Primary Care Transformation, HMS Gift/CRICO, *Co-Principal Investigator* |
| 2016-2017 | Physician Payment in ACOs, Arnold Foundation, *Principal Investigator* |
| 2013-2015 | Understanding the Use and Impact of Price Data in Health Care, RWJF, *Co- Investigator* |
| 2013-2015 | Impact of Price Transparency Tools on Consumer Behavior, RWJF, *Co- Investigator* |
| 2013-2015 | Getting the Complete Picture: What Does the Body of Research on the Patient-Centered Medical Home Really Tell Us? CMWF, *Principal Investigator* |
| 2013-2015 | Prevalence and Variation in Over-Use of Health Services in Commercially Insured Patients, Peter G. Peterson Foundation, *Principal Investigator* |
| 2013-2015 | Measuring Overuse of Health Care: Are Providers and Patients 'Choosing Wisely'?, CMWF, *Co-investigator* |
| 2013-2014 | Prevalence and Variation in Over-Use of Health Services in Medicare: Choosing Wisely, RWJF, *Co-investigator* |
| 2012-2015 | Evaluating Sequential Strategies to Reduce Readmission in Diverse Populations, AHRQ, *Co-investigator* |
| 2010-2014 | Factors Associated with Effective Implementation of a Surgical Safety Checklist, AHRQ (R18), *Co-investigator* |

3

2010-2014      A Randomized Trial of Behavioral Economic Interventions to Reduce CVD Risk, NIA (RC4), *Co-investigator*

2008-2010      Rewarding Quality Diabetes Management, RWJF/Hudson Health Plan, *Principal Investigator*

2008-2009      Effects of High-Deductible Health Plans on Families with Chronic Conditions, RWJF/Harvard Pilgrim Healthcare Plan, *Co-Investigator*

2008-2008      Implications of Value-Based Purchasing for Health Disparities: A Synthesis of the Evidence, Office of Minority Health, Department of Health & Human Services, *Principal Investigator*

2008-2008      Payment Reform Opportunities for Medicaid Programs, University of Pittsburgh, *Principal Investigator*

2007-2009      Changes in Health Care Financing and Organization: How does Fragmentation of Care Contribute to the Costs of Care? RWJF/HCFO, *Co-investigator*

2006-2008      Evaluating the Impact of a Novel Pay for Performance Program in a Medicaid Managed Care Plan, The Commonwealth Fund, *Principal Investigator*

2006-2008      Sloan Industry Studies Fellowship for Meredith Rosenthal, Alfred P. Sloan Foundation, *Principal Investigator*

2005-2008      Incentive Formularies and the Costs and Quality of Care, Agency for Healthcare Research and Quality, *Co-investigator*

2005-2007      Strategies to Improve the Value of Health Benefit Spending for Low-Wage Workers, The Commonwealth Fund, *Principal Investigator*

2005–2007      Uptake and Impact of Health Risk Appraisals, RWJ Health Care Financing and Organization Initiative, *Principal Investigator*

2003-2007      The Patterns and Impact of Value Based Purchasing, Agency for Healthcare Research and Quality, *Co-investigator*

2002-2007      Coverage, Organization of Care, and Colorectal Screening,          National Institutes of Health, *Co-investigator*

4

**Current Funding**

| | |
|---|---|
| 2015-2020 | Accelerating the Use of Evidence-based Innovations in Healthcare Systems, AHRQ, *Principal Investigator* |
| 2016-2021 | Identifying Cascades of Low-Value Care and the Organizational Practices that Prevent Them, AHRQ, *Co-Investigator* |
| 2019-2021 | Price, Spending and Utilization Impacts of Vertical Integration in Massachusetts, Laura and John Arnold Foundation |

**TEACHING EXPERIENCE**

| | |
|---|---|
| 2016-present | Health Policy and Management 260: Health Economics with Applications to Global Health Policy |
| 2003-present | Health Policy and Management 209: Economics for Health Policy |
| 2013-2014 | Global Health and Health Policy 50 (Harvard College): The Quality of Care in the United States |
| 1999-2001 | Health Policy and Management 507: Mental Health Economics and Policy in the United States |

**BIBLIOGRAPHY**

**Peer-Reviewed Articles**

1. **Rosenthal MB**, Geraty RD, Frank RG, Huskamp HA. Psychiatric provider practice management companies: Adding value to behavioral health care? *Psychiatric Services*. 1999 Aug;50(8):1011-13.

2. **Rosenthal MB**. Risk sharing in managed behavioral health care. *Health Affairs*. 1999 Sept-Oct;18(5):204-13.

3. Huskamp HA, **Rosenthal MB**, Frank RG, Newhouse JP. The Medicare prescription drug benefit: How will the game be played? *Health Affairs*. 2000 Mar-Apr;19(2):8-23.

4. **Rosenthal MB**. Risk sharing and the supply of mental health services. *Journal of Health Economics*. 2000 Nov;19(6):1047-65.

5. Cutler DM, Epstein AM, Frank RG, Hartman RS, King C, Newhouse JP, **Rosenthal MB**, Vigdor ER. How good a deal was the tobacco settlement?: Assessing payments to Massachusetts. *Journal of Risk and Uncertainty*. 2000;21(2/3):235-61.

6. **Rosenthal MB**, Frank RG, Buchanan JL, Epstein AM. Scale and structure of capitated physician organizations in California. *Health Affairs*. 2001 Jul-Aug;20(4):109-19.

7. **Rosenthal MB**, Landon BE, Huskamp HA. Managed care and market power: Physician organizations in four markets. *Health Affairs*. 2001 Sept-Oct;20(5):187-93.

8. Frank RG, **Rosenthal MB**. Health plans and selection: Formal risk adjustment vs. market design and contracts. *INQUIRY: The Journal of Health Care Organization, Provision, and Financing*. 2001 Fall;38(3):290-8.

9. Cutler DM, Gruber J, Hartman RS, Landrum ME, Newhouse JP and **Rosenthal MB.** The economic impacts of the tobacco settlement. *Journal of Policy Analysis and Management*. 2002 Winter; 21(1):1-19.

10. **Rosenthal MB**, Berndt ER, Donohue JM, Frank RG, and Epstein AM. Promotion of prescription drugs to consumers. *New England Journal of Medicine*. 2002 Feb; 346(7):498-505.

11.   **Rosenthal MB** and Newhouse JP. Managed care and efficient rationing. *Journal of Health Care Finance*. 2002 Summer;28(4):1-10.

12.   **Rosenthal MB**, Frank RG, Buchanan JL, and Epstein AM. Transmission of financial incentives to physicians by intermediary organizations in California. *Health Affairs*. 2002 Jul-Aug;21(4):197-205.

13.   Mello M, **Rosenthal MB**, and Neumann PJ. Direct-to-consumer advertising and shared liability for pharmaceutical manufacturers. *JAMA*. 2003 Jan 22-29;289(4):477-81.

14.   **Rosenthal MB**, Fernandopulle R, Song HR, and Landon BE. Paying for quality: Providers' incentives for quality improvement. *Health Affairs*. 2004 March-April;23(2):127-41.

15.   **Rosenthal MB** and Milstein A. Awakening consumer stewardship of health benefits: Prevalence and differentiation of new health plan models. *Health Services Research*. 2004 Aug;39(4):1055-70.

16.   Donohue JM, Berndt ER, **Rosenthal MB**, Epstein AM, and Frank RG. Effects of pharmaceutical promotion on adherence to the treatment guidelines for depression. *Medical Care*. 2004 Dec;42(12):1176-85.

17.   **Rosenthal MB**. Doughnut-hole economics. *Health Affairs*. 2004 Nov-Dec; 23(6):129-35.

18.   **Rosenthal MB**, Frank RG, Li Z, and Epstein AM. Early experience with pay-for-performance: From concept to practice. *JAMA*. 2005 Oct 12;294(14):1788-93.

19.   **Rosenthal MB**, Hsuan C. and Milstein A. A report card on the freshman class of consumer-directed health plans. *Health Affairs*. 2005 Nov-Dec;24(6):1592-1600.

20.   **Rosenthal MB**, Zaslavsky AM and Newhouse JP. The geographic distribution of physicians revisited. *Health Services Research*. 2005 Dec;40(6):1931-52.

21.   **Rosenthal MB** and Frank RG. What is the empirical basis for paying for quality in health care? *Medical Care Research and Review*. 2006 April;63(2):135-57.

22.   **Rosenthal MB** and Daniels NB. Beyond competition: The normative implications of consumer-driven health plans. *Journal of Health Politics, Policy, and Law*. 2006 Jun;31(3):671-86.

23.   Landon BE, **Rosenthal MB**, Normand S-LT, Spettell C, Lessler A, Underwood HR, Newhouse JP. Incentive formularies and changes in prescription drug spending. *American Journal of Managed Care*. 2007 June;13(6):360-69.

24.   **Rosenthal MB**, Minden S, Manderscheid R, Henderson M. A typology of organizational and contractual arrangements for purchasing and delivery of behavioral health care. *Administration and Policy in Mental Health and Mental Health Services Research*. 2006 Jul;33(4):461-9.

25.   **Rosenthal MB**, Landon BE, Normand S-LT, Frank RG, Epstein AM. Pay for performance in commercial HMOs. *New England Journal of Medicine*. 2006 Nov 2;355(18):1895-1902.

26.   Mehrotra A, Epstein AM, **Rosenthal MB**. Do integrated medical groups provide higher-quality medical care than individual practice associations? *Annals of Internal Medicine*. 2006 Dec 5;145(11):826-33.

27.   Donohue JM, Cevasco M, **Rosenthal MB**. A decade of direct-to-consumer advertising of prescription drugs. *New England Journal of Medicine*. 2007 Aug 16;357(7):673-81.

28.   **Rosenthal MB**. Pay for performance and beyond. *Expert Review of Pharmacoeconomics and Outcomes Research*. 2007;7(4):351-5.

29.   **Rosenthal MB**, Landon BE, Howitt K, Song HR, Epstein AM. Climbing up the pay-for-performance learning curve: Where are the early adopters now? *Health Affairs*. 2007 Nov-Dec;26(6):1674-82.

30. **Rosenthal MB**, Landon BE, Normand S-LT, Frank RG, Ahmad TS, Epstein AM. Employers' use of value-based purchasing strategies. *JAMA.* 2007 Nov;298(19):2281-8.

31. **Rosenthal MB**, Landrum MB, Meara E, Huskamp HA, Conti RM, Keating NL. Using performance data to identify preferred hospitals. *Health Services Research.* 2007 Dec;42(6):2109-19.

32. Timbie JW, Newhouse JP, **Rosenthal MB**, Normand S-LT. A cost-effectiveness framework for profiling the value of hospital care. *Medical Decision Making.* 2008 May-Jun;28(3):419-34.

33. Landon BE, **Rosenthal MB**, Normand SL, Frank RG, Epstein AM. Quality monitoring and management in commercial health plans. *American Journal of Managed Care.* 2008 Jun;14(6):377-86.

34. Meara E, **Rosenthal MB**, Sinaiko A, Baicker K. State and Federal approaches to health reform: What works for the working poor? *Forum for Health Economics and Policy.* 2007 July;10(1).

35. Mello MM, **Rosenthal MB**. Wellness programs and lifestyle discrimination - the legal limits. *New England Journal of Medicine.* 2008 Jul;359(2):192-9.

36. Camillus JA, **Rosenthal MB**. Health care coalitions: From joint purchasing to local health reform. *Inquiry.* 2008 Summer;45(2):142-52.

37. Schneider EC, **Rosenthal MB**, Gatsonis CG, Zheng J, Epstein AM. Is the type of Medicare insurance associated with colorectal cancer screening prevalence and selection of screening strategy? *Medical Care.* 2008 Sept;46(9):S84-90.

38. **Rosenthal MB**, DeBrantes FS, Sinaiko AD, Frankel M, Robbins RD, Young S. Bridges to excellence--Recognizing high quality care: Analysis of physician quality and resource use. *American Journal of Managed Care.* 2008 Oct;14(10):670-7.

39. Bae, SJ, **Rosenthal MB**. Patients with multiple chronic conditions do not receive lower quality of preventive care. *Journal of General Internal Medicine.* 2008 Sept;23(12):1933-9.

40. Timbie JW, Shahian DM, Newhouse JP, **Rosenthal MB**, Normand S-LT. Composite measures for hospital quality using quality-adjusted life years. *Statistics in Medicine.* 2009 Jan;28(8):1238-54.

41. **Rosenthal MB**, Landon BE, Normand S-LT, Ahmad TS, Epstein AM. Engagement of health plans and employers in addressing racial and ethnic disparities in health care. *Medical Care Research and Review.* 2009 Apr;66(2):219-31.

42. DeBrantes FS, D'Andrea G, **Rosenthal MB**. Should health care come with a warranty? *Health Affairs.* 2009 Jun;28(4):w678-87.

43. Huskamp HA, **Rosenthal MB**. Health risk appraisals: How much do they influence employees' health behavior? *Health Affairs.* 2009 Sept/Oct;28(5):1532-40.

44. **Rosenthal MB**, Li Z, Robertson AD, Milstein A. Impact of financial incentives for prenatal care on birth outcomes and spending. *Health Services Research.* 2009 Oct;44(5):1465-79.

45. **Rosenthal MB**, Li Z, Milstein A. Do patients continue to see physicians who are removed from a PPO network? *American Journal of Managed Care.* 2009 Oct;15(10):713-9.

46. Bae SJ, **Rosenthal MB**. Pharmaceutical promotion, prior authorisation and the use of erectile dysfunction medications in the US Medicaid population. *Journal of Management and Marketing in Healthcare.* 2009 Nov;2(4):384-400.

47. Mullen K, Frank RG, **Rosenthal MB**. Can you get what you pay for? Pay-for-performance and the quality of health care providers. *RAND Journal of Economics.* 2010 Spring;41(1):64-91.

48. Sinaiko A, **Rosenthal MB**. Consumer experience with a tiered physician network: Early evidence. *American Journal of Managed Care.* 2010 Feb;16(2):123-30.

49. Gilfillan RJ, Tomcavage J, **Rosenthal MB**, Davis DE, Graham J, Roy JA, Pierdon SB, Bloom FJ Jr, Graf TR, Goldman R, Weikel KM, Hamory BH, Paulus RA, Steele GD Jr. Value and the medical home: Effects of transformed primary care. *American Journal of Managed Care*. 2010 Aug;16(8):607-14.

50. Van Herck P, De Smedt D, Annemans L, Remmen R, **Rosenthal MB**, Sermeus W. Systematic review: Effects, design choices, and context of pay-for-performance in health care. *BMC Health Services Research*. 2010 Aug; 10(1):247.

51. Weinick RM, Chien AT, **Rosenthal MB**, Bristol SJ, Salamon J. Hospital executives' perspectives on pay-for-performance and racial/ethnic disparities in care. *Medical Care Research and Review*. 2010 Oct;67(5):574-89.

52. Choudhry NK, **Rosenthal MB**, Milstein A. Assessing the evidence for value-based insurance design. *Health Affairs*. 2010 Nov;29(11)1988-94.

53. Kullgren JT, Galbraith AA, Hinrichsen VL, Miorshnik I, Penfold RB, **Rosenthal MB**, Landon BE, Lieu TA. Health care use and decision making among lower-income families in high-deductible health plans. *Archives of Internal Medicine*. 2010 Nov 22; 170(21):1918-25.

54. Galbraith AA, Ross-Degnan R, Somerai SB, Abrams AM, Kleinman K, **Rosenthal MB**, Wharam JF, Adams AS, Miroshnik I, Lieu TA. Use of well-child visits in high-deductible health plans. *American Journal of Managed Care*. 2010 Nov;16(11):833-40.

55. Chien AT, Li Z, **Rosenthal MB**. Improving timely childhood immunizations through pay for performance in Medicaid-managed care. *Health Services Research*. 2010 Dec;45(6p2):1934-47.

56. Turbyville S, **Rosenthal MB**, Pawlson G, Scholle S. Health plan resource use: Bringing us closer to value-based decisions. *American Journal of Managed Care*. 2011 Jan;17(1):68-74.

57. Galbraith AA, Ross-Degnan R, Soumerai S, **Rosenthal MB**, Gay C, Lieu TA. Nearly half of families in high-deductible health plans whose members have chronic conditions face substantial financial burden. *Health Affairs*. 2011 Feb;30(2):322-31.

58. Singer SJ, Burgers J, Friedberg M, **Rosenthal, MB**, Leape L, Schneider, E. Defining and measuring integrated patient care: Promoting the next frontier in health care delivery. *Medical Care Research and Review*. 2011 Feb;68(1),112-27.

59. Landon BE, **Rosenthal MB**, Normand S-LT, Spettell C, Lessler A, Underwood HR, Newhouse JP. Incentive formularies: Spending and utilization for 3 common drug classes. *American Journal of Pharmacy Benefits*. 2011 May/Jun;3(3):152-64.

60. Hussey PS, Ridgely MS, **Rosenthal MB**. The PROMETHEUS bundled payment experiment: Slow start shows problems in implementing new payment models. *Health Affairs*. 2011 Nov;30(11):2116-24.

61. Sinaiko AD, Eastman D, **Rosenthal MB**. How report cards on physicians, physician groups, and hospitals can have greater impact on consumer choices. *Health Affairs*. 2012 Mar;31(3):602-11.

62. Joynt KE, **Rosenthal MB**. Hospital value-based purchasing: Will Medicare's new policy exacerbate disparities? *Circulation: Cardiovascular Quality and Outcomes*. 2012 Mar;5(2):148-9.

63. Conti RM, **Rosenthal MB**, Polite BN, Bach PB, Shih YC. Infused chemotherapy use in the elderly after patent expiration. *Journal of Oncology Practice*. 2012 May 1;8(3S):e18s-e23s.

64. Galbraith AA, Soumerai SB, Ross-Degnan D, **Rosenthal MB**, Gay C, Lieu TA. Delayed and forgone care for families with chronic conditions in high-deductible health plans. *Journal of General Internal Medicine*. 2012 Sep;27(9):1105-11.

65. Weissman JS, Bailit M, D'Andrea G, **Rosenthal MB**. The design and application of shared savings programs: Lessons from early adopters. *Health Affairs*. 2012 Sep;31(9):1959-68.

66. Chien AT, Eastman D, Li Z, **Rosenthal MB**. Impact of a pay for performance program to improve diabetes care in the safety net. *Preventive Medicine*. 2012 Nov;55:S80-5.

67. Conti RM, Bernstein AC, Villaflor VM, Schilsky RL, **Rosenthal MB**, Bach PB. Prevalence of off-label use and spending in 2010 among patent-protected chemotherapies in a population-based cohort of medical oncologists. *Journal of Clinical Oncology*. 2013 Mar 20;31(9):1134-9.

68. **Rosenthal MB**, Friedberg MW, Singer SJ, Eastman D, Li Z, Schneider EC. Effect of a multipayer patient-centered medical home on health care utilization and quality: The Rhode Island chronic care sustainability initiative pilot program. *JAMA Internal Medicine*. 2013 Nov 11;173(20):1907-13.

69. Clarke JL, Miff S, Cutler D, Udow-Phillips M, Wolterman D, **Rosenthal MB**, McGonigal J, Gelinas LS, DeMotte C, Hatlie MJ, Collier S, Hicks D, Doty J, Goeschel C, Rosen M, Weaver SJ, Johnson A, Welch R, Nass PL, McGonigal K. Navigating to excellence: solutions driving exceptional results. *American Journal of Medical Quality*. 2014 Jan-Feb;29(1):3S-18S.

70. Friedberg MW, Schneider EC, **Rosenthal MB**, Volpp K,Werner R. Association between participation in a multipayer medical home intervention and changes in quality, utilization, and costs of care. *JAMA*. 2014 Feb 26;311(8):815-25.

71. Alidina S, **Rosenthal MB**, Schneider EC, Singer SJ, Friedberg MW. Practice environments and job satisfaction in patient-centered medical homes. *The Annals of Family Medicine*. 2014 Jul-Aug;12(4):331-7.

72. Alidina S, Schneider EC, Singer SJ, **Rosenthal MB**. Structural capabilities in small- and medium-sized patient-centered medical homes. *American Journal of Managed Care*. 2014 Jul;20(7):e265-77.

73. Sinaiko AD, **Rosenthal MB**. The impact of tiered physician networks on patient choices. *Health Services Research*. 2014 Aug; 49(4):1348-63.

74. Edwards ST, Abrams MK, Baron RJ, Berenson RA, Rich EC, Rosenthal GE, **Rosenthal MB**, Landon BE. Structuring payment to medical homes after the Affordable Care Act. *Journal of General Internal Medicine*. 2014;29(10):1410-3.

