**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                     )
In re: Ranbaxy Generic Drug          )
Application Antitrust Litigation,    )       MDL No. 19-md-02878-NMG
                                     )
This Document Relates To:            )
                                     )
                                     )
Trial Schedule                       )
_____)
```

**MEMORANDUM & ORDER**

**GORTON, J.**

On December 21, 2021, the Court held a status conference in this case during which it took under advisement issues regarding trial logistics.  Having considered these matters, and plaintiffs' associated memoranda (Docket No. 533), the Court hereby notifies the parties that jury empanelment for this case will begin on Tuesday, April 5, 2022.[1]

Accordingly, the Court sets the following pretrial schedule:

---

[1] During the pendency of the COVID-19 pandemic, jury empanelment has occurred on Tuesdays, rather than the traditional Mondays, to provide court staff additional time to process potential jurors.  If the Court is able to resume Monday empanelment, it will do so in which event jury empanelment will begin on Monday, April 4, 2022, and the parties will be notified.

| Event | Date |
|-------|------|
| Responses to Motions in Limine | Wednesday, March 2, 2022 |
| Proposed Jury Instructions and Voir Dire | Thursday, March 10, 2022 |
| Final Pre-Trial Conference | Tuesday, March 15, 2022 at 3:00 PM |

The Court will, as indicated, impose time limits on the trial. See Borges v. Our Lady of the Sea Corp., 935 F.2d 436, 442 (1st Cir. 1991) ("District courts may impose reasonable time limits on the presentation of evidence.").  It will allot 63 hours for the trial, including openings, with 36 hours for the plaintiffs to present their case and 27 hours for the defendants to respond.  The Court expects that the trial will be completed before the end of April, understanding that there will be no trial on Friday, April 15 or Friday, April 22.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated January 12, 2022