UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Ranbaxy Generic Drug Application Antitrust Litigation,<br><br>This Document Relates To:<br><br>*Trial Schedule* | MDL No. 19-md-02878-NMG |

**MEMORANDUM & ORDER**

GORTON, J.

Upon careful consideration of defendants' motion to modify the Court's prior memorandum and order with respect to the schedule for the upcoming trial in this case (Docket No. 537), plaintiffs' opposition (Docket No. 540) and defendants' reply memorandum (Docket No. 541-1), the Court modifies its ruling (Docket No. 536) as follows:

Plaintiffs will be allotted 34 hours and defendants will be allotted 30 hours to present their respective cases, including openings and closing arguments.

If mutually agreed upon within the next two weeks, the Court will conduct the final pre-trial conference at an in-person conference on Friday, March 11, 2022 at 3:00 P.M. or a video conference via Zoom technology on Friday, March 25, 2022 at 3:00 P.M. If the parties cannot agree upon the date and

format, the Court will pick the alternative and notify counsel accordingly.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated January 25, 2022