## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>All End-Payor Actions | Master File No. 19-md-02878-NMG |

### END-PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT

Pursuant to Rules 23 of the Federal Rules of Civil Procedure, Plaintiffs United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania ("UFCW"), Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana and HMO Louisiana, Inc. ("BCBSLA") (collectively, the "Plaintiffs,"), on behalf of themselves and the certified End-Payor Classes they represent (the "End-Payor Classes" or "EPPs"), hereby move this Court for an Order: (i) preliminarily approving the Settlement; (ii) approving the Plan of Allocation; (iii) approving the proposed notice to the Class; (iv) appointing A.B. Data, Ltd. to serve as Settlement Administrator; (v) appointing Citibank, N.A. to serve as the Escrow Agent; (vi) setting a schedule for final approval of the Settlement; (vii) staying EPPs' litigation against Defendants; and (viii) granting such other and further relief as may be deemed just and proper. The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support of End-Payor Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement, and the Joint Declaration of Renee A. Nolan and James R. Dugan, II, dated April 22, 2022, and all Exhibits attached thereto.

Defendants do not oppose the motion. The parties to the Settlement have agreed upon a proposed order granting the relief sought by this Motion that is attached herewith.

Dated: April 22, 2022

Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

By: */s/ Renee A. Nolan*
Gerald Lawrence
Renee A. Nolan
William Olson
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel. (215) 399-4770
glawrence@lowey.com
rnolan@lowey.com
wolson@lowey.com

Peter D. St. Phillip
44 South Broadway
Suite 1100
White Plains, New York 10601
Tel. 914-997-0500
pstphillip@lowey.com

*Counsel for Plaintiff United Food and
Commercial Workers Health and Welfare Fund
of Northeastern Pennsylvania and the End-
Payor Classes*

**THE DUGAN LAW FIRM, APLC**

James R. Dugan, II
David S. Scalia
TerriAnne Benedetto
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA 70130
Tel: 504-648-0180
Fax: 866-328-7670
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com

*Counsel for Louisiana Health Service &
Indemnity Company d/b/a Blue Cross and Blue
Shield of Louisiana, and HMO La., Inc. and the
End-Payor Classes*

and

2

Richard A. Sherburne, Jr.
Jessica W. Chapman
BLUE CROSS AND BLUE SHIELD OF
LOUISIANA
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Tel.: (225) 295-2199
Fax: (225) 297-2760

*Counsel for Louisiana Health Service &
Indemnity Company d/b/a Blue Cross and Blue
Shield of Louisiana, and HMO La., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, a true copy of the foregoing document was served on all counsel of record by electronic transmission and/or electronically filing the document with the Court's CM/ECF system.

*/s/Renee A. Nolan*