UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Actions | Master File No.<br>19-md-02878-NMG |

**DIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE, APPOINTMENT OF SETTLEMENT ADMINISTRATOR AND ESCROW AGENT, AND SETTING THE FINAL SETTLEMENT SCHEDULE AND DATE FOR FAIRNESS HEARING**

Pursuant to Federal Rule of Civil Procedure 23(e), plaintiffs Meijer, Inc. and Meijer Distribution, Inc. ("Plaintiffs") on behalf of themselves and the classes of direct purchasers previously certified by this Court (the "Direct Purchaser Classes" or "Classes"), move for entry of an Order:

1. Granting preliminary approval of the agreement by and between Plaintiffs, individually and on behalf of the Direct Purchaser Classes, with defendants Ranbaxy, Inc. and Sun Pharmaceutical Industries Limited ("Defendants" or "Ranbaxy") to settle the claims brought on behalf of the Direct Purchaser Classes against Ranbaxy in this action (the "Settlement Agreement");

2. Approving the proposed form and manner of notice of the proposed settlement to members of the Direct Purchaser Classes;

3. Appointing Rust Consulting, Inc. as settlement administrator to assist in disseminating settlement notice to the Direct Purchaser Classes, and, if the settlement is

granted final approval, sending claim forms, processing and validating responses, and distributing each class member's share of settlement funds.

4. Appointing The Huntington National Bank as escrow agent to receive and invest the settlement funds in accordance with the terms of the Escrow Agreement; and

5. Setting a schedule for the final approval process, including the date for a Fairness Hearing.

In support of this motion, Plaintiffs submit that the proposed settlement is fair, reasonable, and adequate, providing a gross cash payment to the Direct Purchaser Classes of $340 million in exchange for releases to Ranbaxy (as set forth in the Settlement Agreement), and that the proposed form and manner of notice will adequately inform the Direct Purchaser Classes of the terms of the settlement.

Dated: April 22, 2022

Respectfully submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol (BBO# 471770)
Gregory T. Arnold (BBO# 632738)
Kristen A. Johnson (BBO #667261)
Kristie A. LaSalle (BBO #692891)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
grega@hbsslaw.com
kristenj@hbsslaw.com
kristiel@hbsslaw.com

Steve D. Shadowen (admitted *pro hac vice*)
Richard M. Brunell (BBO#544236)
Matthew C. Weiner (admitted *pro hac vice*)
**HILLIARD SHADOWEN LLP**
1135 W. 6th St., Ste. 125
Austin, Texas 78703
Tel: (855) 344-3928
steve@hilliardshadowenlaw.com
rbrunell@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

*Co-Lead Class Counsel for the Direct Purchaser Classes*

John D. Radice (admitted *pro hac vice*)
**RADICE LAW FIRM, PC**
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com

Paul E. Slater (admitted *pro hac vice*)
Joseph M. Vanek (admitted *pro hac vice*)
David P. Germaine (admitted *pro hac vice*)
John Bjork (admitted *pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com
mslater@sperling-law.com

Joseph H. Meltzer (admitted *pro hac vice*)
Terence S. Ziegler (admitted *pro hac vice*)
Ethan J. Barlieb (admitted *pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
ebarlieb@ktmc.com

Kenneth A. Wexler (admitted *pro hac vice*)
Justin Boley (admitted *pro hac vice*)
Tyler Story (admitted *pro hac vice*)
**WEXLER BOLEY & ELGERSMA LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com

Sharon K. Robertson (admitted *pro hac vice*)
Donna M. Evans (BBO #554613)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Counsel for Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and the Direct Purchaser Classes*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
Tel: (917) 438-9189
lnussbaum@nussbaumpc.com

*Counsel for the Direct Purchaser Classes*

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: April 22, 2022                                  /s/ Thomas M. Sobol
                                                       Thomas M. Sobol