75. JW Peabody, X Huang, R Shimkhada, **Rosenthal MB**. Managing specialty care in an era of heightened accountability: Emphasizing quality and accelerating savings. *American Journal of Managed Care*. 2015 Apr; 21(4):284-292.

76. Colla CH, Sequist TD, **Rosenthal MB**, Schpero WL, Gottlieb DJ, Morden NE. Use of non-indicated cardiac testing in low-risk patients: Choosing wisely. *BMJ: Quality and Safety*. 2014;24(2):149-53.

77. Colla CH, Morden NE, Sequist TD, Schpero WL, **Rosenthal, MB**. Choosing wisely: Prevalence and correlates of low-value health care services in the United States. *Journal of General Internal Medicine*. 2014;30(2):221-8.

78. H Song, AT Chien, J Fisher, J Martin, AS Peters, K Hacker, **MB Rosenthal**, SJ Singer. Development and validation of the primary care team dynamics survey. *Health Services Research*. 2015 Jun;50(3):897-921.

79. Huang X, **Rosenthal MB**. Overuse of cardiovascular services: evidence, causes, and opportunities for reform. *Circulation*. 2015 Jul 21;132(3):205-14.

80. **Rosenthal MB**, Landrum ME, Robbins J, Schneider EC. Pay for performance in Medicaid: Evidence from three natural experiments. *Health Services Research*. 2016 Aug;51(4):1444-66.

81. Friedberg MW, **Rosenthal MB**, Werner RM, Volpp KG, Schneider EC. Effects of a medical home and shared savings intervention on quality and utilization of care. *JAMA Internal Medicine*. 2015 Aug;175(8):1362-8.

9

82. **Rosenthal MB**, Sinaiko AD, Eastman D, Chapman B, Partidge G. Impact of the Rochester medical home initiative on primary care practices, quality, utilization, and costs. *Medical Care*. 2015 Nov;53(11):967-73.

83. Asch DA, Troxel AB, Stewart WF, Sequist TD, Jones JB, Hirsch AG, Hoffer K, Zhu J, Wang W, Hodlofski A, Frasch AB, Finnerty D, **Rosenthal MB**, Gangemi K, Volpp KG. Effect of financial incentives to physicians, patients, or both on lipid levels: A randomized clinical trial. *JAMA*. 2015 Nov 10;314(18):1926-35.

84. Song H, Ryan M, Tendulkar S, Fisher J, Martin J, Peters AS, Frolkis JP, **Rosenthal MB**, Chien AT, Singer SJ. Team dynamics, clinical work satisfaction, and patient care coordination between primary care providers: A mixed methods study. *Health Care Management Review*. 2017 Jan/Mar;42(1):28-41.

85. Reibling N, **Rosenthal MB**. The (missed) potential of the patient-centered medical home for disparities. *Medical Care*. 2016 Jan;54(1):9-16.

86. **Rosenthal MB**, Alidina S, Friedberg MW, Singer SJ, Eastman D, Li Z, Schneider EC.  A difference-in-difference analysis of changes in quality, utilization and cost following the Colorado multi-payer patient-centered medical home pilot. *Journal of General Internal Medicine*. 2015 Oct;31(3):289-96.

87. Emanuel EJ, Ubel PA, Kessler JB, Meyer G, Muller RW, Navathe AS, Patel P, Pearl R, **Rosenthal MB**, Sacks L, Sen AP, Sherman P, Volpp KG. Using behavioral economics to design physician incentives that deliver high-value care. *Annals of Internal Medicine*. 2016 Jan 19;164(2):114-9.

88. Alidina S, **Rosenthal MB**, Schneider EC, Singer SJ. Coordination within medical neighborhoods: Insights from the early experiences of Colorado patient-centered medical homes. *Health Care Management Review*. 2016 Apr-Jun;41(2):101-12.

89. **Rosenthal MB**, Alidina S, Friedberg MW, Singer SJ, Eastman D, Li Z, Schneider EC.  Impact of the Cincinnati aligning forces for quality multi-payer patient centered medical home pilot on health care quality, utilization, and costs.  *Medical Care Research and Review*. 2016 Oct;73(5):532-45.

90. Sinaiko AD, **Rosenthal MB**. Examining a health care price transparency tool: Who uses it, and how they shop for care. *Health Affairs*. 2016 Apr;35(4): 662-70.

91. Shields MC, **Rosenthal MB**. Quality of inpatient psychiatric care at VA, other government, nonprofit, and for-profit hospitals: A comparison. *Psychiatric Services*. 2017 Mar;68(3):225-30.

92. Colla CH, Kinsella EA, Morden NE, Meyers DJ, **Rosenthal MB**, Sequist TD. Physician perceptions of choosing wisely and drivers of overuse. *The American Journal of Managed Care*. 2016 May;22(5):337-43.

93. Frean M., Shelder S., **Rosenthal MB**, Sequist TD, Sommers BD. Health reform and coverage changes among Native Americans. *JAMA Internal Medicine*. 2016 Jun;176(6):858-60.

94. Peiris D, Phipps-Taylor MC, Stachowski CA, Kao LS, Shortell SM, Lewis VA, **Rosenthal MB**, Colla CH. ACOs holding commercial contracts are larger and more efficient than noncommercial ACOs. *Health Affairs*. 2016 Oct;35(10):1849-56.

95. Sinaiko AD, Joynt KE, **Rosenthal MB**. Association between viewing health care price information and choice of health care facility. *JAMA Internal Medicine*. 2016 Dec;176(12):1868-70.

96. Schiavoni KH, Lehmann LS, Guan W, **Rosenthal MB**, Sequist TD, Chien AT. How primary care physicians integrate price information into clinical decision making. *Journal of General Internal Medicine*. 2016 Aug;32(1):81-7.

10

97.  Enomoto LM, Shrestha DP, **Rosenthal MB**, Hollenbeak CS, Gabbay RA. Risk factors associated with 30-day readmission and length of stay in patients with type 2 diabetes. *Journal of Diabetes and Its Complications*. 2016 Oct;31(1):122-7.

98.  Chien AT, Ganeshan S, Schuster MA, Lehmann LS, Hatfield LA, Koplan KE, Petty CR, Sinaiko AD, Sequist TD, **Rosenthal MB**. The effect of price information on the ordering of images and procedures. *Pediatrics*. 2017 Feb;139(2):1-8.

99.  Colla CH, Morden NE, Sequist TD, Mainor AJ, Li Z, **Rosenthal MB**. Payer type and low-value care: Comparing choosing wisely services across commercial and Medicare populations. *Health Services Research*. 2018 Apr;53(2): 730-46.

100. Sinaiko AD, Landrum MB, Meyers DJ, Alidina S, Maeng DD, Friedberg MW, Kern LM, Edwards AM, Flieger SP, Houck PR, Peele P, Reid RJ, McGraves-Lloyd K, Finison K, **Rosenthal MB**. Synthesis of research on patient-centered medical homes brings systematic differences into relief. *Health Affairs (Millwood)*. 2017 Mar;36(3):500-8.

101. Chien AT, Lehmann LS, Hatfield LA, Koplan KE, Petty CR, Sinaiko AD, **Rosenthal MB**, Sequist TD. A randomized trial of displaying paid price information on imaging study and procedure ordering rates. *Journal of General Internal Medicine*. 2016 Dec;32(4):434-8.

102. Thirukumaran CP, Glance LG, Temkin-Greener H, **Rosenthal MB**, Li Y. Impact of Medicare's nonpayment program on hospital-acquired conditions. *Medical Care*. 2017 May;55(5):447-55.

103. Shea JA, Adehare A, Volpp KG, Troxel AB, Finnerty D, Hoffer K, Isaac T, **Rosenthal MB**, Sequist TD, Asch DA.  Patients' views of a behavioral intervention including financial incentives. *American Journal of Managed Care*. 2017 Jun;23(6):366-71.

104. Schpero WL, Morden NE, Sequist TD, **Rosenthal MB**, Gottlieb DJ, Colla CH. For selected services, blacks and Hispanics more likely to receive low-value care than whites. *Health Affairs*. 2017 Jun;36(6):1065-9.

105. Elshaug AG, **Rosenthal MB**, Lavis JN, Brownlee S, Schmidt H, Nagpal S, Littlejohns P, Srivastava D, Tunis S, Saini V. Levers for addressing medical underuse and overuse: achieving high-value health care. *Lancet*. 2017 July 8;390:191-202.

106. Brooks, J.V., Singer, S.J., **Rosenthal, MB**., Chien, A.T. and Peters, A.S., 2017. Feeling inadequate: Residents' stress and learning at primary care clinics in the United States. *Medical Teacher*. 2017; pp.1-8.

107. Galbraith AA, Meyers DJ, Ross-Degnan D, Burns ME, Vialle-Valentin CE, Larochelle MR, Touw S, Zhang F, **Rosenthal MB**, Balaban RB. Long-term impact of a postdischarge community health worker intervention on health care costs in a safety-net system. *Health Services Research*. 2017 Dec;52(6):2061-78.

108. Sheridan B, Chien AT, Peters AS, **Rosenthal MB**, Brooks JV, Singer SJ. Team-based primary care: The medical assistant perspective. *Health Care Management Review*, 2018 Apr-Jun;43(2): pp.115-125.

109. Isaac, T., **Rosenthal MB**, Colla, C.H., Morden, N.E., Mainor, A.J., Li, Z., Nguyen, K.H., Kinsella, E.A. and Sequist, TD. Measuring overuse with electronic health records data. *American Journal of Managed Care*. 2018 Jan; 24(1), pp.19-25.

110. **Rosenthal MB**, Colla CH, Morden NE, Sequist TD, Mainor AJ, Li Z, Nguyen KH. Overuse and insurance plan type in a privately insured population. *American Journal of Managed Care*. 2018 Mar; 24(3), pp.140-6.

111. Percac-Lima S, Pace LE, Nguyen KH, Crofton CN, Normandin KA, Singer SJ, **Rosenthal MB**, Chien AT. Diagnostic Evaluation of Patients Presenting to Primary Care with Rectal Bleeding. *Journal of General Internal Medicine*. 2018 Jan; 33(4): 415-22.

112. Haverkamp M, Peiris D, Mainor A, Westert G, **Rosenthal MB**, Sequist T, Colla C. (2018). ACOs with Risk-Bearing Experience Are Likely Taking Steps to Reduce Low-Value Medical Services. *American Journal Of Managed Care, 24*(7), E216.

113. Thirukumaran, CP, Glance LG, **Rosenthal MB**, Temkin-Greener H, Balkissoon R, Mesfin A, Li Y. 2018. Impact of Medicare's Nonpayment Program on Venous Thromboembolism Following Hip and Knee Replacements. *Health Services Research*, *53*(6), pp.4381-4402.

114. Sinaiko AD, Chien AT, Hassett MJ, Kakani P, Rodin D, Meyers DJ, Fraile B, **Rosenthal MB**, Landrum MB. 2018. What drives variation in spending for breast cancer patients within geographic regions? *Health Services Research*.

115. Pandya A, Asch DA, Volpp KG, Sy S, Troxel AB, Zhu J, Weinstein MC, **Rosenthal MB**, Gaziano TA. 2018. Cost-effectiveness of Financial Incentives for Patients and Physicians to Manage Low-Density Lipoprotein Cholesterol Levels. *JAMA Network Open*, *1*(5), pp.e182008-e182008.

116. Conti RM, Nguyen KH and **Rosenthal MB**, 2018. Generic prescription drug price increases: which products will be affected by proposed anti-gouging legislation? *Journal of Pharmaceutical Policy and Practice*, *11*(1), p.29.

117. Meyers D.J., Chien AT, Nguyen KH, Li, Z, Singer, SJ and **Rosenthal, MB**, 2019. Association of Team-Based Primary Care With Health Care Utilization and Costs Among Chronically Ill Patients. *JAMA Internal Medicine*, *179*(1), pp.54-61.

118. **Rosenthal MB**, Troxel AB, Volpp KG, Stewart WF, Sequist TD, Jones JB, Hirsch AG, Hoffer K, Zhu J, Wang W, Hodlofski A. 2019. Moderating effects of patient characteristics on the impact of financial incentives. *Medical Care Research and Review*, *76*(1), pp.56-72.

119. Minden SL, Kinkel RP, Machado HT, Levin JS, **Rosenthal MB**, Iezzoni LI, 2019. Use and cost of disease-modifying therapies by Sonya Slifka Study participants: has anything really changed since 2000 and 2009? *Multiple Sclerosis Journal–Experimental, Translational and Clinical*, *5*(1), p.2055217318820888.

120. Ganguli, I, Lupo, C, Mainor, AJ, Raymond, S, Wang, Q, Orav, EJ, Chang, CH, Morden, N.E., **Rosenthal MB**, Colla, C.H. and Sequist, T.D., 2019. Prevalence and Cost of Care Cascades After Low-Value Preoperative Electrocardiogram for Cataract Surgery in Fee-for-Service Medicare Beneficiaries. *JAMA internal medicine*.

121. Pace, LE, Percac-Lima, S, Nguyen, KH, Crofton, CN, Normandin, KA, Singer, SJ, **Rosenthal MB** and Chien, A.T., 2019. Comparing Diagnostic Evaluations for Rectal Bleeding and Breast Lumps in Primary Care: a Retrospective Cohort Study. *Journal of general internal medicine*, pp.1-8.

122. Sinaiko, AD, Kakani, P, and **Rosenthal MB**, 2019. Marketwide Price Transparency Suggests Significant Opportunities For Value-Based Purchasing. *Health Affairs*, *38*(9), pp.1514-1522.

123. **Rosenthal MB**, Shortell, S, Shah, ND, Peiris, D, Lewis, VA, Barrera, JA, Usadi, B and Colla, CH, 2019 Dec. Physician practices in Accountable Care Organizations are more likely to collect and use physician performance information, yet base only a small proportion of compensation on performance data. *Health services research*, *54*(6), pp.1214-1222.

124. Shields, MC, Singer, J, **Rosenthal MB**, Sato, L, Keohane, C, Janes, M, Boulanger, J, Martins N, and Rabson, B. 2019. Patient Engagement Activities and Patient Experience: Are Patients With a History of Depression the Canary in the Coal Mine?. *Medical Care Research and Review*, p.1077558719850705.

125. Garcia Mosqueira, A, **Rosenthal MB** and Barnett, M.L., 2019. The association between primary care physician compensation and patterns of care delivery, 2012-2015. *INQUIRY: The Journal of Health Care Organization, Provision, and Financing*, *56*, p.0046958019854965.

126. Agénor, M., Murchison, G.R., Chen, JT, Bowen, DJ, **Rosenthal, MB**, Haneuse, S, and Austin, SB. 2020 Feb. Impact of the Affordable Care Act on human papillomavirus vaccination

initiation among lesbian, bisexual, and heterosexual U.S. women. *Health Services Research*, 55(1), 18-25.

127. Huang, X, Larson, LJ, Wang, L, Spinelli, KJ and **Rosenthal MB**, 2019. Transforming Specialty Practice in Pursuit of Value-Based Care: Results from an Integrated Cardiology Practice. *NEJM Catalyst*, *5*(2).

128. Ganguli, I, Simpkin, AL, Colla, CH, Weissman, A, Mainor, AJ, **Rosenthal MB** and Sequist, TD, 2020 Apr. Why do physicians pursue cascades of care after incidental findings? a national survey. *Journal of General Internal Medicine*, pp.1-3.

129. Rodin D, Chien AT, Ellimoottil C, Nguyen PL, Kakani P, Mossanen M, **Rosenthal MB,** Landrum MB, Sinaiko AD. Physician and facility drivers of spending variation in locoregional prostate cancer. *Cancer*. 2020 Apr: 126 (8): 1622-1631

130. Pandya A, Soeteman DI, Gupta A, Kamel H, Mushlin AI, **Rosenthal MB**. Can Pay-for Performance Incentive Levels be Determined Using a Cost-Effectiveness Framework? *Circulation: Cardiovascular Quality and Outcomes*. 2020 Jul: 13 (7): e006492

131. Brantes F, **Rosenthal MB**, Struijs J. Ensuring the Adoption of the Health Care Warranty: A Well-defined Model to Resolve Issues with Risk and Uncertainty. *NEJM Catalyst Innovations in Care Delivery*. 2020 July: 1(4)

132. Hague E, Comfort L, **Rosenthal MB**, Shortell S, Rodriguez H. Physician Practices and the Late Adoption of Transparent Peer Comparisons for Performance Feedback. *Health Services Research.* 2020 Aug: 55: 114-115

133. Nguyen KH, Chien AT, Meyers DJ, Li Z, Singer SJ**, Rosenthal MB**. Team-Based Primary Care Practice Transformation Initiative and Changes in Patient Experience and Recommended Cancer Screening Rates. *INQUIRY: The Journal of Health Care Organization, Provision, and Financing*. 2020 Aug: 57: 0046958020952911

134. Fisher ES, Shortell SM, O'Malley AJ, Fraze TK, Wood A, Palm M, Colla CH, **Rosenthal MB**, Rodriguez HP, Lewis VA, Woloshin S, Shah N, Meara E. Financial Integration's Impact On Care Delivery And Payment Reforms: A Survey Of Hospitals And Physician Practices. *Health Affairs*. 2020 Aug: 39 (8): 1302-1311

135. Ganguli I, Sheridan B, Gray J, Chernew M, **Rosenthal MB**, Neprash H. Physician work hours and the gender pay gap—evidence from primary care. *New England Journal of Medicine*. 2020 Oct: 383 (14): 1349-1357

136. Ganguli I, Lupo C, Mainor AJ, Wang Q, Orav EJ, **Rosenthal MB**, Sequist TD, Colla CH. Assessment of Prevalence and Cost of Care Cascades After Routine Testing During the Medicare Annual Wellness Visit. *JAMA*. 2020 Dec, 3(12): e2029891-e2029891

137. Rodin D, Glicksman R, Clark R, Kakani P, Cheung MC, Singh S, **Rosenthal MB**, Sinaiko A. Are We Choosing Wisely? Mammographic Surveillance in Older Women With Breast Cancer in Canada and the United States. *International Journal of Radiation Oncology*. 2020 Nov. 108 (3): e386

## Essays and Commentary

1. **Rosenthal MB**.  Provider reimbursement in the twenty-first century. *Oncology Economics*. 2000 May; 1(5): 45-7.
2. **Rosenthal MB**. Comment: The economics of direct-to-consumer advertising of prescription-only drugs: Prescribed to improve consumer welfare? *Journal of Health Services Research and Policy*. 2004 Jan;9(1):39-42.

3. **Rosenthal, MB** How will paying for performance affect patient care? *Virtual Mentor*. 2006 Mar;8(3):162-165.

4.   **Rosenthal MB**. P4P: Rumors of its demise may be exaggerated. *American Journal of Managed Care*. 2007 May;13(5):238-9.

5.   **Rosenthal MB** and Dudley RA. Pay-for-performance: Will the latest payment trend improve care? *Journal of the American Medical Association*. 2007 Feb;297(7):740-43.

6.   **Rosenthal MB.** Nonpayment for performance? Medicare's new reimbursement rule. *New England Journal of Medicine.* 2007 Oct;357(16):1573-5.

7.   **Rosenthal MB** Avoiding disincentives to treat in designing pay-for-performance measures. *Virtual Mentor*. 2007 Jul;9(7):483-486.

8.   **Rosenthal MB.** Beyond pay for performance--Emerging models of provider-payment reform. *New England Journal of Medicine.* 2008 Sept;359(12):1197-1200.

9.   Lee TH, Mongan JJ, Oberlander J, **Rosenthal MB**. Perspective Roundtable: Health care and the recession. *New England Journal of Medicine*. 2009 Jan; 360(4):e5.

10.  **Rosenthal MB.** What works in market-oriented health policy? *New England Journal of Medicine.* 2009 May;360(21):2157-60.

11.  Gawande AA, Fisher ES, Gruber J, **Rosenthal MB**. Perspective roundtable. The cost of health care — highlights from a discussion about economics and reform. *New England Journal of Medicine*. 2009 Oct 8;361(15):1421-1423.

12.  De Brantes F, **Rosenthal MB**, Painter M. Building a bridge from fragmentation to accountability — the Prometheus Payment model. *New England Journal of Medicine*. 2009 Sept 10;361(11):1033-6.

13.  Campbell EG, **Rosenthal MB**. Reform of continuing medical education: investments in physician human capital. *Journal of the American Medical Association.* 2009 Oct 28;302(16):1807-8.

14.  **Rosenthal MB**, Beckman HB, Dauser Forrest D, Huang ES, Landon BE, Lewis S. Will the patient-centered medical home improve efficiency and reduce costs of care? A measurement and research agenda. *Medical Care Research and Review*. 2010; 67(4):476-84.

15.  Sinaiko A, **Rosenthal MB**. Patients' role in accountable care organizations. *New England Journal of Medicine*. 2010 Dec;363(27):2583-5.

16.  Sinaiko A, **Rosenthal MB**. Increased price transparency in health care — challenges and potential effects. *New England Journal of Medicine*. 2011 Mar;364(10):891-4.

17.  Lewis KH, and **MB Rosenthal**. Individual responsibility or a policy solution — Cap and trade for the US diet? *New England Journal of Medicine*. 2011 Oct;365(17):1561-1563.

18.  **Rosenthal MB**. Hard choices — Alternatives for reining in Medicare and Medicaid spending. *New England Journal of Medicine*. 2011 May;364(20):1887-1890.

19.  **Rosenthal MB**, Cutler DM, and Feder J. The ACO rules — Striking the balance between participation and transformative potential. *New England Journal of Medicine*. 2011;364(20):1887-90.

20.  Chien AT, **Rosenthal MB.** Waste not, want not: Promoting efficient use of health care resources. *Annals of Internal Medicine*. 2013 Jan; 158(1):67-68.

21.   **Rosenthal MB**, Mello MM. Sunlight as disinfectant — new rules on disclosure of industry payments to physicians. *New England Journal of Medicine*. 2013 May; 368(22):2052-4.

22.   **Rosenthal MB**, Farley T, Gortmaker S, Sunstein CR. NEJM Perspective Roundtable: Health promotion and the State. *New England Journal of Medicine*. 2013; 368(25):e34.

23.   Wharam JF, Ross-Degnan D, **Rosenthal MB**. The ACA and high-deductible insurance — strategies for sharpening a blunt instrument. *New England Journal of Medicine*. 2013 Oct;369(16): 1481-4.

24.   Sinaiko AD, Chien AT, **Rosenthal MB**. The role of states in improving price transparency in health care. *JAMA Internal Medicine*. 2015 Jun;175(6): 886-7.

25.   **Rosenthal MB**. Physician payment after the SGR — the new meritocracy. *New England Journal of Medicine*. 2015 Sept;373(13): 1187-9.

26.   Conti RM, **Rosenthal MB**. Pharmaceutical policy reform: Balancing affordability with incentives for innovation. *New England Journal of Medicine*. 2016 Feb;374(8): 703-6.

27.   Ortiz SE, Rosenthal MB. 2019. Medical Marketing, Trust, and the Patient-Physician Relationship. *JAMA*, *321*(1), pp.40-41.

28.   Ubel, PA, **Rosenthal, MB**. 2019. Beyond Nudges—When Improving Health Calls for Greater Assertiveness. *New England Journal of Medicine*, *380*(4), pp.309-311.


**Book Chapters**

1.   **Rosenthal MB**, Berndt ER, Donohue JM, Epstein AM, Frank RG. Demand Effects of Recent Changes in Prescription Drug Promotion. In Forum for Health Economics and Policy, <u>Frontiers in Health Policy Research</u>, v. 6, David M. Cutler and Alan M. Garber, eds, MIT Press, 2003 June.

2.   **Rosenthal MB**, Donohue JM.  Direct-to-Consumer Advertising of Prescription Drugs: A Policy Dilemma. In <u>Ethics, Public Policy, and the Pharmaceutical Industry in the 21st Century</u>, ed. M. Santoro, Cambridge University Press, 2006.

3.   **Rosenthal MB**. Can Federal Provider Payment Reform Produce Better, More Affordable Healthcare? In <u>The Future of Healthcare Reform in the United States</u>, eds. A. Malani, M. Schill, University of Chicago Press, 2015.

15

**Meredith Rosenthal**
**Testimony (2016-Present)**

*In re Aggrenox Antitrust Litigation*, Case No: 3:14-md-2516-SRU, United States District Court for the District of Connecticut.

*In re Asacol Antitrust Litigation*, United States District Court for the District of Massachusetts, C.A. No. 1:15-cv-12730 (DJC).

*In re Celebrex (Celecoxib) Antitrust Litigation*, Lead Case No. 2:14-cv-361

*In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices & Antitrust Litigation*, United States District Court for the District of Kansas, Case No. 2:17-md-02785-DDC-TJJ (MDL No. 2785)

*In re Intuniv Antitrust Litigation*, United Sates District Court for the District of Massachusetts, Lead Case: 1:16-cv-12396-ADB

*In re Loestrin 24 Fe Antitrust Litigation*, (all actions), United States District Court for the District of Rhode Island, MDL No. 2472, C.A. No. 1:13-md-2472-S-PAS.

*In Re National Prescription Opiate Litigation*, United States District Court for the Northern District of Ohio, Eastern Division, MDL No. 2804, Case No. 17-md-2804

*In re Opana ER Antitrust Litigation*, United States District Court for the Northern District of Illinois, Eastern Division, MDL No. 2580

*In re Ranbaxy Generic Drug Application Antitrust Litigation*, United States District Court for the District of Massachusetts, MDL No. 19-md-2878-NMG

*In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation*, United States District Court for the District of Massachusetts, MDL No. 2503 1:14-MD-2503-DJC

*In re Testosterone Replacement Therapy Products Liability Litigation*, United States District Court, Northern District of Illinois, Eastern Division, MDL No. 2545, Case No. 1:14-cv-8857

*In re Zetia (ezetimibe) Antitrust Litigation*, United States District Court for the Eastern District of Virginia, Case No. 18-md-2836

*In re Celexa and Lexapro and Sales Practices Litigation*, United States District Court for the District of Massachusetts, Case No. 09-MD-2067 (NMG); MDL No. 2067

*In re Niaspan Antitrust Litigation*, United States District Court for the Eastern District of Pennsylvania, MDL No. 2:13-md-2460

*The State of Texas, ex rel. Allison Zayas and Tracy Miksell-Branch v. AstraZeneca, L.P., and AstraZeneca Pharmaceuticals, L.P.*, District Court, 353rd Judicial District, Travis County, Texas, Cause No. D-1-GN-13-003530

*UFCW & Employers Benefit Trust vs. Sutter Health et al and People of the State of California ex rel Xavier Becerra vs. Sutter Health*, Superior Court of the State of California for the City and County of San Francisco, Case No. CGC 14-538451 consolidated with CGC-18-565398

*United States of America and the State of North Carolina v. The Charlotte Mecklenburg Hospital Authority*, United States District Court for the Western District of North Carolina, Charlotte Division, Case No 3:26-cv-00311-RJC-DCK

*United States of America ex rel. Kevin N. Colquitt vs. Abbott Laboratories*, United States District Court for the Northern District of Texas, Dallas Division, Civil Action No. 3:06-cv-01769-M

*United States of America ex rel. Yoash Gohil v. Sanofi-Aventis U.S. Inc., et al.*, United States District Court for the Eastern District of Pennsylvania, No. 2-c-2964

*United States of America, ex rel. Wendy A. Bahnsen et al., v. Boston Scientific Neuromodulation Corporation*, United States District Court for the District of New Jersey, Docket No. 11-cv-1210-(JMV) (SCM)

*State of New Hampshire v. Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals Inc., et al.*, Merrimack Superior Court, Docket No. 217-2018-CV-00678

**Attachment B**

**Attachment B: Additional Materials Relied Upon**

**Bates Documents**

DRL-Valganciclovir-Supp-000001

Lupin-Meijer000605-655

SUN_00544321

SUN_00544337

SUN_02689563

TORRENT049673

**Expert Reports**

Declaration of Meredith Rosenthal in Support of the Certification of the Class of Direct
    Purchasers of Diovan, Nexium, and Valcyte, *In Re Ranbaxy Generic Drug Application
    Antitrust Litigation*, MDL No. 19-md-2878-NMG, November 2, 2020.

Errata for Declaration of Meredith Rosenthal in Support of Certification of the Class of Direct
    Purchasers of Diovan, Nexium and Valcyte, *In Re Ranbaxy Generic Drug Application
    Antitrust Litigation*, MDL No. 19-md-2878-NMG, January 13, 2021.

Expert Report of Bruce E. Stangle, Ph.D., *In Re Ranbaxy Generic Drug Application Antitrust
    Litigation*, MDL No. 19-md-2878-NMG, February 10, 2021.

Expert Report of Professor Thomas G. McGuire, *In Re Ranbaxy Generic Drug Application
    Antitrust Litigation*, MDL No. 19-md-2878-NMG, November 2, 2020.

**Other Documents**

Berndt, E.R., *et al*., "Authorized Generic Drugs, Price Competition, and Consumers' Welfare,"
    *Health Affairs*, 26(3), May 2007, pp. 790–799.

Frank, R.G. and R.S. Hartman, "The Nature of Pharmaceutical Competition: Implications for
    Antitrust Analysis," *International Journal of the Economics of Business*, 22(2), 2015, pp.
    301–343.

Grabowski, H.G., *et al.*, "Updated Trends in U.S. Brand and Generic Drug Competition,"
    *Journal of Medical Economics*, 19(9), 2016, pp. 836-44.

**Electronic Data**

AstraZeneca Nexium Sales Data:

    AZNONPARTY_002560

    AZNONPARTY_002565

AZNONPARTY_002566

AZNONPARTY_002569

**Attachment C**

**Attachment C.1: Diovan and Valsartan Manufacturer Sales Data**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | | Diovan | | | Valsartan | | |
| Month | Sales | Pills | Average Price per Pill | Sales | Pills | Average Price per Pill | 3-Month Moving Average Price per Pill |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | | | | |
| ■ | ■ | ■ | ■ | $2,377,088 | 786,240 | $3.02 | $3.02 |
| ■ | ■ | ■ | ■ | $355,479,149 | 105,448,560 | $3.37 | $3.37 |
| ■ | ■ | ■ | ■ | $34,207,458 | 17,945,070 | $1.91 | $3.16 |
| ■ | ■ | ■ | ■ | $24,945,992 | 14,679,330 | $1.70 | $3.00 |
| ■ | ■ | ■ | ■ | $33,318,112 | 19,655,670 | $1.70 | $1.77 |
| ■ | ■ | ■ | ■ | $51,008,360 | 21,659,130 | $2.36 | $1.95 |
| ■ | ■ | ■ | ■ | $31,966,854 | 19,473,999 | $1.64 | $1.91 |
| ■ | ■ | ■ | ■ | $7,564,116 | 52,805,470 | $0.14 | $0.96 |
| ■ | ■ | ■ | ■ | $195,501 | 29,873,405 | $0.01 | $0.39 |
| ■ | ■ | ■ | ■ | $2,376,265 | 37,441,810 | $0.06 | $0.08 |
| ■ | ■ | ■ | ■ | -$8,797,741 | 31,396,010 | -$0.28 | $0.08 |
| ■ | ■ | ■ | ■ | -$2,611,458 | 37,408,756 | -$0.07 | $0.08 |
| ■ | ■ | ■ | ■ | $9,045,562 | 39,601,009 | $0.23 | $0.08 |

**Attachment C.1: Diovan and Valsartan Manufacturer Sales Data**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Diovan | | | Valsartan | | | |
| | | | Average Price per | | | Average Price per | 3-Month Moving Average Price per |
| Month | Sales | Pills | Pill | Sales | Pills | Pill | Pill |
| ██ | ██ | ██ | ██ | $2,446,735 | 35,571,350 | $0.07 | $0.08 |
| ██ | ██ | ██ | ██ | $281,739 | 40,606,689 | $0.01 | $0.10 |
| ██ | ██ | ██ | ██ | $4,247,551 | 36,218,311 | $0.12 | $0.06 |
| ██ | ██ | ██ | ██ | $4,130,873 | 38,315,635 | $0.11 | $0.08 |
| ██ | ██ | ██ | ██ | $1,706,991 | 43,417,251 | $0.04 | $0.09 |
| ██ | ██ | ██ | ██ | $11,086,214 | 51,575,914 | $0.21 | $0.13 |
| ██ | ██ | ██ | ██ | $9,394,022 | 46,329,710 | $0.20 | $0.16 |
| ██ | ██ | ██ | ██ | $4,415,053 | 39,558,651 | $0.11 | $0.18 |
| ██ | ██ | ██ | ██ | $4,672,464 | 48,379,239 | $0.10 | $0.14 |
| ██ | ██ | ██ | ██ | $4,337,739 | 42,277,921 | $0.10 | $0.10 |
| ██ | ██ | ██ | ██ | -$2,714,005 | 41,193,350 | -$0.07 | $0.05 |
| ██ | ██ | ██ | ██ | $3,187,534 | 42,869,849 | $0.07 | $0.04 |
| ██ | ██ | ██ | ██ | $5,792,368 | 45,519,483 | $0.13 | $0.05 |
| ██ | ██ | ██ | ██ | -$43,537 | 47,350,528 | $0.00 | $0.07 |
| ██ | ██ | ██ | ██ | $3,143,381 | 45,564,629 | $0.07 | $0.06 |
| ██ | ██ | ██ | ██ | $3,928,868 | 44,923,946 | $0.09 | $0.05 |
| ██ | ██ | ██ | ██ | $1,887,431 | 49,651,616 | $0.04 | $0.06 |
| ██ | ██ | ██ | ██ | $5,461,013 | 48,903,684 | $0.11 | $0.08 |
| ██ | ██ | ██ | ██ | $3,872,969 | 49,308,268 | $0.08 | $0.08 |
| ██ | ██ | ██ | ██ | $2,011,705 | 42,277,367 | $0.05 | $0.08 |
| ██ | ██ | ██ | ██ | $5,540,571 | 52,492,373 | $0.11 | $0.08 |
| ██ | ██ | ██ | ██ | $2,973,322 | 36,480,232 | $0.08 | $0.08 |
| ██ | ██ | ██ | ██ | $1,054,210 | 39,444,282 | $0.03 | $0.07 |
| 2017-06 | | | | $5,416,132 | 42,344,070 | $0.13 | $0.08 |
| 2017-07 | | | | $3,887,454 | 37,917,462 | $0.10 | $0.09 |
| 2017-08 | | | | $3,807,244 | 49,862,092 | $0.08 | $0.10 |
| 2017-09 | | | | $3,974,779 | 41,827,908 | $0.10 | $0.09 |
| 2017-10 | | | | $4,934,204 | 46,646,998 | $0.11 | $0.09 |
| 2017-11 | | | | $2,080,056 | 44,349,771 | $0.05 | $0.08 |
| 2017-12 | | | | $5,207,322 | 43,253,024 | $0.12 | $0.09 |
| 2018-01 | | | | $3,294,502 | 44,869,496 | $0.07 | $0.08 |
| 2018-02 | | | | $2,119,864 | 44,868,130 | $0.05 | $0.08 |
| 2018-03 | | | | $2,250,604 | 48,132,190 | $0.05 | $0.06 |
| 2018-04 | | | | $959,427 | 46,509,087 | $0.02 | $0.04 |
| 2018-05 | | | | $2,032,802 | 55,942,116 | $0.04 | $0.03 |

## Attachment C.1: Diovan and Valsartan Manufacturer Sales Data

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Diovan | | | Valsartan | | | |
| | | | Average Price per Pill | | | Average Price per Pill | 3-Month Moving Average Price per Pill |
| Month | Sales | Pills | | Sales | Pills | | |
| 2018-06 | | | | -$1,321,208 | 32,585,973 | -$0.04 | $0.01 |
| 2018-07 | | | | $1,261,858 | 19,400,102 | $0.07 | $0.02 |
| 2018-08 | | | | $2,634,510 | 20,125,988 | $0.13 | $0.04 |
| 2018-09 | | | | $18,842,695 | 50,732,605 | $0.37 | $0.25 |
| 2018-10 | | | | $7,178,474 | 28,378,264 | $0.25 | $0.29 |
| 2018-11 | | | | $33,278 | 12,021,762 | $0.00 | $0.29 |
| 2018-12 | | | | $1,961,470 | 11,599,009 | $0.17 | $0.18 |
| 2019-01 | | | | $2,071,547 | 10,907,851 | $0.19 | $0.12 |
| 2019-02 | | | | -$1,198,080 | 6,806,657 | -$0.18 | $0.10 |
| 2019-03 | | | | $1,704,786 | 12,683,818 | $0.13 | $0.08 |
| 2019-04 | | | | -$416,742 | 7,150,985 | -$0.06 | $0.00 |
| 2019-05 | | | | -$718,944 | 9,430,879 | -$0.08 | $0.02 |
| 2019-06 | | | | $1,083,412 | 5,805,049 | $0.19 | $0.00 |
| 2019-07 | | | | $937,317 | 5,619,570 | $0.17 | $0.06 |
| 2019-08 | | | | $724,017 | 5,591,393 | $0.13 | $0.16 |
| 2019-09 | | | | $575,900 | 3,350,594 | $0.17 | $0.15 |
| 2019-10 | | | | $888,786 | 3,997,405 | $0.22 | $0.17 |
| 2019-11 | | | | $498,488 | 2,130,614 | $0.23 | $0.21 |
| 2019-12 | | | | $5,742,587 | 20,197,001 | $0.28 | $0.27 |
| 2020-01 | | | | $1,837,156 | 6,187,050 | $0.30 | $0.28 |

Notes:

1-2    Source: Novartis transactional sales, credits, chargebacks and returns data (NPC-Diovan-000503.xlsx, NPC-Diovan-000504.xlsx,
       NPC-Diovan-000505.xlsx, NPC-Diovan-000506.xlsx, NPC-Diovan-000507.xlsx, NPC-Diovan-000508.xlsx, NPC-Diovan-000509.xlsx, NPC-Diovan-000510.xlsx,
       NPC-Diovan-000582.xlsx, NPC-Diovan-000588.xlsx, NPC-Diovan-000589.xlsx, NPC-Diovan-000590.xlsx, NPC-Diovan-000591.xlsx,
       NPC-Diovan-000592.xlsx, NPC-Diovan-000593.xlsx, NPC-Diovan-000594.xlsx, NPC-Diovan-000595.xlsx).

3      = Column 1 / Column 2.

4-5    Source: Generic manufacturer transactional sales data:

**Attachment C.1: Diovan and Valsartan Manufacturer Sales Data**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Diovan | | | Valsartan | | | |
| | | | Average Price per | | | Average Price per | 3-Month Moving Average Price per |
| Month | Sales | Pills | Pill | Sales | Pills | Pill | Pill |

Ranbaxy (SUN_02773728+Valsartan+2014+to+2017.XLSX, SUN_02767657_Valsartan 2014_chargeback.xls, SUN_02767658_Valsartan 2015_chargeback.xls, SUN_02767659_Valsartan 2016_chargeback.xls, SUN_02753984_Valsartan 2017_chargeback.xlsx); Sandoz (Sandoz-Valsartan-000002, Sandoz-Valsartan-000003, Sandoz-Valsartan-000004, Sandoz-Valsartan-000005); Aurobindo (Valsartan Tablets Chargeback Data 2014-2019.xlsx, Valsartan data from Jan 2015-Mar 2019 - SALES - Final.xlsx, Valsartan tabs Rebate Data 2014-2019 - FINAL.xlsb, Valsartan Tabs Special Instructions Sales Return Data with Qty 2014-2019 - FINAL.xlsb); Jubilant (Copy of Valsartan Chargeback data since launch - seperate worksheets per NDC#.xlsb, Copy of Valsartan Sales since launch.xlsx); Mylan (MYLVAL00016133- HIGHLY CONFIDENTIAL.xlsx, MYLVAL00016134 - HIGHLY CONFIDENTIAL.xlsx); Hetero/Camber (HETERO00000059-HETERO00000059_Attorneys_Eyes_Only.xlsx, HETERO00000060-HETERO00000060_Attorneys_Eyes_Only.xlsx); Prinston (PRIN-00000001.xlsx, PRIN-00000003.xlsx, PRIN-00000004.xlsx, PRIN-00000005.xlsx, PRIN-00000006.xlsx); Teva (TEVA_RANBAXY-ANTITRUST.0000016); Lupin (VALSARTAN Chargeback data - Highly Confidential - Outside Counsel Eyes Only.csv, Valartan Gross to Net Sales- Highly Confidential - Outside Counsel Eyes Only.xls); Endo (ENDO_000567, ENDO_000568, ENDO_000569, ENDO_000570); Amneal (AMNEAL05922-AMNEAL05922.xlsx); Alembic (ALEMBIC000078.xlsx); Torrent (TORRENT048303).

6     = Column 4 / Column 5.
7     = Prior three month sum from Column 4 / prior three month sum for Column 5.
      Since the data show negative prices, from April 2015 to June 2015, prices are calculated as the average of the prices found in March 2015 and July 2015.

## Attachment C.2: Diovan and Valsartan Yardstick Calculation - Scenario 1

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Diovan | | Valsartan | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| Month | Pills | Average Price per Pill | Pills | 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change |
| | | | | | | | | | 2 | 2% | -30.9% | -1.3% |
| | | | | | | | | | 2 | 86% | -23.0% | -14.9% |
| | | | | | | | | | 3 | 59% | -27.8% | -18.7% |
| | | | | | | | | | 3 | 51% | -31.3% | -16.6% |
| | | | | | | | | | 4 | 53% | -59.5% | -10.6% |
| | | | | | | | | | 5 | 58% | -55.4% | -12.0% |
| | | | | | | | | | 5 | 54% | -56.2% | -13.4% |
| | | | | | | | | | 7 | 84% | -57.2% | -13.3% |
| | | | | | | | | | 7 | 80% | -58.2% | -13.2% |
| | | | | | | | | | 7 | 82% | -59.2% | -13.0% |
| | | | | | | | | | 7 | 81% | -60.2% | -12.9% |
| | | | | | | | | | 7 | 85% | -61.2% | -12.8% |
| | | | | | | | | | 7 | 86% | -62.2% | -12.7% |
| | | | | | | | | | 7 | 87% | -63.2% | -12.6% |
| | | | | | | | | | 7 | 87% | -64.1% | -12.5% |
| | | | | | | | | | 7 | 87% | -65.1% | -12.4% |
| | | | | | | | | | 7 | 92% | -66.1% | -12.3% |
| | | | | | | | | | 7 | 89% | -67.1% | -12.2% |
| | | | | | | | | | 7 | 92% | -68.1% | -12.1% |
| | | | | | | | | | 7 | 93% | -69.1% | -12.0% |
| | | | | | | | | | 7 | 96% | -70.1% | -11.9% |
| | | | | 786,240 | $3.02 | 1 | 2% | -30.9% | -1.3% | 8 | 94% | -71.1% | -11.8% |
| | | | 105,448,560 | $3.37 | 2 | 86% | -23.0% | -14.9% | 8 | 95% | -72.0% | -11.7% |
| | | | 17,945,070 | $3.16 | 2 | 59% | -27.8% | -18.7% | 8 | 94% | -73.0% | -11.6% |
| | | | 14,679,330 | $3.00 | 2 | 51% | -31.3% | -16.6% | 8 | 94% | -74.0% | -11.4% |
| | | | 19,655,670 | $1.77 | 2 | 53% | -59.5% | -10.6% | 8 | 95% | -75.0% | -11.3% |
| | | | 21,659,130 | $1.95 | 2 | 58% | -55.4% | -12.0% | 8 | 95% | -76.0% | -11.2% |
| | | | 19,473,999 | $1.91 | 2 | 54% | -56.2% | -13.4% | 8 | 96% | -77.0% | -11.1% |
| | | | 52,805,470 | $0.96 | 10+ | 84% | -78.0% | -11.0% | 10+ | 97% | -78.0% | -11.0% |
| | | | 29,873,405 | $0.39 | 10+ | 80% | -91.1% | -25.3% | | | | |
| | | | 37,441,810 | $0.08 | 10+ | 82% | -98.1% | -19.0% | | | | |
| | | | 31,396,010 | $0.08 | 10+ | 81% | -98.1% | -30.0% | | | | |
| | | | 37,408,756 | $0.08 | 10+ | 85% | -98.1% | -30.1% | | | | |

**Attachment C.2: Diovan and Valsartan Yardstick Calculation - Scenario 1**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Diovan | | Valsartan | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| Month | Pills | Average Price per Pill | Pills | 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change |
| | | | 39,601,009 | $0.08 | 10+ | 86% | -98.1% | -25.2% | | | | |
| | | | 35,571,350 | $0.08 | 10+ | 87% | -98.2% | -45.0% | | | | |
| | | | 40,606,689 | $0.10 | 10+ | 87% | -97.7% | -22.9% | | | | |
| | | | 36,218,311 | $0.06 | 10+ | 87% | -98.6% | -26.9% | | | | |
| | | | 38,315,635 | $0.08 | 10+ | 92% | -98.3% | -37.6% | | | | |
| | | | 43,417,251 | $0.09 | 10+ | 89% | -98.0% | -16.0% | | | | |
| | | | 51,575,914 | $0.13 | 10+ | 92% | -97.1% | -30.5% | | | | |
| | | | 46,329,710 | $0.16 | 10+ | 93% | -96.4% | -50.0% | | | | |
| | | | 39,558,651 | $0.18 | 10+ | 96% | -95.9% | -79.9% | | | | |
| | | | 48,379,239 | $0.14 | 10+ | 94% | -96.9% | -10.8% | | | | |
| | | | 42,277,921 | $0.10 | 10+ | 95% | -97.6% | -34.4% | | | | |
| | | | 41,193,350 | $0.05 | 10+ | 94% | -98.9% | -12.8% | | | | |
| | | | 42,869,849 | $0.04 | 10+ | 94% | -99.1% | -25.5% | | | | |
| | | | 45,519,483 | $0.05 | 10+ | 95% | -98.9% | -19.0% | | | | |
| | | | 47,350,528 | $0.07 | 10+ | 95% | -98.5% | 3.8% | | | | |
| | | | 45,564,629 | $0.06 | 10+ | 96% | -98.5% | -11.3% | | | | |
| | | | 44,923,946 | $0.05 | 10+ | 97% | -98.8% | 20.7% | | | | |
| | | | 49,651,616 | $0.06 | 10+ | 97% | -98.5% | 17.1% | | | | |
| | | | 48,903,684 | $0.08 | 10+ | 98% | -98.2% | 23.2% | | | | |

Notes:

1    = C.1 Column 2.
2    = C.1 Column 3.
3    = C.1 Column 5.
4    = C.1 Column 7.
5    Count of generic manufacturers that launched in the actual world, based on the produced manufacturer sales data.
6    = Column 3 / (Column 1 + Column 3).
7    = (Column 4 - Column 2 in May 2014) / (Column 2 in May 2014).
8    = (Column 2 - Column 2 in May 2014) / (Column 2 in May 2014).
9    Count of generic manufacturers that would have launched in the but-for world according to the but-for Scenario.
10   = Column 6, beginning in September 2012.
11   = From September 2012 through March 2013, set equal to Column 7.  From April 2013 to December 2014,
     based on a linear interpolation between Column 7 in December 2014 and January 2015.

**Attachment C.2: Diovan and Valsartan Yardstick Calculation - Scenario 1**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Diovan | | Valsartan | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| | | Average Price per | | 3-Month Moving Average | No. of Gen. | Generic Market | Generic Price | Brand Price | No. of Gen. | Generic Market | Generic Price | Brand Price |
| Month | Pills | Pill | Pills | Price per Pill | Manuf. | Share | Decline | Change | Manuf. | Share | Decline | Change |
| 12 | = From September 2012 through March 2013, set equal to Column 8.  From April 2013 to December 2014, based on a linear interpolation between Column 8 in December 2014 and January 2015. | | | | | | | | | | | |

## Attachment C.3: Diovan and Valsartan Direct Purchaser Overcharges - Scenario 1

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | But-For Yardsticks | | | | But-For | | | | Overcharges | | | |
| Month | Diovan Pills | Diovan Average Price per Pill | Valsartan Pills | Valsartan 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | Diovan Pills | Valsartan Pills | Valsartan Price per Pill | Diovan Price per Pill | Brand-Generic | Generic-Generic | Brand-Brand | Total |
| 2012-08 | ███ | ███ | | | | | | | ███ | | | ███ | | | | |
| 2012-09 | ███ | ███ | | | 2 | 2.0% | -30.9% | -1.3% | ███ | 668,150 | $2.19 | ███ | $699,012 | | $3,550,722 | $4,249,734 |
| 2012-10 | ███ | ███ | | | 2 | 86.2% | -23.0% | -14.9% | ███ | 56,088,716 | $2.44 | ███ | $56,687,700 | | $6,795,151 | $63,482,852 |
| 2012-11 | ███ | ███ | | | 3 | 59.0% | -27.8% | -18.7% | ███ | 35,243,615 | $2.29 | ███ | $39,954,546 | | $20,699,832 | $60,654,378 |
| 2012-12 | ███ | ███ | | | 3 | 50.9% | -31.3% | -16.6% | ███ | 26,548,724 | $2.18 | ███ | $32,446,013 | | $19,409,910 | $51,855,923 |
| 2013-01 | ███ | ███ | | | 4 | 53.4% | -59.5% | -10.6% | ███ | 35,494,618 | $1.28 | ███ | $82,501,653 | | $23,880,602 | $106,382,255 |
| 2013-02 | ███ | ███ | | | 5 | 58.4% | -55.4% | -12.0% | ███ | 28,516,570 | $1.41 | ███ | $71,323,105 | | $22,868,644 | $94,191,750 |
| 2013-03 | ███ | ███ | | | 5 | 53.8% | -56.2% | -13.4% | ███ | 29,314,502 | $1.39 | ███ | $74,545,679 | | $29,857,162 | $104,402,842 |
| 2013-04 | ███ | ███ | | | 7 | 83.6% | -57.2% | -13.3% | ███ | 42,080,986 | $1.36 | ███ | $105,975,367 | | $9,284,744 | $115,260,111 |
| 2013-05 | ███ | ███ | | | 7 | 79.9% | -58.2% | -13.2% | ███ | 49,362,560 | $1.32 | ███ | $128,583,104 | | $14,631,887 | $143,214,991 |
| 2013-06 | ███ | ███ | | | 7 | 81.7% | -59.2% | -13.0% | ███ | 38,255,291 | $1.29 | ███ | $98,624,060 | | $9,573,518 | $108,197,578 |
| 2013-07 | ███ | ███ | | | 7 | 81.5% | -60.2% | -12.9% | ███ | 50,458,288 | $1.26 | ███ | $133,863,133 | | $13,232,220 | $147,095,352 |
| 2013-08 | ███ | ███ | | | 7 | 85.0% | -61.2% | -12.8% | ███ | 45,763,051 | $1.23 | ███ | $121,746,109 | | $9,074,270 | $130,820,379 |
| 2013-09 | ███ | ███ | | | 7 | 85.6% | -62.2% | -12.7% | ███ | 41,024,457 | $1.20 | ███ | $108,516,595 | | $7,424,052 | $115,940,647 |
| 2013-10 | ███ | ███ | | | 7 | 86.9% | -63.2% | -12.6% | ███ | 51,463,916 | $1.17 | ███ | $150,690,974 | | $10,295,490 | $160,986,464 |
| 2013-11 | ███ | ███ | | | 7 | 86.9% | -64.1% | -12.5% | ███ | 38,950,659 | $1.14 | ███ | $114,653,965 | | $7,656,581 | $122,310,546 |
| 2013-12 | ███ | ███ | | | 7 | 86.5% | -65.1% | -12.4% | ███ | 43,107,571 | $1.11 | ███ | $126,468,680 | | $8,462,768 | $134,931,448 |
| 2014-01 | ███ | ███ | | | 7 | 92.4% | -66.1% | -12.3% | ███ | 49,468,616 | $1.07 | ███ | $165,429,732 | | $6,620,249 | $172,049,981 |
| 2014-02 | ███ | ███ | | | 7 | 88.7% | -67.1% | -12.2% | ███ | 35,733,007 | $1.04 | ███ | $122,272,828 | | $7,683,489 | $129,956,317 |
| 2014-03 | ███ | ███ | | | 7 | 91.6% | -68.1% | -12.1% | ███ | 38,418,199 | $1.01 | ███ | $131,009,091 | | $5,797,292 | $136,806,383 |
| 2014-04 | ███ | ███ | | | 7 | 93.4% | -69.1% | -12.0% | ███ | 45,166,447 | $0.98 | ███ | $154,981,220 | | $5,178,444 | $160,159,664 |
| 2014-05 | ███ | ███ | | | 7 | 95.9% | -70.1% | -11.9% | ███ | 34,739,039 | $0.95 | ███ | $118,942,479 | | $2,354,121 | $121,296,600 |
| 2014-06 | ███ | ███ | 786,240 | $3.02 | 8 | 94.5% | -71.1% | -11.8% | ███ | 36,914,048 | $0.92 | ███ | $122,791,152 | $1,655,747 | $3,280,897 | $127,727,795 |
| 2014-07 | ███ | ███ | 105,448,560 | $3.37 | 8 | 95.1% | -72.0% | -11.7% | ███ | 116,347,512 | $0.89 | ███ | $30,918,478 | $261,760,860 | $5,585,848 | $298,265,185 |
| 2014-08 | ███ | ███ | 17,945,070 | $3.16 | 8 | 93.8% | -73.0% | -11.6% | ███ | 28,540,097 | $0.85 | ███ | $28,616,590 | $41,315,154 | $1,416,689 | $71,348,433 |
| 2014-09 | ███ | ███ | 14,679,330 | $3.00 | 8 | 94.3% | -74.0% | -11.4% | ███ | 27,221,323 | $0.82 | ███ | $35,382,718 | $31,991,501 | $1,371,201 | $68,745,420 |
| 2014-10 | ███ | ███ | 19,655,670 | $1.77 | 8 | 95.4% | -75.0% | -11.3% | ███ | 35,095,618 | $0.79 | ███ | $48,150,815 | $19,191,915 | $1,867,169 | $69,209,900 |
| 2014-11 | ███ | ███ | 21,659,130 | $1.95 | 8 | 95.3% | -76.0% | -11.2% | ███ | 35,339,269 | $0.76 | ███ | $42,233,467 | $25,783,127 | $1,801,968 | $69,818,562 |
| 2014-12 | ███ | ███ | 19,473,999 | $1.91 | 8 | 96.3% | -77.0% | -11.1% | ███ | 34,897,971 | $0.73 | ███ | $47,173,804 | $23,042,615 | $1,292,753 | $71,509,172 |

Total                                                                                                                                           $2,495,182,068   $404,740,919   $260,947,674   $3,160,870,660

Notes:
1  = C.1 Column 2.
2  = C.1 Column 3.
3  = C.1 Column 5.
4  = C.1 Column 7.
5  = C.2 Column 9.
6  = C.2 Column 10.
7  = C.2 Column 11.

**Attachment C.3: Diovan and Valsartan Direct Purchaser Overcharges - Scenario 1**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | But-For Yardsticks | | | | But-For | | | | Overcharges | | | |
| Month | Diovan Pills | Diovan Average Price per Pill | Valsartan Pills | Valsartan 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | Diovan Pills | Valsartan Pills | Valsartan Price per Pill | Diovan Price per Pill | Brand-Generic | Generic-Generic | Brand-Brand | Total |

8    = C.2 Column 12.

9    = (Column 1 + Column 3) * (1 - Column 6).

10    = (Column 1 + Column 3) * Column 6.

11    = Column 2 in August 2012 * (1 + Column 7).

12    = Column 2 in August 2012 * (1 + Column 8).

13    = (Column 10 - Column 3) * (Column 2 - Column 11).  If Column 3 > Column 10, set to zero.

14    = Column 3 * (Column 4 - Column 11).

15    = Column 10 * (Column 2 - Column 12).

16    = Column 13 + Column 14 + Column 15.

**Attachment C.4: Diovan and Valsartan Yardstick Calculation - Scenario 2**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Diovan | | Valsartan | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| Month | Pills | Average Price per Pill | Pills | 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change |
| 2012-08 | ▇ | ▇ | | | | | | | | | | |
| 2012-09 | ▇ | ▇ | | | | | | | 5 | 2% | -56.2% | -13.4% |
| 2012-10 | ▇ | ▇ | | | | | | | 5 | 86% | -56.2% | -13.4% |
| 2012-11 | ▇ | ▇ | | | | | | | 5 | 59% | -56.2% | -13.4% |
| 2012-12 | ▇ | ▇ | | | | | | | 5 | 51% | -56.2% | -13.4% |
| 2013-01 | ▇ | ▇ | | | | | | | 5 | 53% | -56.2% | -13.4% |
| 2013-02 | ▇ | ▇ | | | | | | | 5 | 58% | -56.2% | -13.4% |
| 2013-03 | ▇ | ▇ | | | | | | | 5 | 54% | -56.2% | -13.4% |
| 2013-04 | ▇ | ▇ | | | | | | | 7 | 84% | -57.2% | -13.3% |
| 2013-05 | ▇ | ▇ | | | | | | | 7 | 80% | -58.2% | -13.2% |
| 2013-06 | ▇ | ▇ | | | | | | | 7 | 82% | -59.2% | -13.0% |
| 2013-07 | ▇ | ▇ | | | | | | | 7 | 81% | -60.2% | -12.9% |
| 2013-08 | ▇ | ▇ | | | | | | | 7 | 85% | -61.2% | -12.8% |
| 2013-09 | ▇ | ▇ | | | | | | | 7 | 86% | -62.2% | -12.7% |
| 2013-10 | ▇ | ▇ | | | | | | | 7 | 87% | -63.2% | -12.6% |
| 2013-11 | ▇ | ▇ | | | | | | | 7 | 87% | -64.1% | -12.5% |
| 2013-12 | ▇ | ▇ | | | | | | | 7 | 87% | -65.1% | -12.4% |
| 2014-01 | ▇ | ▇ | | | | | | | 7 | 92% | -66.1% | -12.3% |
| 2014-02 | ▇ | ▇ | | | | | | | 7 | 89% | -67.1% | -12.2% |
| 2014-03 | ▇ | ▇ | | | | | | | 7 | 92% | -68.1% | -12.1% |
| 2014-04 | ▇ | ▇ | | | | | | | 7 | 93% | -69.1% | -12.0% |
| 2014-05 | ▇ | ▇ | | | | | | | 7 | 96% | -70.1% | -11.9% |
| 2014-06 | ▇ | ▇ | 786,240 | $3.02 | 1 | 2% | -30.9% | -1.3% | 8 | 94% | -71.1% | -11.8% |
| 2014-07 | ▇ | ▇ | 105,448,560 | $3.37 | 2 | 86% | -23.0% | -14.9% | 8 | 95% | -72.0% | -11.7% |
| 2014-08 | ▇ | ▇ | 17,945,070 | $3.16 | 2 | 59% | -27.8% | -18.7% | 8 | 94% | -73.0% | -11.6% |
| 2014-09 | ▇ | ▇ | 14,679,330 | $3.00 | 2 | 51% | -31.3% | -16.6% | 8 | 94% | -74.0% | -11.4% |
| 2014-10 | ▇ | ▇ | 19,655,670 | $1.77 | 2 | 53% | -59.5% | -10.6% | 8 | 95% | -75.0% | -11.3% |
| 2014-11 | ▇ | ▇ | 21,659,130 | $1.95 | 2 | 58% | -55.4% | -12.0% | 8 | 95% | -76.0% | -11.2% |
| 2014-12 | ▇ | ▇ | 19,473,999 | $1.91 | 2 | 54% | -56.2% | -13.4% | 8 | 96% | -77.0% | -11.1% |
| 2015-01 | ▇ | ▇ | 52,805,470 | $0.96 | 10+ | 84% | -78.0% | -11.0% | 10+ | 97% | -78.0% | -11.0% |
| 2015-02 | ▇ | ▇ | 29,873,405 | $0.39 | 10+ | 80% | -91.1% | -25.3% | | | | |
| 2015-03 | ▇ | ▇ | 37,441,810 | $0.08 | 10+ | 82% | -98.1% | -19.0% | | | | |
| 2015-04 | ▇ | ▇ | 31,396,010 | $0.08 | 10+ | 81% | -98.1% | -30.0% | | | | |
| 2015-05 | ▇ | ▇ | 37,408,756 | $0.08 | 10+ | 85% | -98.1% | -30.1% | | | | |

**Attachment C.4: Diovan and Valsartan Yardstick Calculation - Scenario 2**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Diovan | | Valsartan | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| Month | Pills | Average Price per Pill | Pills | 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change |
| 2015-06 | | | 39,601,009 | $0.08 | 10+ | 86% | -98.1% | -25.2% | | | | |
| 2015-07 | | | 35,571,350 | $0.08 | 10+ | 87% | -98.2% | -45.0% | | | | |
| 2015-08 | | | 40,606,689 | $0.10 | 10+ | 87% | -97.7% | -22.9% | | | | |
| 2015-09 | | | 36,218,311 | $0.06 | 10+ | 87% | -98.6% | -26.9% | | | | |
| 2015-10 | | | 38,315,635 | $0.08 | 10+ | 92% | -98.3% | -37.6% | | | | |
| 2015-11 | | | 43,417,251 | $0.09 | 10+ | 89% | -98.0% | -16.0% | | | | |
| 2015-12 | | | 51,575,914 | $0.13 | 10+ | 92% | -97.1% | -30.5% | | | | |
| 2016-01 | | | 46,329,710 | $0.16 | 10+ | 93% | -96.4% | -50.0% | | | | |
| 2016-02 | | | 39,558,651 | $0.18 | 10+ | 96% | -95.9% | -79.9% | | | | |
| 2016-03 | | | 48,379,239 | $0.14 | 10+ | 94% | -96.9% | -10.8% | | | | |
| 2016-04 | | | 42,277,921 | $0.10 | 10+ | 95% | -97.6% | -34.4% | | | | |
| 2016-05 | | | 41,193,350 | $0.05 | 10+ | 94% | -98.9% | -12.8% | | | | |
| 2016-06 | | | 42,869,849 | $0.04 | 10+ | 94% | -99.1% | -25.5% | | | | |
| 2016-07 | | | 45,519,483 | $0.05 | 10+ | 95% | -98.9% | -19.0% | | | | |
| 2016-08 | | | 47,350,528 | $0.07 | 10+ | 95% | -98.5% | 3.8% | | | | |
| 2016-09 | | | 45,564,629 | $0.06 | 10+ | 96% | -98.5% | -11.3% | | | | |
| 2016-10 | | | 44,923,946 | $0.05 | 10+ | 97% | -98.8% | 20.7% | | | | |
| 2016-11 | | | 49,651,616 | $0.06 | 10+ | 97% | -98.5% | 17.1% | | | | |
| 2016-12 | | | 48,903,684 | $0.08 | 10+ | 98% | -98.2% | 23.2% | | | | |

Notes:

1 = C.1 Column 2.
2 = C.1 Column 3.
3 = C.1 Column 5.
4 = C.1 Column 7.
5 Count of generic manufacturers that launched in the actual world, based on the produced manufacturer sales data.
6 = Column 3 / (Column 1 + Column 3).
7 = (Column 4 - Column 2 in May 2014) / (Column 2 in May 2014).
8 = (Column 2 - Column 2 in May 2014) / (Column 2 in May 2014).
9 Count of generic manufacturers that would have launched in the but-for world according to the but-for Scenario.
10 = Column 6, beginning in September 2012.
11 = From September 2012 to March 2013, set equal to Column 7 in December 2014. From April 2013 to December 2014, based on a linear interpolation between Column 7 in December 2014 and January 2015.

## Attachment C.4: Diovan and Valsartan Yardstick Calculation - Scenario 2

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Diovan | | Valsartan | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| | | Average Price per | | 3-Month Moving Average | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change |
| Month | Pills | Pill | Pills | Price per Pill | | | | | | | | |

12   = From September 2012 to March 2013, set equal to Column 8 in December 2014.  From April 2013 to December 2014, based on a linear interpolation between Column 8 in December 2014 and January 2015.

**Attachment C.3: Diovan and Valsartan Direct Purchaser Overcharges - Scenario 2**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Actual** | | | | **But-For Yardsticks** | | | | **But-For** | | | | **Overcharges** | | | |
| Month | Diovan Pills | Diovan Average Price per Pill | Valsartan Pills | Valsartan 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | Diovan Pills | Valsartan Pills | Valsartan Price per Pill | Diovan Price per Pill | Brand-Generic | Generic-Generic | Brand-Brand | Total |
| 2012-08 | ■ | ■ | | | | | | | ■ | | | | | | | |
| 2012-09 | ■ | ■ | | | 5 | 2.0% | -56.2% | -13.4% | ■ | 668,150 | $1.39 | ■ | $1,236,680 | | $16,000,687 | $17,237,367 |
| 2012-10 | ■ | ■ | | | 5 | 86.2% | -56.2% | -13.4% | ■ | 56,088,716 | $1.39 | ■ | $115,855,023 | | $6,368,628 | $122,223,651 |
| 2012-11 | ■ | ■ | | | 5 | 59.0% | -56.2% | -13.4% | ■ | 35,243,615 | $1.39 | ■ | $71,734,815 | | $16,571,749 | $88,306,564 |
| 2012-12 | ■ | ■ | | | 5 | 50.9% | -56.2% | -13.4% | ■ | 26,548,724 | $1.39 | ■ | $53,418,195 | | $16,742,812 | $70,161,007 |
| 2013-01 | ■ | ■ | | | 5 | 53.4% | -56.2% | -13.4% | ■ | 35,494,618 | $1.39 | ■ | $78,789,473 | | $26,631,504 | $105,420,977 |
| 2013-02 | ■ | ■ | | | 5 | 58.4% | -56.2% | -13.4% | ■ | 28,516,570 | $1.39 | ■ | $72,117,318 | | $23,751,710 | $95,869,028 |
| 2013-03 | ■ | ■ | | | 5 | 53.8% | -56.2% | -13.4% | ■ | 29,314,502 | $1.39 | ■ | $74,545,679 | | $29,857,162 | $104,402,842 |
| 2013-04 | ■ | ■ | | | 7 | 83.6% | -57.2% | -13.3% | ■ | 42,080,986 | $1.36 | ■ | $105,975,367 | | $9,284,744 | $115,260,111 |
| 2013-05 | ■ | ■ | | | 7 | 79.9% | -58.2% | -13.2% | ■ | 49,362,560 | $1.32 | ■ | $128,583,104 | | $14,631,887 | $143,214,991 |
| 2013-06 | ■ | ■ | | | 7 | 81.7% | -59.2% | -13.0% | ■ | 38,255,291 | $1.29 | ■ | $98,624,060 | | $9,573,518 | $108,197,578 |
| 2013-07 | ■ | ■ | | | 7 | 81.5% | -60.2% | -12.9% | ■ | 50,458,288 | $1.26 | ■ | $133,863,133 | | $13,232,220 | $147,095,352 |
| 2013-08 | ■ | ■ | | | 7 | 85.0% | -61.2% | -12.8% | ■ | 45,763,051 | $1.23 | ■ | $121,746,109 | | $9,074,270 | $130,820,379 |
| 2013-09 | ■ | ■ | | | 7 | 85.6% | -62.2% | -12.7% | ■ | 41,024,457 | $1.20 | ■ | $108,516,595 | | $7,424,052 | $115,940,647 |
| 2013-10 | ■ | ■ | | | 7 | 86.9% | -63.2% | -12.6% | ■ | 51,463,916 | $1.17 | ■ | $150,690,974 | | $10,295,490 | $160,986,464 |
| 2013-11 | ■ | ■ | | | 7 | 86.9% | -64.1% | -12.5% | ■ | 38,950,659 | $1.14 | ■ | $114,653,965 | | $7,656,581 | $122,310,546 |
| 2013-12 | ■ | ■ | | | 7 | 86.5% | -65.1% | -12.4% | ■ | 43,107,571 | $1.11 | ■ | $126,468,680 | | $8,462,768 | $134,931,448 |
| 2014-01 | ■ | ■ | | | 7 | 92.4% | -66.1% | -12.3% | ■ | 49,468,616 | $1.07 | ■ | $165,429,732 | | $6,620,249 | $172,049,981 |
| 2014-02 | ■ | ■ | | | 7 | 88.7% | -67.1% | -12.2% | ■ | 35,733,007 | $1.04 | ■ | $122,272,828 | | $7,683,489 | $129,956,317 |
| 2014-03 | ■ | ■ | | | 7 | 91.6% | -68.1% | -12.1% | ■ | 38,418,199 | $1.01 | ■ | $131,009,091 | | $5,797,292 | $136,806,383 |
| 2014-04 | ■ | ■ | | | 7 | 93.4% | -69.1% | -12.0% | ■ | 45,166,447 | $0.98 | ■ | $154,981,220 | | $5,178,444 | $160,159,664 |
| 2014-05 | ■ | ■ | | | 7 | 95.9% | -70.1% | -11.9% | ■ | 34,739,039 | $0.95 | ■ | $118,942,479 | | $2,354,121 | $121,296,600 |
| 2014-06 | ■ | ■ | 786,240 | $3.02 | 8 | 94.5% | -71.1% | -11.8% | ■ | 36,914,048 | $0.92 | ■ | $122,791,152 | $1,655,747 | $3,280,897 | $127,727,795 |
| 2014-07 | ■ | ■ | 105,448,560 | $3.37 | 8 | 95.1% | -72.0% | -11.7% | ■ | 116,347,512 | $0.89 | ■ | $30,918,478 | $261,760,860 | $5,585,848 | $298,265,185 |
| 2014-08 | ■ | ■ | 17,945,070 | $3.16 | 8 | 93.8% | -73.0% | -11.6% | ■ | 28,540,097 | $0.85 | ■ | $28,616,590 | $41,315,154 | $1,416,689 | $71,348,433 |
| 2014-09 | ■ | ■ | 14,679,330 | $3.00 | 8 | 94.3% | -74.0% | -11.4% | ■ | 27,221,323 | $0.82 | ■ | $35,382,718 | $31,991,501 | $1,371,201 | $68,745,420 |
| 2014-10 | ■ | ■ | 19,655,670 | $1.77 | 8 | 95.4% | -75.0% | -11.3% | ■ | 35,095,618 | $0.79 | ■ | $48,150,815 | $19,191,915 | $1,867,169 | $69,209,900 |
| 2014-11 | ■ | ■ | 21,659,130 | $1.95 | 8 | 95.3% | -76.0% | -11.2% | ■ | 35,339,269 | $0.76 | ■ | $42,233,467 | $25,783,127 | $1,801,968 | $69,818,562 |
| 2014-12 | ■ | ■ | 19,473,999 | $1.91 | 8 | 96.3% | -77.0% | -11.1% | ■ | 34,897,971 | $0.73 | ■ | $47,173,804 | $23,042,615 | $1,292,753 | $71,509,172 |
| Total | | | | | | | | | | | | | $2,604,721,543 | $404,740,919 | $269,809,903 | $3,279,272,365 |

Notes:

| | |
|---|---|
| 1 | = C.1 Column 2. |
| 2 | = C.1 Column 3. |
| 3 | = C.1 Column 5. |
| 4 | = C.1 Column 7. |
| 5 | = C.2 Column 9. |
| 6 | = C.2 Column 10. |
| 7 | = C.2 Column 11. |

**Attachment C.3: Diovan and Valsartan Direct Purchaser Overcharges - Scenario 2**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Actual | | | | | But-For | | | | Overcharges | | | | |
| | | Diovan | | Valsartan 3- | | But-For Yardsticks | | | | | | | | | | | |
| | | Average | | Month Moving | No. of | Generic | Generic | Brand | | | Valsartan | Diovan | | | | |
| | | Price per | Valsartan | Average Price per | Gen. | Market | Price | Price | | Valsartan | Price per | Price per | | Generic- | | |
| Month | Diovan Pills | Pill | Pills | Pill | Manuf. | Share | Decline | Change | Diovan Pills | Pills | Pill | Pill | Brand-Generic | Generic | Brand-Brand | Total |

| 8 | = C.2 Column 12. |
|---|---|
| 9 | = (Column 1 + Column 3) * (1 - Column 6). |
| 10 | = (Column 1 + Column 3) * Column 6. |
| 11 | = Column 2 in August 2012 * (1 + Column 7). |
| 12 | = Column 2 in August 2012 * (1 + Column 8). |
| 13 | = (Column 10 - Column 3) * (Column 2 - Column 11).  If Column 3 > Column 10, set to zero. |
| 14 | = Column 3 * (Column 4 - Column 11). |
| 15 | = Column 10 * (Column 2 - Column 12). |
| 16 | = Column 13 + Column 14 + Column 15. |

**Attachment D**

**Attachment D.1: Nexium and Esomeprazole Magnesium Manufacturer Net Sales Data**

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
|  | Nexium | | | Esomeprazole Magnesium | | | |
| Month | Sales | Pills | Average Price per Pill | Sales | Pills | Average Price per Pill | 3-Month Moving Average Price per Pill |
| 2014-04 | ▬ | | ▬ | | | | |
| 2014-05 | ▬ | | ▬ | | | | |
| 2014-06 | ▬ | | ▬ | | | | |
| 2014-07 | ▬ | | ▬ | | | | |
| 2014-08 | ▬ | | ▬ | | | | |
| 2014-09 | ▬ | | ▬ | | | | |
| 2014-10 | ▬ | | ▬ | | | | |
| 2014-11 | ▬ | | ▬ | | | | |
| 2014-12 | ▬ | | ▬ | | | | |
| 2015-01 | ▬ | | ▬ | | | | |
| 2015-02 | ▬ | | ▬ | ▬ | ▬ | ▬ | ▬ |
| 2015-03 | ▬ | | ▬ | ▬ | ▬ | ▬ | ▬ |
| 2015-04 | ▬ | | ▬ | ▬ | ▬ | ▬ | ▬ |
| 2015-05 | ▬ | | ▬ | ▬ | ▬ | ▬ | ▬ |
| 2015-06 | ▬ | | ▬ | ▬ | ▬ | ▬ | ▬ |
| 2015-07 | ▬ | | ▬ | ▬ | ▬ | ▬ | ▬ |
| 2015-08 | ▬ | | ▬ | $160,645,631 | 31,916,870 | $5.03 | $4.18 |
| 2015-09 | ▬ | | ▬ | $100,522,775 | 23,218,840 | $4.33 | $4.33 |
| 2015-10 | ▬ | | ▬ | $27,711,599 | 22,705,270 | $1.22 | $3.71 |
| 2015-11 | ▬ | | ▬ | $25,290,936 | 26,074,130 | $0.97 | $2.13 |
| 2015-12 | ▬ | | ▬ | $59,090,636 | 35,029,920 | $1.69 | $1.34 |
| 2016-01 | ▬ | | ▬ | $25,287,587 | 24,538,750 | $1.03 | $1.28 |
| 2016-02 | ▬ | | ▬ | $2,431,361 | 31,925,630 | $0.08 | $0.95 |
| 2016-03 | ▬ | | ▬ | $17,241,433 | 36,810,500 | $0.47 | $0.48 |
| 2016-04 | ▬ | | ▬ | $44,627,467 | 41,167,870 | $1.08 | $0.59 |
| 2016-05 | ▬ | | ▬ | $2,551,785 | 29,301,230 | $0.09 | $0.60 |
| 2016-06 | ▬ | | ▬ | $40,629,661 | 34,232,340 | $1.19 | $0.84 |
| 2016-07 | ▬ | | ▬ | $24,943,858 | 35,908,000 | $0.69 | $0.69 |
| 2016-08 | ▬ | | ▬ | $8,107,877 | 35,874,260 | $0.23 | $0.70 |
| 2016-09 | ▬ | | ▬ | $29,291,721 | 46,991,740 | $0.62 | $0.52 |
| 2016-10 | ▬ | | ▬ | $31,367,793 | 30,817,870 | $1.02 | $0.60 |
| 2016-11 | ▬ | | ▬ | $12,303,179 | 30,154,380 | $0.41 | $0.68 |
| 2016-12 | ▬ | | ▬ | $61,955,945 | 43,807,240 | $1.41 | $1.01 |
| 2017-01 | ▬ | | ▬ | $13,270,089 | 28,354,670 | $0.47 | $0.86 |

## Attachment D.1: Nexium and Esomeprazole Magnesium Manufacturer Net Sales Data

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Nexium | | | Esomeprazole Magnesium | | | |
| Month | Sales | Pills | Average Price per Pill | Sales | Pills | Average Price per Pill | 3-Month Moving Average Price per Pill |
| 2017-02 | ███ | ███ | ███ | -$3,877,825 | 29,734,040 | -$0.13 | $0.70 |
| 2017-03 | ███ | ███ | ███ | $13,109,306 | 38,342,230 | $0.34 | $0.23 |
| 2017-04 | ███ | ███ | ███ | $7,482,103 | 35,904,970 | $0.21 | $0.16 |
| 2017-05 | ███ | ███ | ███ | -$1,762,335 | 39,475,310 | -$0.04 | $0.17 |
| 2017-06 | ███ | ███ | ███ | $22,230,949 | 49,789,540 | $0.45 | $0.22 |
| 2017-07 | ███ | ███ | ███ | $18,245,364 | 35,202,720 | $0.52 | $0.31 |
| 2017-08 | ███ | ███ | ███ | -$11,876,688 | 39,948,400 | -$0.30 | $0.23 |
| 2017-09 | ███ | ███ | ███ | $13,958,577 | 35,930,860 | $0.39 | $0.18 |
| 2017-10 | ███ | ███ | ███ | $20,346,949 | 39,436,240 | $0.52 | $0.19 |
| 2017-11 | ███ | ███ | ███ | -$32,611,603 | 27,027,420 | -$1.21 | $0.02 |
| 2017-12 | ███ | ███ | ███ | -$17,606,844 | 52,406,060 | -$0.34 | $0.06 |
| 2018-01 | ███ | ███ | ███ | $8,615,816 | 41,177,700 | $0.21 | $0.06 |
| 2018-02 | ███ | ███ | ███ | $7,193,099 | 34,326,630 | $0.21 | $0.06 |
| 2018-03 | ███ | ███ | ███ | -$5,356,295 | 30,117,310 | -$0.18 | $0.10 |
| 2018-04 | ███ | ███ | ███ | $8,826,609 | 38,359,440 | $0.23 | $0.10 |
| 2018-05 | ███ | ███ | ███ | -$2,532,588 | 30,878,310 | -$0.08 | $0.01 |
| 2018-06 | ███ | ███ | ███ | -$11,438,654 | 22,941,780 | -$0.50 | $0.12 |
| 2018-07 | ███ | ███ | ███ | $5,053,169 | 19,949,310 | $0.25 | $0.12 |
| 2018-08 | ███ | ███ | ███ | $4,539,430 | 28,881,030 | $0.16 | $0.12 |
| 2018-09 | ███ | ███ | ███ | $7,405,786 | 25,116,570 | $0.29 | $0.23 |
| 2018-10 | ███ | ███ | ███ | $9,513,054 | 24,453,420 | $0.39 | $0.27 |
| 2018-11 | ███ | ███ | ███ | -$6,252,432 | 26,556,510 | -$0.24 | $0.14 |
| 2018-12 | ███ | ███ | ███ | $7,700 | 26,075,870 | $0.00 | $0.04 |
| 2019-01 | ███ | ███ | ███ | $16,380,152 | 31,318,980 | $0.52 | $0.12 |
| 2019-02 | ███ | ███ | ███ | $910,795 | 23,136,600 | $0.04 | $0.21 |
| 2019-03 | ███ | ███ | ███ | $3,958,889 | 24,929,240 | $0.16 | $0.27 |
| 2019-04 | ███ | ███ | ███ | $6,862,332 | 19,092,060 | $0.36 | $0.17 |
| 2019-05 | ███ | ███ | ███ | $5,043,378 | 8,130,330 | $0.62 | $0.30 |
| 2019-06 | ███ | ███ | ███ | -$1,686,508 | 6,457,260 | -$0.26 | $0.30 |

Notes:

1-2    Source: AstraZeneca transactional sales and chargebacks data (AZNONPARTY_002560, AZNONPARTY_002565, AZNONPARTY_002566, and AZNONPARTY_002569).

**Attachment D.1: Nexium and Esomeprazole Magnesium Manufacturer Net Sales Data**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Nexium | | | Esomeprazole Magnesium | | | |
| Month | Sales | Pills | Average Price per Pill | Sales | Pills | Average Price per Pill | 3-Month Moving Average Price per Pill |

Excludes the "Federal Gov't - Department of Defense (DOD)" class of trade.

Since the chargebacks data through 2016 are only available in quarterly format, the quarterly totals are divided by 3 to estimate monthly totals.

3      = Column 1 / Column 2.

4-5    Source: Generic manufacturer transactional sales data:

Teva (TEVA_RANBAXY-ANTITRUST.0000021.xlsx); Mylan (MYL-ESOM-0000098, MYL-ESOM-0000099, MYL-ESOM-0000100, MYL-ESOM-0000101, MYL-ESOM-0000102); Dr. Reddy's Lab (DRL-001057); Hetero/Camber (Esomeprazole Sales 2015-2017.xlsx); Aurobindo (Chargeback Data for Esomeprazole - Launch till December 2019.xlsx, Sales Data from Launch till December 2019.xlsb, Credit Note Data from Launch till December 2019.xlsb); Ranbaxy (SUN_02753986, SUN_027737727); Torrent (TORRENT048302).

6      = Column 4 / Column 5.

7      = Prior three month sum from Column 4 / prior three month sum for Column 5.

Since the data show negative prices, from December 2017 through February 2018, and from June 2018 through August 2018, prices are calculated as the average of the prices found in adjacent months.

**Attachment D.2: Nexium and Esomeprazole Magnesium Yardstick Calculations - Scenario 1**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nexium | | Esomeprazole Magnesium | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| | | Average Price per | | 3-Month Moving Average Price per | No. of Gen. | Generic Market | Generic Price | Brand Price | No. of Gen. | Generic Market | Generic Price | Brand Price |
| Month | Pills | Pill | Pills | Pill | Manuf. | Share | Decline | Change | Manuf. | Share | Decline | Change |
| 2014-04 | ■ | ■ | | | | | | | | | | |
| 2014-05 | ■ | ■ | | | | | | | 2 | 67.0% | -37.4% | -12.4% |
| 2014-06 | ■ | ■ | | | | | | | 2 | 50.9% | -37.4% | -12.4% |
| 2014-07 | ■ | ■ | | | | | | | 2 | 26.5% | -37.4% | -12.4% |
| 2014-08 | ■ | ■ | | | | | | | 2 | 11.9% | -37.4% | -12.4% |
| 2014-09 | ■ | ■ | | | | | | | 2 | 16.9% | -37.4% | -12.4% |
| 2014-10 | ■ | ■ | | | | | | | 2 | 19.0% | -37.4% | -12.4% |
| 2014-11 | ■ | ■ | | | | | | | 2 | 38.1% | -37.4% | -12.4% |
| 2014-12 | ■ | ■ | | | | | | | 2 | 29.9% | -37.4% | -12.4% |
| 2015-01 | ■ | ■ | | | | | | | 2 | 34.3% | -37.4% | -12.4% |
| 2015-02 | ■ | ■ | ■ | ■ | 1 | 67.0% | -18.8% | -36.0% | 2 | 38.8% | -37.4% | -12.4% |
| 2015-03 | ■ | ■ | ■ | ■ | 1 | 50.9% | -22.7% | -34.8% | 2 | 38.2% | -37.4% | -12.4% |
| 2015-04 | ■ | ■ | ■ | ■ | 1 | 26.5% | -21.9% | -13.6% | 2 | 49.4% | -37.4% | -12.4% |
| 2015-05 | ■ | ■ | ■ | ■ | 1 | 11.9% | -28.3% | -14.6% | 2 | 60.9% | -37.4% | -12.4% |
| 2015-06 | ■ | $■ | ■ | ■ | 1 | 16.9% | -33.2% | -8.9% | 2 | 54.4% | -37.4% | -12.4% |
| 2015-07 | ■ | ■ | ■ | ■ | 1 | 19.0% | -56.3% | -13.8% | 2 | 60.3% | -37.4% | -12.4% |
| 2015-08 | ■ | ■ | 31,916,870 | $4.18 | 2 | 38.1% | -37.4% | -12.4% | 3 | 52.3% | -37.4% | -12.4% |
| 2015-09 | ■ | ■ | 23,218,840 | $4.33 | 4 | 29.9% | -35.2% | -10.6% | 5 | 51.5% | -35.2% | -10.6% |
| 2015-10 | ■ | ■ | 22,705,270 | $3.71 | 5 | 34.3% | -44.5% | -9.1% | 6 | 61.9% | -44.5% | -9.1% |
| 2015-11 | ■ | ■ | 26,074,130 | $2.13 | 5 | 38.8% | -68.1% | -11.2% | 6 | 55.3% | -68.1% | -11.2% |
| 2015-12 | ■ | ■ | 35,029,920 | $1.34 | 5 | 38.2% | -80.0% | -1.2% | 6 | 62.4% | -80.0% | -1.2% |
| 2016-01 | ■ | ■ | 24,538,750 | $1.28 | 5 | 49.4% | -80.9% | -37.8% | 6 | 59.2% | -80.9% | -37.8% |
| 2016-02 | ■ | ■ | 31,925,630 | $0.95 | 5 | 60.9% | -85.8% | -52.3% | 6 | 56.6% | -85.8% | -52.3% |
| 2016-03 | ■ | ■ | 36,810,500 | $0.48 | 5 | 54.4% | -92.8% | -26.2% | 6 | 60.5% | -92.8% | -26.2% |
| 2016-04 | ■ | ■ | 41,167,870 | $0.59 | 5 | 60.3% | -91.3% | -32.3% | 6 | 60.5% | -91.3% | -32.3% |
| 2016-05 | ■ | ■ | 29,301,230 | $0.60 | 5 | 52.3% | -91.0% | -33.0% | 6 | 60.5% | -91.0% | -33.0% |
| 2016-06 | ■ | ■ | 34,232,340 | $0.84 | 5 | 51.5% | -87.5% | -23.1% | 6 | 60.5% | -87.5% | -23.1% |
| 2016-07 | ■ | ■ | 35,908,000 | $0.69 | 5 | 61.9% | -89.8% | -44.8% | 6 | 60.5% | -89.8% | -44.8% |
| 2016-08 | ■ | ■ | 35,874,260 | $0.70 | 5 | 55.3% | -89.6% | -28.1% | 6 | 60.5% | -89.6% | -28.1% |
| 2016-09 | ■ | ■ | 46,991,740 | $0.52 | 5 | 62.4% | -92.2% | -29.5% | 6 | 60.5% | -92.2% | -29.5% |
| 2016-10 | ■ | ■ | 30,817,870 | $0.60 | 5 | 59.2% | -91.0% | -15.9% | 6 | 60.5% | -91.0% | -15.9% |
| 2016-11 | ■ | ■ | 30,154,380 | $0.68 | 5 | 56.6% | -89.9% | -12.5% | 6 | 60.5% | -89.9% | -12.5% |
| 2016-12 | ■ | ■ | 43,807,240 | $1.01 | 6 | 60.5% | -84.9% | -5.4% | 7 | 60.5% | -84.9% | -5.4% |
| 2017-01 | ■ | ■ | 28,354,670 | $0.86 | 6 | 58.9% | -87.2% | | 7 | 60.5% | -87.2% | |
| 2017-02 | ■ | ■ | 29,734,040 | $0.70 | 6 | 66.1% | -89.5% | | 7 | 60.5% | -89.5% | |

**Attachment D.2: Nexium and Esomeprazole Magnesium Yardstick Calculations - Scenario 1**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nexium | | Esomeprazole Magnesium | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| | | Average Price per | | 3-Month Moving Average Price per | No. of Gen. | Generic Market | Generic Price | Brand Price | No. of Gen. | Generic Market | Generic Price | Brand Price |
| Month | Pills | Pill | Pills | Pill | Manuf. | Share | Decline | Change | Manuf. | Share | Decline | Change |
| 2017-03 | ▉ | ▉ | 38,342,230 | $0.23 | 6 | 59.7% | -96.5% | | 7 | 60.5% | -96.5% | |
| 2017-04 | ▉ | ▉ | 35,904,970 | $0.16 | 6 | 73.8% | -97.6% | | 7 | 60.5% | -97.6% | |
| 2017-05 | ▉ | ▉ | 39,475,310 | $0.17 | 6 | 73.9% | -97.5% | | 7 | 60.5% | -97.5% | |
| 2017-06 | ▉ | ▉ | 49,789,540 | $0.22 | 6 | 80.6% | -96.7% | | 7 | 60.5% | -96.7% | |
| 2017-07 | ▉ | ▉ | 35,202,720 | $0.31 | 6 | 83.5% | -95.4% | | 7 | 60.5% | -95.4% | |
| 2017-08 | ▉ | ▉ | 39,948,400 | $0.23 | 6 | 84.3% | -96.6% | | 7 | 60.5% | -96.6% | |
| 2017-09 | ▉ | ▉ | 35,930,860 | $0.18 | 6 | 86.5% | -97.3% | | 7 | 60.5% | -97.3% | |
| 2017-10 | ▉ | ▉ | 39,436,240 | $0.19 | 6 | 86.9% | -97.1% | | 7 | 60.5% | -97.1% | |
| 2017-11 | ▉ | ▉ | 27,027,420 | $0.02 | 6 | 89.0% | -99.8% | | 7 | 60.5% | -99.8% | |
| 2017-12 | ▉ | ▉ | 52,406,060 | $0.06 | 6 | 89.7% | -99.1% | | 7 | 60.5% | -99.1% | |
| 2018-01 | ▉ | ▉ | 41,177,700 | $0.06 | 6 | 89.7% | -99.1% | | 7 | 60.5% | -99.1% | |
| 2018-02 | ▉ | ▉ | 34,326,630 | $0.06 | 6 | 88.8% | -99.1% | | 7 | 60.5% | -99.1% | |
| 2018-03 | ▉ | ▉ | 30,117,310 | $0.10 | 6 | 88.6% | -98.5% | | 7 | 60.5% | -98.5% | |
| 2018-04 | ▉ | ▉ | 38,359,440 | $0.10 | 6 | 89.6% | -98.4% | | 7 | 60.5% | -98.4% | |
| 2018-05 | ▉ | ▉ | 30,878,310 | $0.01 | 6 | 88.4% | -99.9% | | 7 | 60.5% | -99.9% | |
| 2018-06 | ▉ | ▉ | 22,941,780 | $0.12 | 6 | 87.2% | -98.2% | | 7 | 60.5% | -98.2% | |
| 2018-07 | ▉ | ▉ | 19,949,310 | $0.12 | 6 | 86.1% | -98.2% | | 7 | 60.5% | -98.2% | |
| 2018-08 | ▉ | ▉ | 28,881,030 | $0.12 | 6 | 88.8% | -98.2% | | 7 | 60.5% | -98.2% | |
| 2018-09 | ▉ | ▉ | 25,116,570 | $0.23 | 6 | 89.2% | -96.6% | | 7 | 60.5% | -96.6% | |
| 2018-10 | ▉ | ▉ | 24,453,420 | $0.27 | 6 | 87.8% | -95.9% | | 7 | 60.5% | -95.9% | |
| 2018-11 | ▉ | ▉ | 26,556,510 | $0.14 | 6 | 89.2% | -97.9% | | 7 | 60.5% | -97.9% | |
| 2018-12 | ▉ | ▉ | 26,075,870 | $0.04 | 6 | 87.2% | -99.4% | | 7 | 60.5% | -99.4% | |
| 2019-01 | ▉ | ▉ | 31,318,980 | $0.12 | 6 | 91.7% | -98.2% | | 7 | 60.5% | -98.2% | |
| 2019-02 | ▉ | ▉ | 23,136,600 | $0.21 | 6 | 90.4% | -96.8% | | 7 | 60.5% | -96.8% | |
| 2019-03 | ▉ | ▉ | 24,929,240 | $0.27 | 6 | 90.1% | -96.0% | | 7 | 60.5% | -96.0% | |
| 2019-04 | ▉ | ▉ | 19,092,060 | $0.17 | 6 | 86.4% | -97.4% | | 7 | 60.5% | -97.4% | |
| 2019-05 | ▉ | ▉ | 8,130,330 | $0.30 | 7 | 72.7% | -95.5% | | 8 | 60.5% | -95.5% | |
| 2019-06 | ▉ | ▉ | 6,457,260 | $0.30 | 7 | 73.1% | -95.5% | | 8 | 60.5% | -95.5% | |

Notes:

| | |
|---|---|
| 1 | = D.1 Column 2. |
| 2 | = D.1 Column 3. |
| 3 | = D.1 Column 5. |
| 4 | = D.1 Column 7. |

**Attachment D.2: Nexium and Esomeprazole Magnesium Yardstick Calculations - Scenario 1**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nexium | | Esomeprazole Magnesium | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| | | Average | | 3-Month Moving | No. of | Generic | Generic | | No. of | Generic | Generic | Brand |
| | | Price per | | Average Price per | Gen. | Market | Price | Brand Price | Gen. | Market | Price | Price |
| Month | Pills | Pill | Pills | Pill | Manuf. | Share | Decline | Change | Manuf. | Share | Decline | Change |

| 5 | Count of generic manufacturers that launched in the actual world, based on the produced manufacturer sales data. |
| 6 | = Column 3 / (Column 1 + Column 3). |
| 7 | = (Column 4 - Column 2 in December 2014) / (Column 2 in December 2014). |
| 8 | = (Column 2 - Column 2 in December 2014) / (Column 2 in December 2014). |
| 9 | Count of generic manufacturers that would have launched in the but-for world according to the but-for Scenario. |
| 10 | = Column 6, beginning in May 2014. |
| 11 | From May 2014 through August 2015, set equal to Column 7 in August 2015. |
| | From September 2015 onward, set equal to Column 7 in September 2015 onward. |
| 12 | From May 2014 through August 2015, set equal to Column 8 in August 2015. |
| | From September 2015 onward, set equal to Column 8 in September 2015 onward. |

## Attachment D.3: Nexium and Esomeprazole Magnesium Direct Purchaser Overcharges - Scenario 1

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | But-For Yardsticks | | | | But-For | | | | Overcharges | | | |
| Month | Nexium Pills | Nexium Average Price per Pill | Esomeprazole Magnesium Pills | Esomeprazole Magnesium 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | Nexium Pills | Esomeprazole Magnesium Pills | Esomeprazole Magnesium Price per Pill | Nexium Price per Pill | Brand-Generic | Generic-Generic | Brand-Brand | Total |
| 2014-04 | ■ | ■ | | | | | | | | | | | | | | |
| 2014-05 | ■ | ■ | | | 2 | 67.0% | -37.4% | -12.4% | ■ | 45,246,475 | $3.82 | ■ | $105,014,048 | | $17,607,886 | $122,621,935 |
| 2014-06 | ■ | ■ | | | 2 | 50.9% | -37.4% | -12.4% | ■ | 32,451,978 | $3.82 | ■ | $71,934,056 | | $21,459,671 | $93,393,726 |
| 2014-07 | ■ | ■ | | | 2 | 26.5% | -37.4% | -12.4% | ■ | 18,868,880 | $3.82 | ■ | $44,011,592 | | $42,054,986 | $86,066,578 |
| 2014-08 | ■ | ■ | | | 2 | 11.9% | -37.4% | -12.4% | ■ | 6,978,910 | $3.82 | ■ | $13,697,645 | | $22,373,646 | $36,071,291 |
| 2014-09 | ■ | ■ | | | 2 | 16.9% | -37.4% | -12.4% | ■ | 10,010,483 | $3.82 | ■ | $19,799,656 | | $22,029,246 | $41,828,902 |
| 2014-10 | ■ | ■ | | | 2 | 19.0% | -37.4% | -12.4% | ■ | 12,183,821 | $3.82 | ■ | $31,494,783 | | $54,796,521 | $86,291,304 |
| 2014-11 | ■ | ■ | | | 2 | 38.1% | -37.4% | -12.4% | ■ | 23,408,596 | $3.82 | ■ | $58,960,423 | | $37,578,519 | $96,538,942 |
| 2014-12 | ■ | ■ | | | 2 | 29.9% | -37.4% | -12.4% | ■ | 23,569,434 | $3.82 | ■ | $67,593,166 | | $74,020,894 | $141,614,060 |
| 2015-01 | ■ | ■ | | | 2 | 34.3% | -37.4% | -12.4% | ■ | 16,317,467 | $3.82 | ■ | $30,638,318 | | $10,886,396 | $41,524,714 |
| 2015-02 | ■ | ■ | ■ | ■ | 2 | 38.8% | -37.4% | -12.4% | ■ | 34,116,341 | $3.82 | ■ | $0 | $94,733,685 | $0 | $94,733,685 |
| 2015-03 | ■ | ■ | ■ | ■ | 2 | 38.2% | -37.4% | -12.4% | ■ | 27,351,877 | $3.82 | ■ | $0 | $49,243,574 | $0 | $49,243,574 |
| 2015-04 | ■ | ■ | ■ | ■ | 2 | 49.4% | -37.4% | -12.4% | ■ | 34,271,787 | $3.82 | ■ | $31,158,474 | $25,765,604 | $15,160,043 | $72,084,121 |
| 2015-05 | ■ | ■ | ■ | ■ | 2 | 60.9% | -37.4% | -12.4% | ■ | 31,070,670 | $3.82 | ■ | $47,317,343 | $5,900,305 | $7,216,877 | $60,434,524 |
| 2015-06 | ■ | ■ | ■ | ■ | 2 | 54.4% | -37.4% | -12.4% | ■ | 31,109,748 | $3.82 | ■ | $48,716,749 | $6,280,412 | $19,404,242 | $74,401,403 |
| Total | | | | | | | | | | | | | $570,336,253 | $181,923,580 | $344,588,927 | $1,096,848,760 |

Notes:

| | |
|---|---|
| 1 | = D.1 Column 2. |
| 2 | = D.1 Column 3. |
| 3 | = D.1 Column 5. |
| 4 | = D.1 Column 7. |
| 5 | = D.2 Column 9. |
| 6 | = D.2 Column 10. |
| 7 | = D.2 Column 11. |
| 8 | = D.2 Column 12. |
| 9 | = (Column 1 + Column 3) * (1 - Column 6). |
| 10 | = (Column 1 + Column 3) * Column 6. |
| 11 | = Column 2 in April 2014 * (1 + Column 7). |
| 12 | = Column 2 in April 2014 * (1 + Column 8). |
| 13 | = (Column 10 - Column 3) * (Column 2 - Column 11).  If Column 3 > Column 10, set to zero. |
| 14 | = Column 3 * (Column 4 - Column 11). |
| 15 | = Min(Column 1, Column 9) * (Column 2 - Column 12). |
| 16 | = Column 13 + Column 14 + Column 15. |

## Attachment D.4: Nexium and Esomeprazole Magnesium Yardstick Calculations - Scenario 2

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nexium | | Esomeprazole Magnesium | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| | | Average Price per | | 3-Month Moving Average Price per | No. of Gen. | Generic Market | Generic Price | Brand Price | No. of Gen. | Generic Market | Generic Price | Brand Price |
| Month | Pills | Pill | Pills | Pill | Manuf. | Share | Decline | Change | Manuf. | Share | Decline | Change |
| 2014-04 | ■ | ■ | | | | | | | | | | |
| 2014-05 | ■ | ■ | | | | | | | 5 | 67.0% | -44.5% | -9.1% |
| 2014-06 | ■ | ■ | | | | | | | 5 | 50.9% | -68.1% | -11.2% |
| 2014-07 | ■ | ■ | | | | | | | 5 | 26.5% | -80.0% | -1.2% |
| 2014-08 | ■ | ■ | | | | | | | 5 | 11.9% | -80.9% | -37.8% |
| 2014-09 | ■ | ■ | | | | | | | 5 | 16.9% | -85.8% | -52.3% |
| 2014-10 | ■ | ■ | | | | | | | 5 | 19.0% | -92.8% | -26.2% |
| 2014-11 | ■ | ■ | | | | | | | 5 | 38.1% | -91.3% | -32.3% |
| 2014-12 | ■ | ■ | | | | | | | 5 | 29.9% | -91.0% | -33.0% |
| 2015-01 | ■ | ■ | | | | | | | 5 | 34.3% | -87.5% | -23.1% |
| 2015-02 | ■ | ■ | ■ | ■ | 1 | 67.0% | -18.8% | -36.0% | 5 | 38.8% | -89.8% | -44.8% |
| 2015-03 | ■ | ■ | ■ | ■ | 1 | 50.9% | -22.7% | -34.8% | 5 | 38.2% | -89.6% | -28.1% |
| 2015-04 | ■ | ■ | ■ | ■ | 1 | 26.5% | -21.9% | -13.6% | 5 | 49.4% | -92.2% | -29.5% |
| 2015-05 | ■ | ■ | ■ | ■ | 1 | 11.9% | -28.3% | -14.6% | 5 | 60.9% | -91.0% | -15.9% |
| 2015-06 | ■ | ■ | ■ | ■ | 1 | 16.9% | -33.2% | -8.9% | 5 | 54.4% | -89.9% | -12.5% |
| 2015-07 | ■ | ■ | ■ | ■ | 1 | 19.0% | -56.3% | -13.8% | 5 | 60.3% | -84.9% | -5.4% |
| 2015-08 | ■ | ■ | 31,916,870 | $4.18 | 2 | 38.1% | -37.4% | -12.4% | 5 | 52.3% | -87.2% | -44.9% |
| 2015-09 | ■ | ■ | 23,218,840 | $4.33 | 4 | 29.9% | -35.2% | -10.6% | 5 | 51.5% | -89.5% | -53.8% |
| 2015-10 | ■ | ■ | 22,705,270 | $3.71 | 5 | 34.3% | -44.5% | -9.1% | 6 | 61.9% | -96.5% | -48.0% |
| 2015-11 | ■ | ■ | 26,074,130 | $2.13 | 5 | 38.8% | -68.1% | -11.2% | 6 | 55.3% | -97.6% | -8.2% |
| 2015-12 | ■ | ■ | 35,029,920 | $1.34 | 5 | 38.2% | -80.0% | -1.2% | 6 | 62.4% | -97.5% | -5.9% |
| 2016-01 | ■ | ■ | 24,538,750 | $1.28 | 5 | 49.4% | -80.9% | -37.8% | 6 | 59.2% | -96.7% | -5.1% |
| 2016-02 | ■ | ■ | 31,925,630 | $0.95 | 5 | 60.9% | -85.8% | -52.3% | 6 | 56.6% | -95.4% | 6.3% |
| 2016-03 | ■ | ■ | 36,810,500 | $0.48 | 5 | 54.4% | -92.8% | -26.2% | 6 | 60.5% | -96.6% | 6.4% |
| 2016-04 | ■ | ■ | 41,167,870 | $0.59 | 5 | 60.3% | -91.3% | -32.3% | 6 | 58.9% | -97.3% | 2.2% |
| 2016-05 | ■ | ■ | 29,301,230 | $0.60 | 5 | 52.3% | -91.0% | -33.0% | 6 | 66.1% | -97.1% | 5.4% |
| 2016-06 | ■ | ■ | 34,232,340 | $0.84 | 5 | 51.5% | -87.5% | -23.1% | 6 | 59.7% | -99.8% | 7.5% |
| 2016-07 | ■ | ■ | 35,908,000 | $0.69 | 5 | 61.9% | -89.8% | -44.8% | 6 | 73.8% | -99.1% | 9.7% |
| 2016-08 | ■ | ■ | 35,874,260 | $0.70 | 5 | 55.3% | -89.6% | -28.1% | 6 | 73.9% | -99.1% | 2.8% |
| 2016-09 | ■ | ■ | 46,991,740 | $0.52 | 5 | 62.4% | -92.2% | -29.5% | 6 | 80.6% | -99.1% | 3.8% |
| 2016-10 | ■ | ■ | 30,817,870 | $0.60 | 5 | 59.2% | -91.0% | -15.9% | 6 | 83.5% | -98.5% | 2.8% |
| 2016-11 | ■ | ■ | 30,154,380 | $0.68 | 5 | 56.6% | -89.9% | -12.5% | 6 | 84.3% | -98.4% | 3.4% |
| 2016-12 | ■ | ■ | 43,807,240 | $1.01 | 6 | 60.5% | -84.9% | -5.4% | 7 | 86.5% | -99.9% | 5.0% |
| 2017-01 | ■ | ■ | 28,354,670 | $0.86 | 6 | 58.9% | -87.2% | -44.9% | 7 | 86.9% | -98.2% | 4.3% |
| 2017-02 | ■ | ■ | 29,734,040 | $0.70 | 6 | 66.1% | -89.5% | -53.8% | 7 | 80.0% | -98.2% | 10.7% |

**Attachment D.4: Nexium and Esomeprazole Magnesium Yardstick Calculations - Scenario 2**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nexium | | Esomeprazole Magnesium | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| | | Average Price per | | 3-Month Moving Average Price per | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change |
| Month | Pills | Pill | Pills | Pill | | | | | | | | |
| 2017-03 | ▇ | ▇ | 38,342,230 | $0.23 | 6 | 59.7% | -96.5% | -48.0% | 7 | 89.7% | -98.2% | 12.4% |
| 2017-04 | ▇ | ▇ | 35,904,970 | $0.16 | 6 | 73.8% | -97.6% | -8.2% | 7 | 89.7% | -96.6% | 11.2% |
| 2017-05 | ▇ | ▇ | 39,475,310 | $0.17 | 6 | 73.9% | -97.5% | -5.9% | 7 | 88.9% | -95.9% | 10.7% |
| 2017-06 | ▇ | ▇ | 49,789,540 | $0.22 | 6 | 80.6% | -96.7% | -5.1% | 7 | 88.6% | -97.9% | 12.3% |
| 2017-07 | ▇ | ▇ | 35,202,720 | $0.31 | 6 | 83.5% | -95.4% | 6.3% | 7 | 89.6% | -99.4% | 13.5% |
| 2017-08 | ▇ | ▇ | 39,948,400 | $0.23 | 6 | 84.3% | -96.6% | 6.4% | 7 | 88.4% | -98.2% | 8.0% |
| 2017-09 | ▇ | ▇ | 35,930,860 | $0.18 | 6 | 86.5% | -97.3% | 2.2% | 7 | 87.2% | -96.8% | 8.5% |
| 2017-10 | ▇ | ▇ | 39,436,240 | $0.19 | 6 | 86.9% | -97.1% | 5.4% | 7 | 86.1% | -96.0% | 9.2% |
| 2017-11 | ▇ | ▇ | 27,027,420 | $0.02 | 6 | 80.0% | -99.8% | 7.5% | 7 | 88.9% | -97.4% | 10.0% |
| 2017-12 | ▇ | ▇ | 52,406,060 | $0.06 | 6 | 89.7% | -99.1% | 9.7% | 7 | 89.2% | -95.5% | 6.4% |
| 2018-01 | ▇ | ▇ | 41,177,700 | $0.06 | 6 | 89.7% | -99.1% | 2.8% | 7 | 87.8% | -95.5% | 7.9% |
| 2018-02 | ▇ | ▇ | 34,326,630 | $0.06 | 6 | 88.9% | -99.1% | 3.8% | 7 | 89.2% | -95.5% | |
| 2018-03 | ▇ | ▇ | 30,117,310 | $0.10 | 6 | 88.6% | -98.5% | 2.8% | 7 | 87.2% | -95.5% | |
| 2018-04 | ▇ | ▇ | 38,359,440 | $0.10 | 6 | 89.6% | -98.4% | 3.4% | 7 | 91.7% | -95.5% | |
| 2018-05 | ▇ | ▇ | 30,878,310 | $0.01 | 6 | 88.4% | -99.9% | 5.0% | 7 | 90.4% | -95.5% | |
| 2018-06 | ▇ | ▇ | 22,941,780 | $0.12 | 6 | 87.2% | -98.2% | 4.3% | 7 | 90.1% | -95.5% | |
| 2018-07 | ▇ | ▇ | 19,949,310 | $0.12 | 6 | 86.1% | -98.2% | 10.7% | 7 | 86.4% | -95.5% | |
| 2018-08 | ▇ | ▇ | 28,881,030 | $0.12 | 6 | 88.9% | -98.2% | 12.4% | 7 | 72.7% | -95.5% | |
| 2018-09 | ▇ | ▇ | 25,116,570 | $0.23 | 6 | 89.2% | -96.6% | 11.2% | 7 | 73.1% | -95.5% | |
| 2018-10 | ▇ | ▇ | 24,453,420 | $0.27 | 6 | 87.8% | -95.9% | 10.7% | 7 | | -95.5% | |
| 2018-11 | ▇ | ▇ | 26,556,510 | $0.14 | 6 | 89.2% | -97.9% | 12.3% | 7 | | -95.5% | |
| 2018-12 | ▇ | ▇ | 26,075,870 | $0.04 | 6 | 87.2% | -99.4% | 13.5% | 7 | | -95.5% | |
| 2019-01 | ▇ | ▇ | 31,318,980 | $0.12 | 6 | 91.7% | -98.2% | 8.0% | 7 | | -95.5% | |
| 2019-02 | ▇ | ▇ | 23,136,600 | $0.21 | 6 | 90.4% | -96.8% | 8.5% | 7 | | -95.5% | |
| 2019-03 | ▇ | ▇ | 24,929,240 | $0.27 | 6 | 90.1% | -96.0% | 9.2% | 7 | | -95.5% | |
| 2019-04 | ▇ | ▇ | 19,092,060 | $0.17 | 6 | 86.4% | -97.4% | 10.0% | 7 | | -95.5% | |
| 2019-05 | ▇ | ▇ | 8,130,330 | $0.30 | 7 | 72.7% | -95.5% | 6.4% | 8 | | -95.5% | |
| 2019-06 | ▇ | ▇ | 6,457,260 | $0.30 | 7 | 73.1% | -95.5% | 7.9% | 8 | | -95.5% | |

Notes:

| | |
|---|---|
| 1 | = D.1 Column 2. |
| 2 | = D.1 Column 3. |
| 3 | = D.1 Column 5. |
| 4 | = D.1 Column 7. |

**Attachment D.4: Nexium and Esomeprazole Magnesium Yardstick Calculations - Scenario 2**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nexium | | Esomeprazole Magnesium | | Yardstick Inputs | | | | But-For Yardsticks | | | |
| | | Average | | 3-Month Moving | No. of | Generic | Generic | | No. of | Generic | Generic | Brand |
| | | Price per | | Average Price per | Gen. | Market | Price | Brand Price | Gen. | Market | Price | Price |
| Month | Pills | Pill | Pills | Pill | Manuf. | Share | Decline | Change | Manuf. | Share | Decline | Change |

| | |
|---|---|
| 5 | Count of generic manufacturers that launched in the actual world, based on the produced manufacturer sales data. |
| 6 | = Column 3 / (Column 1 + Column 3). |
| 7 | = (Column 4 - Column 2 in December 2014) / (Column 2 in December 2014). |
| 8 | = (Column 2 - Column 2 in December 2014) / (Column 2 in December 2014). |
| 9 | Count of generic manufacturers that would have launched in the but-for world according to the but-for Scenario. |
| 10 | = Column 6, beginning in May 2014. |
| 11 | From May 2014 through August 2015, set equal to Column 7 starting in October 2015. |
| | From February 2018 onward, set equal to January 2018. |
| 12 | From May 2014 through August 2015, set equal to Column 8 starting in October 2015. |
| | Brand price change yardsticks are not evaluated beyond the point when data run out in Column 8. |

**Attachment D.5: Nexium and Esomeprazole Magnesium Direct Purchaser Overcharges - Scenario 2**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | But-For Yardsticks | | | | But-For | | | | Overcharges | | | |
| Month | Nexium Pills | Nexium Average Price per Pill | Esomeprazole Magnesium Pills | Esomeprazole Magnesium 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | Nexium Pills | Esomeprazole Magnesium Pills | Esomeprazole Magnesium Price per Pill | Nexium Price per Pill | Brand-Generic | Generic-Generic | Brand-Brand | Total |
| 2014-04 | ██ | ██ | | | | | | | | | | | | | | |
| 2014-05 | ██ | ██ | | | 5 | 67.0% | -44.5% | -9.1% | ██ | 45,246,475 | $3.39 | ██ | $124,585,454 | | $13,082,156 | $137,667,610 |
| 2014-06 | ██ | ██ | | | 5 | 50.9% | -68.1% | -11.2% | ██ | 32,451,978 | $1.95 | ██ | $132,768,361 | | $19,105,508 | $151,873,869 |
| 2014-07 | ██ | ██ | | | 5 | 26.5% | -80.0% | -1.2% | ██ | 18,868,880 | $1.22 | ██ | $93,082,165 | | $6,285,946 | $99,368,111 |
| 2014-08 | ██ | ██ | | | 5 | 11.9% | -80.9% | -37.8% | ██ | 6,978,910 | $1.17 | ██ | $32,209,996 | | $102,670,114 | $134,880,110 |
| 2014-09 | ██ | ██ | | | 5 | 16.9% | -85.8% | -52.3% | ██ | 10,010,483 | $0.87 | ██ | $49,386,843 | | $141,819,798 | $191,206,640 |
| 2014-10 | ██ | ██ | | | 5 | 19.0% | -92.8% | -26.2% | ██ | 12,183,821 | $0.44 | ██ | $72,700,018 | | $98,497,467 | $171,197,485 |
| 2014-11 | ██ | ██ | | | 5 | 38.1% | -91.3% | -32.3% | ██ | 23,408,596 | $0.53 | ██ | $135,924,387 | | $83,747,259 | $219,671,646 |
| 2014-12 | ██ | ██ | | | 5 | 29.9% | -91.0% | -33.0% | ██ | 23,569,434 | $0.55 | ██ | $144,753,665 | | $143,644,126 | $288,397,790 |
| 2015-01 | ██ | ██ | | | 5 | 34.3% | -87.5% | -23.1% | ██ | 16,317,467 | $0.77 | ██ | $80,508,041 | | $31,382,538 | $111,890,579 |
| 2015-02 | ██ | ██ | ██ | ██ | 5 | 38.8% | -89.8% | -44.8% | ██ | 34,116,341 | $0.63 | ██ | $0 | $282,919,244 | $26,464,865 | $309,384,109 |
| 2015-03 | ██ | ██ | ██ | ██ | 5 | 38.2% | -89.6% | -28.1% | ██ | 27,351,877 | $0.63 | ██ | $0 | $165,419,365 | $0 | $165,419,365 |
| 2015-04 | ██ | ██ | ██ | ██ | 5 | 49.4% | -92.2% | -29.5% | ██ | 34,271,787 | $0.48 | ██ | $84,270,262 | $87,217,736 | $51,912,983 | $223,400,982 |
| 2015-05 | ██ | ██ | ██ | ██ | 5 | 60.9% | -91.0% | -15.9% | ██ | 31,070,670 | $0.55 | ██ | $129,081,687 | $25,728,587 | $11,419,714 | $166,229,988 |
| 2015-06 | ██ | ██ | ██ | ██ | 5 | 54.4% | -89.9% | -12.5% | ██ | 31,109,748 | $0.62 | ██ | $117,408,674 | $37,294,113 | $19,562,778 | $174,265,565 |
| 2015-07 | ██ | ██ | ██ | ██ | 5 | 60.3% | -84.9% | -5.4% | ██ | 37,243,044 | $0.92 | ██ | $123,689,184 | $23,496,724 | $0 | $147,185,908 |
| 2015-08 | ██ | ██ | 31,916,870 | $4.18 | 5 | 52.3% | -87.2% | -44.9% | ██ | 43,769,381 | $0.78 | ██ | $60,193,484 | $108,624,560 | $99,757,275 | $268,575,319 |
| 2015-09 | ██ | ██ | 23,218,840 | $4.33 | 5 | 51.5% | -89.5% | -53.8% | ██ | 40,005,750 | $0.64 | ██ | $89,699,868 | $85,758,962 | $119,137,473 | $294,596,303 |
| 2015-10 | ██ | ██ | 22,705,270 | $3.71 | 6 | 61.9% | -96.5% | -48.0% | ██ | 41,057,382 | $0.21 | ██ | $107,714,714 | $79,423,609 | $73,291,281 | $260,429,604 |
| 2015-11 | ██ | ██ | 26,074,130 | $2.13 | 6 | 55.3% | -97.6% | -8.2% | ██ | 37,120,673 | $0.15 | ██ | $64,020,917 | $51,771,106 | $10,006,683 | $125,798,706 |
| 2015-12 | ██ | ██ | 35,029,920 | $1.34 | 6 | 62.4% | -97.5% | -5.9% | ██ | 57,211,488 | $0.15 | ██ | $143,201,988 | $41,554,269 | $29,496,235 | $214,252,491 |

**Total**         $1,785,199,707    $989,208,275    $1,081,284,199    $3,855,692,181

Notes:

1 = D.1 Column 2.
2 = D.1 Column 3.
3 = D.1 Column 5.
4 = D.1 Column 7.
5 = D.4 Column 9.
6 = D.4 Column 10.
7 = D.4 Column 11.
8 = D.4 Column 12.
9 = (Column 1 + Column 3) * (1 - Column 6).
10 = (Column 1 + Column 3) * Column 6.
11 = Column 2 in April 2014 * (1 + Column 7).
12 = Column 2 in April 2014 * (1 + Column 8).
13 = (Column 10 - Column 3) * (Column 2 - Column 11). If Column 3 > Column 10, set to zero.
14 = Column 3 * (Column 4 - Column 11).

**Attachment D.5: Nexium and Esomeprazole Magnesium Direct Purchaser Overcharges - Scenario 2**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | But-For Yardsticks | | | | But-For | | | | Overcharges | | | |
| Month | Nexium Pills | Nexium Average Price per Pill | Esomeprazole Magnesium Pills | Esomeprazole Magnesium 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Brand Price Change | Nexium Pills | Esomeprazole Magnesium Pills | Esomeprazole Magnesium Price per Pill | Nexium Price per Pill | Brand-Generic | Generic-Generic | Brand-Brand | Total |

15   = Min(Column 1, Column 9) * (Column 2 - Column 12).
16   = Column 13 + Column 14 + Column 15.

**Attachment E**

## Attachment E.1: Valcyte and Valganciclovir Manufacturer Net Sales Data

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Valcyte | | | Valganciclovir | | | |
| Month | Sales | Pills | Average Price per Pill | Sales | Pills | Average Price per Pill | 3-Month Moving Average Price per Pill |
| 2014-07 | ▬ | ▬ | ▬ | | | | |
| 2014-08 | ▬ | ▬ | ▬ | | | | |
| 2014-09 | ▬ | ▬ | ▬ | | | | |
| 2014-10 | ▬ | ▬ | ▬ | | | | |
| 2014-11 | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| 2014-12 | ▬ | ▬ | ▬ | $28,769,738 | 776,160 | $37.07 | $42.06 |
| 2015-01 | ▬ | ▬ | ▬ | $23,109,133 | 649,380 | $35.59 | $39.85 |
| 2015-02 | ▬ | ▬ | ▬ | $19,358,491 | 614,760 | $31.49 | $34.92 |
| 2015-03 | ▬ | ▬ | ▬ | $23,725,877 | 844,140 | $28.11 | $31.40 |
| 2015-04 | ▬ | ▬ | ▬ | $5,250,547 | 427,220 | $12.29 | $25.63 |
| 2015-05 | ▬ | ▬ | ▬ | $22,470,368 | 689,445 | $32.59 | $26.24 |
| 2015-06 | ▬ | ▬ | ▬ | $38,351,113 | 1,055,340 | $36.34 | $30.42 |
| 2015-07 | ▬ | ▬ | ▬ | $11,024,691 | 470,880 | $23.41 | $32.43 |
| 2015-08 | ▬ | ▬ | ▬ | $18,319,364 | 645,697 | $28.37 | $31.17 |
| 2015-09 | ▬ | ▬ | ▬ | $44,982,269 | 1,244,820 | $36.14 | $31.48 |
| 2015-10 | ▬ | ▬ | ▬ | $3,186,970 | 323,615 | $9.85 | $30.03 |
| 2015-11 | ▬ | ▬ | ▬ | $19,625,740 | 725,305 | $27.06 | $29.56 |
| 2015-12 | ▬ | ▬ | ▬ | $41,763,229 | 1,146,900 | $36.41 | $29.41 |
| 2016-01 | ▬ | ▬ | ▬ | -$1,840,809 | 366,780 | -$5.02 | $26.60 |
| 2016-02 | ▬ | ▬ | ▬ | $10,971,438 | 510,676 | $21.48 | $25.14 |
| 2016-03 | ▬ | ▬ | ▬ | $12,167,898 | 908,460 | $13.39 | $11.93 |
| 2016-04 | ▬ | ▬ | ▬ | $9,348,850 | 734,940 | $12.72 | $15.08 |
| 2016-05 | ▬ | ▬ | ▬ | $10,644,050 | 754,184 | $14.11 | $13.41 |
| 2016-06 | ▬ | ▬ | ▬ | $14,425,625 | 857,098 | $16.83 | $14.67 |
| 2016-07 | ▬ | ▬ | ▬ | -$7,493,421 | 628,020 | -$11.93 | $7.85 |
| 2016-08 | ▬ | ▬ | ▬ | $15,622,638 | 887,100 | $17.61 | $9.51 |
| 2016-09 | ▬ | ▬ | ▬ | $11,628,405 | 848,040 | $13.71 | $8.36 |
| 2016-10 | ▬ | ▬ | ▬ | $1,150,518 | 854,340 | $1.35 | $10.97 |
| 2016-11 | ▬ | ▬ | ▬ | $12,009,221 | 940,140 | $12.77 | $9.38 |
| 2016-12 | ▬ | ▬ | ▬ | $887,547 | 826,200 | $1.07 | $5.36 |
| 2017-01 | | | | -$5,221,697 | 300,900 | -$17.35 | $3.71 |
| 2017-02 | | | | $9,451,292 | 554,580 | $17.04 | $3.04 |
| 2017-03 | | | | $17,528,763 | 756,300 | $23.18 | $13.50 |
| 2017-04 | | | | -$3,455,307 | 180,540 | -$19.14 | $15.77 |

**Attachment E.1: Valcyte and Valganciclovir Manufacturer Net Sales Data**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Valcyte | | | Valganciclovir | | | |
| Month | Sales | Pills | Average Price per Pill | Sales | Pills | Average Price per Pill | 3-Month Moving Average Price per Pills |
| 2017-05 | | | | -$888,311 | 294,960 | -$3.01 | $10.70 |
| 2017-06 | | | | $469,940 | 324,888 | $1.45 | $7.21 |
| 2017-07 | | | | -$2,903,042 | 250,842 | -$11.57 | $7.21 |
| 2017-08 | | | | -$629,976 | 274,065 | -$2.30 | $7.21 |
| 2017-09 | | | | $1,127,828 | 427,203 | $2.64 | $7.21 |
| 2017-10 | | | | -$8,666,306 | 145,197 | -$59.69 | $7.21 |
| 2017-11 | | | | $1,847,712 | 457,770 | $4.04 | $7.21 |
| 2017-12 | | | | $3,315,184 | 456,267 | $7.27 | $7.21 |
| 2018-01 | | | | -$863,128 | 241,962 | -$3.57 | $3.72 |
| 2018-02 | | | | $1,831,066 | 351,705 | $5.21 | $4.08 |
| 2018-03 | | | | $3,281,409 | 465,624 | $7.05 | $4.01 |
| 2018-04 | | | | -$1,195,785 | 140,013 | -$8.54 | $4.09 |
| 2018-05 | | | | $2,191,945 | 347,355 | $6.31 | $4.49 |
| 2018-06 | | | | $2,164,074 | 395,625 | $5.47 | $3.58 |
| 2018-07 | | | | $1,946,644 | 340,401 | $5.72 | $5.82 |
| 2018-08 | | | | $918,349 | 303,315 | $3.03 | $4.84 |
| 2018-09 | | | | -$171,865 | 250,059 | -$0.69 | $3.01 |
| 2018-10 | | | | $323,490 | 213,897 | $1.51 | $1.39 |
| 2018-11 | | | | -$231,087 | 131,598 | -$1.76 | $1.46 |
| 2018-12 | | | | $1,053,349 | 409,758 | $2.57 | $1.52 |
| 2019-01 | | | | $1,515,440 | 314,055 | $4.83 | $2.73 |
| 2019-02 | | | | $835,937 | 222,828 | $3.75 | $3.60 |
| 2019-03 | | | | $268,357 | 222,814 | $1.20 | $3.45 |
| 2019-04 | | | | $449,166 | 244,835 | $1.83 | $2.25 |
| 2019-05 | | | | $1,258,618 | 394,463 | $3.19 | $2.29 |
| 2019-06 | | | | -$35,959 | 37,080 | -$0.97 | $2.47 |
| 2019-07 | | | | $682,383 | 89,280 | $7.64 | $3.66 |
| 2019-08 | | | | $226,227 | 62,640 | $3.61 | $4.62 |
| 2019-09 | | | | $158,756 | 49,320 | $3.22 | $5.30 |
| 2019-10 | | | | $337,836 | 95,400 | $3.54 | $3.49 |
| 2019-11 | | | | -$94,458 | 13,680 | -$6.90 | $2.54 |
| 2019-12 | | | | $36,386 | 33,120 | $1.10 | $1.97 |

## Attachment E.1: Valcyte and Valganciclovir Manufacturer Net Sales Data

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Valcyte | | | Valganciclovir | | | |
| Month | Sales | Pills | Average Price per Pill | Sales | Pills | Average Price per Pill | 3-Month Moving Average Price per Pill |

Notes:

1-2   Source: Roche transactional sales data (Exhibit 1-A-2020-05-15.xlsx, Exhibit 2-A-2020-05-15.xlsx, Exhibit 3-A-2020-05-15.xlsx, and Ex 4-AA-Reb Svc Fee.xlsx);
      Excludes brand-only customers: ALLERGAN, CAPITOL WHOLESALE DRUG 1460, CESAR CASTILLO, INC, F W KERR COMPANY 3300, and METRO MEDICAL SUPPLY, INC.

3     = Column 1 / Column 2.

4-5   Source: Generic manufacturer transactional sales data:
      Endo (ENDO_000562, ENDO_000564, ENDO_000565, ENDO_000566); Dr. Reddy's Lab (DRL (Meijer v. Ranbaxy)0003689_HIGHLY CONFIDENTIAL, OUTSIDE
      ATTORNEYS EYES ONLY.xlsb); Aurobindo (Valganciclovir Chargeback Data 2016-2019.xlsx, Valganciclovir data from April 2016-March 2019 - SALES - Final.xlsx,
      Valganciclovir Rebate Data 2016-2019 - FINAL.xlsb, Valganciclovir Special Instructions Sales Return Data with Qty 2016-2019 - FINAL.xlsb); Hetero/Camber
      (HETERO00000059-HETERO00000060).

6     = Column 4 / Column 5.

7     = Prior three month sum from Column 4 / prior three month sum for Column 5.
      Since the data show negative prices, from June 2017 through December 2017 and November 2018,
      prices are calculated as the average of the prices found in adjacent months.

## Attachment E.2: Valcyte and Valganciclovir Yardstick Calculations - Scenario 1

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Valcyte | | Valganciclovir | | Yardstick Inputs | | | But-For Yardsticks | | |
| Month | Pills | Average Price per Pill | Pills | 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline |
| 2014-07 | ■ | ■ | | | | | | | | |
| 2014-08 | ■ | ■ | | | | | | 2 | 43.9% | -33.9% |
| 2014-09 | ■ | ■ | | | | | | 2 | 66.6% | -37.3% |
| 2014-10 | ■ | ■ | | | | | | 2 | 79.3% | -45.1% |
| 2014-11 | ■ | ■ | ■ | ■ | 1 | 43.9% | -21.2% | 2 | 80.0% | -50.6% |
| 2014-12 | ■ | ■ | 776,160 | $42.06 | 2 | 66.6% | -33.9% | 2 | 83.0% | -59.7% |
| 2015-01 | ■ | ■ | 649,380 | $39.85 | 2 | 79.3% | -37.3% | 2 | 70.1% | -58.7% |
| 2015-02 | ■ | ■ | 614,760 | $34.92 | 2 | 80.0% | -45.1% | 2 | 81.5% | -52.2% |
| 2015-03 | ■ | ■ | 844,140 | $31.40 | 2 | 83.0% | -50.6% | 2 | 87.7% | -49.0% |
| 2015-04 | ■ | ■ | 427,220 | $25.63 | 2 | 70.1% | -59.7% | 2 | 78.7% | -51.0% |
| 2015-05 | ■ | ■ | 689,445 | $26.24 | 2 | 81.5% | -58.7% | 2 | 83.8% | -50.5% |
| 2015-06 | ■ | ■ | 1,055,340 | $30.42 | 2 | 87.7% | -52.2% | 2 | 88.5% | -52.8% |
| 2015-07 | ■ | ■ | 470,880 | $32.43 | 2 | 78.7% | -49.0% | 2 | 78.3% | -53.5% |
| 2015-08 | ■ | ■ | 645,697 | $31.17 | 2 | 83.8% | -51.0% | 2 | 88.9% | -53.7% |
| 2015-09 | ■ | ■ | 1,244,820 | $31.48 | 2 | 88.5% | -50.5% | 2 | 91.3% | -58.2% |
| 2015-10 | ■ | ■ | 323,615 | $30.03 | 2 | 78.3% | -52.8% | 2 | 77.3% | -60.5% |
| 2015-11 | ■ | ■ | 725,305 | $29.56 | 2 | 88.9% | -53.5% | 2 | 84.4% | -60.5% |
| 2015-12 | ■ | ■ | 1,146,900 | $29.41 | 2 | 91.3% | -53.7% | 2 | 88.9% | -60.5% |
| 2016-01 | ■ | ■ | 366,780 | $26.60 | 2 | 77.3% | -58.2% | 2 | 86.7% | -60.5% |
| 2016-02 | ■ | ■ | 510,676 | $25.14 | 2 | 84.4% | -60.5% | 2 | 88.8% | -60.5% |
| 2016-03 | ■ | ■ | 908,460 | $11.93 | 3 | 88.9% | -81.2% | 3 | 88.5% | -81.2% |
| 2016-04 | ■ | ■ | 734,940 | $15.08 | 4 | 86.7% | -76.3% | 4 | 88.4% | -76.3% |
| 2016-05 | ■ | ■ | 754,184 | $13.41 | 4 | 88.8% | -78.9% | 4 | 90.8% | -78.9% |
| 2016-06 | ■ | ■ | 857,098 | $14.67 | 4 | 88.5% | -76.9% | 4 | 89.9% | -76.9% |
| 2016-07 | ■ | ■ | 628,020 | $7.85 | 4 | 88.4% | -87.7% | 4 | 90.7% | -87.7% |
| 2016-08 | ■ | ■ | 887,100 | $9.51 | 4 | 90.8% | -85.0% | 4 | 91.3% | -85.0% |
| 2016-09 | ■ | ■ | 848,040 | $8.36 | 4 | 89.9% | -86.9% | 4 | 90.2% | -86.9% |
| 2016-10 | ■ | ■ | 854,340 | $10.97 | 4 | 90.7% | -82.8% | 4 | 90.2% | -82.8% |
| 2016-11 | ■ | ■ | 940,140 | $9.38 | 4 | 91.3% | -85.2% | 4 | 90.2% | -85.2% |
| 2016-12 | ■ | ■ | 826,200 | $5.36 | 4 | 90.2% | -91.6% | 4 | 90.2% | -91.6% |
| 2017-01 | | | 300,900 | $3.71 | 4 | | -94.2% | 4 | 90.2% | -94.2% |
| 2017-02 | | | 554,580 | $3.04 | 4 | | -95.2% | 4 | 90.2% | -95.2% |
| 2017-03 | | | 756,300 | $13.50 | 4 | | -78.8% | 4 | 90.2% | -78.8% |
| 2017-04 | | | 180,540 | $15.77 | 4 | | -75.2% | 4 | 90.2% | -75.2% |

4

**Attachment E.2: Valcyte and Valganciclovir Yardstick Calculations - Scenario 1**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Valcyte | | Valganciclovir | | Yardstick Inputs | | | But-For Yardsticks | | |
| Month | Pills | Average Price per Pill | Pills | 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline |
| 2017-05 | | | 294,960 | $10.70 | 4 | | -83.2% | 4 | 90.2% | -83.2% |
| 2017-06 | | | 324,888 | $7.21 | 4 | | -88.7% | 4 | 90.2% | -88.7% |
| 2017-07 | | | 250,842 | $7.21 | 4 | | -88.7% | 4 | 90.2% | -88.7% |
| 2017-08 | | | 274,065 | $7.21 | 4 | | -88.7% | 4 | 90.2% | -88.7% |
| 2017-09 | | | 427,203 | $7.21 | 4 | | -88.7% | 4 | 90.2% | -88.7% |
| 2017-10 | | | 145,197 | $7.21 | 4 | | -88.7% | 4 | 90.2% | -88.7% |
| 2017-11 | | | 457,770 | $7.21 | 4 | | -88.7% | 4 | 90.2% | -88.7% |
| 2017-12 | | | 456,267 | $7.21 | 4 | | -88.7% | 4 | 90.2% | -88.7% |
| 2018-01 | | | 241,962 | $3.72 | 4 | | -94.2% | 4 | 90.2% | -94.2% |
| 2018-02 | | | 351,705 | $4.08 | 4 | | -93.6% | 4 | 90.2% | -93.6% |
| 2018-03 | | | 465,624 | $4.01 | 4 | | -93.7% | 4 | 90.2% | -93.7% |
| 2018-04 | | | 140,013 | $4.09 | 4 | | -93.6% | 4 | 90.2% | -93.6% |
| 2018-05 | | | 347,355 | $4.49 | 4 | | -92.9% | 4 | 90.2% | -92.9% |
| 2018-06 | | | 395,625 | $3.58 | 4 | | -94.4% | 4 | 90.2% | -94.4% |
| 2018-07 | | | 340,401 | $5.82 | 4 | | -90.9% | 4 | 90.2% | -90.9% |
| 2018-08 | | | 303,315 | $4.84 | 4 | | -92.4% | 4 | 90.2% | -92.4% |
| 2018-09 | | | 250,059 | $3.01 | 4 | | -95.3% | 4 | 90.2% | -95.3% |
| 2018-10 | | | 213,897 | $1.39 | 4 | | -97.8% | 4 | 90.2% | -97.8% |
| 2018-11 | | | 131,598 | $1.46 | 4 | | -97.7% | 4 | 90.2% | -97.7% |
| 2018-12 | | | 409,758 | $1.52 | 4 | | -97.6% | 4 | 90.2% | -97.6% |
| 2019-01 | | | 314,055 | $2.73 | 4 | | -95.7% | 4 | 90.2% | -95.7% |
| 2019-02 | | | 222,828 | $3.60 | 4 | | -94.3% | 4 | 90.2% | -94.3% |
| 2019-03 | | | 222,814 | $3.45 | 4 | | -94.6% | 4 | 90.2% | -94.6% |
| 2019-04 | | | 244,835 | $2.25 | 4 | | -96.5% | 4 | 90.2% | -96.5% |
| 2019-05 | | | 394,463 | $2.29 | 4 | | -96.4% | 4 | 90.2% | -96.4% |
| 2019-06 | | | 37,080 | $2.47 | 4 | | -96.1% | 4 | 90.2% | -96.1% |
| 2019-07 | | | 89,280 | $3.66 | 4 | | -94.2% | 4 | 90.2% | -94.2% |
| 2019-08 | | | 62,640 | $4.62 | 4 | | -92.7% | 4 | 90.2% | -92.7% |
| 2019-09 | | | 49,320 | $5.30 | 4 | | -91.7% | 4 | 90.2% | -91.7% |
| 2019-10 | | | 95,400 | $3.49 | 4 | | -94.5% | 4 | 90.2% | -94.5% |
| 2019-11 | | | 13,680 | $2.54 | 4 | | -96.0% | 4 | 90.2% | -96.0% |
| 2019-12 | | | 33,120 | $1.97 | 4 | | -96.9% | 4 | 90.2% | -96.9% |

## Attachment E.2: Valcyte and Valganciclovir Yardstick Calculations - Scenario 1

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Valcyte | | Valganciclovir | | Yardstick Inputs | | | But-For Yardsticks | | |
| Month | Pills | Average Price per Pill | Pills | 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline |

Notes:

| | |
|---|---|
| 1 | = E.1 Column 2. |
| 2 | = E.1 Column 3. |
| 3 | = E.1 Column 5. |
| 4 | = E.1 Column 7. |
| 5 | Count of generic manufacturers that launched in the actual world, based on the produced manufacturer sales data. |
| 6 | = Column 3 / (Column 1 + Column 3). |
| 7 | = (Column 2 - Column 2 in October 2014) / (Column 2 in October 2014). |
| 8 | Count of generic manufacturers that would have launched in the but-for world according to the but-for Scenario. |
| 9 | = Column 6, beginning in August 2014.  Due to lack of data, from October 2016 onward set equal to September 2016. |
| 10 | From August 2014 to October 2015, set equal to Column 7 starting in December 2014. |
| | November 2015 to February 2016 are set equal to October 2015. |
| | From March 2016 onward, set equal to Column 7 from March 2016 onward. |

**Attachment E.3: Valcyte and Valganciclovir Direct Purchaser Overcharges - Scenario 1**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | But-For Yardsticks | | | But-For | | | Overcharges | | |
| Month | Valcyte Pills | Valcyte Average Price per Pill | Valganciclovir Pills | Valganciclovir 3-Month Moving Average Price per Pill | No. of Gen. Manuf. | Generic Market Share | Generic Price Decline | Valcyte Pills | Valganciclovir Pills | Valganciclovir Price per Pill | Brand-Generic | Generic-Generic | Total |
| 2014-07 | ▮▮ | ▮▮ | | | | | | | | | | | |
| 2014-08 | ▮▮ | ▮▮ | | | 2 | 43.9% | -33.9% | 413,412 | 323,268 | $41.74 | $7,323,018 | | $7,323,018 |
| 2014-09 | ▮▮ | ▮▮ | | | 2 | 66.6% | -37.3% | 256,531 | 510,929 | $39.56 | $12,690,806 | | $12,690,806 |
| 2014-10 | ▮▮ | ▮▮ | | | 2 | 79.3% | -45.1% | 179,116 | 684,764 | $34.66 | $19,809,933 | | $19,809,933 |
| 2014-11 | ▮▮ | ▮▮ | ▮▮ | ▮▮ | 2 | 80.0% | -50.6% | 219,624 | 879,696 | $31.16 | $13,203,069 | $9,127,943 | $22,331,011 |
| 2014-12 | ▮▮ | ▮▮ | 776,160 | $42.06 | 2 | 83.0% | -59.7% | 198,048 | 967,812 | $25.44 | $7,424,632 | $12,900,407 | $20,325,039 |
| 2015-01 | ▮▮ | ▮▮ | 649,380 | $39.85 | 2 | 70.1% | -58.7% | 244,893 | 574,347 | $26.04 | $0 | $8,969,397 | $8,969,397 |
| 2015-02 | ▮▮ | ▮▮ | 614,760 | $34.92 | 2 | 81.5% | -52.2% | 142,465 | 625,775 | $30.19 | $318,281 | $2,902,794 | $3,221,076 |
| 2015-03 | ▮▮ | ▮▮ | 844,140 | $31.40 | 2 | 87.7% | -49.0% | 124,815 | 892,065 | $32.18 | $1,417,664 | $0 | $1,417,664 |
| 2015-04 | ▮▮ | ▮▮ | 427,220 | $25.63 | 2 | 78.7% | -51.0% | 129,555 | 479,825 | $30 94 | $1,755,568 | $0 | $1,755,568 |
| 2015-05 | ▮▮ | ▮▮ | 689,445 | $26.24 | 2 | 83.8% | -50.5% | 137,316 | 709,089 | $31 24 | $678,268 | $0 | $678,268 |
| 2015-06 | ▮▮ | ▮▮ | 1,055,340 | $30.42 | 2 | 88.5% | -52.8% | 138,393 | 1,064,607 | $29 81 | $346,990 | $648,234 | $995,224 |
| 2015-07 | ▮▮ | ▮▮ | 470,880 | $32.43 | 2 | 78.3% | -53.5% | 129,990 | 468,030 | $29 34 | $0 | $1,455,029 | $1,455,029 |
| 2015-08 | ▮▮ | ▮▮ | 645,697 | $31.17 | 2 | 88.9% | -53.7% | 85,685 | 685,052 | $29.19 | $1,517,486 | $1,277,704 | $2,795,190 |
| 2015-09 | ▮▮ | ▮▮ | 1,244,820 | $31.48 | 2 | 91.3% | -58.2% | 122,778 | 1,283,862 | $26.40 | $1,657,112 | $6,320,648 | $7,977,760 |
| 2015-10 | ▮▮ | ▮▮ | 323,615 | $30.03 | 2 | 77.3% | -60.5% | 93,857 | 319,638 | $24 95 | $0 | $1,642,551 | $1,642,551 |
| 2015-11 | ▮▮ | ▮▮ | 725,305 | $29.56 | 2 | 84.4% | -60.5% | 127,425 | 688,600 | $24 95 | $0 | $3,338,555 | $3,338,555 |
| 2015-12 | ▮▮ | ▮▮ | 1,146,900 | $29.41 | 2 | 88.9% | -60.5% | 139,710 | 1,116,870 | $24 95 | $0 | $5,109,466 | $5,109,466 |
| 2016-01 | ▮▮ | ▮▮ | 366,780 | $26.60 | 2 | 86.7% | -60.5% | 63,251 | 411,229 | $24 95 | $2,046,313 | $602,435 | $2,648,747 |
| 2016-02 | ▮▮ | ▮▮ | 510,676 | $25.14 | 2 | 88.8% | -60.5% | 67,652 | 537,524 | $24 95 | $1,223,390 | $95,603 | $1,318,994 |
| Total | | | | | | | | | | | $71,412,532 | $54,390,766 | $125,803,298 |

Notes:

1 = E.1 Column 2.
2 = E.1 Column 3.
3 = E.1 Column 5.
4 = E.1 Column 7.
5 = E.2 Column 8.
6 = E.2 Column 9.
7 = E.2 Column 10.
8 = (Column 1 + Column 3) * (1 - Column 6).
9 = (Column 1 + Column 3) * Column 6.
10 = Column 2 in July 2014 * (1 + Column 7).
11 = (Column 9 - Column 3) * (Column 2 - Column 10). If Column 3 > Column 9, set to zero.
12 = Column 3 * (Column 4 - Column 10). If negative, set to zero.
13 = Column 11 + Column 12.

**Attachment F**







