# EXHIBIT 9

**DECLARATION OF MEREDITH B. ROSENTHAL, PH.D. RELATED TO PROPOSED ALLOCATION PLAN AND NET SETTLEMENT FUND ALLOCATION**

**United States District Court, District of Massachusetts,** *In Re Ranbaxy Generic Drug Application Antitrust Litigation***, MDL No. 19-md-2878-NMG.**

**April 21, 2022**

## I. INTRODUCTION

1. My name is Meredith B. Rosenthal. I am the C. Boyden Gray Professor of Health Economics and Policy at the Harvard T.H. Chan School of Public Health and an Academic Affiliate of Greylock McKinnon Associates ("GMA"), a consulting and litigation support firm. My principal research interests concern the economics of the health care industry. My credentials have been previously submitted to the Court with my declarations in support of class certification in this matter.

2. I have been asked by counsel for Direct Purchaser Plaintiffs (DPPs or Plaintiffs) in this matter to propose a fair and straightforward method for allocating the settlement funds to the direct purchaser Claimants.[1] As I outline in detail below, this is done using the data and damage calculations I presented in my previous declarations in this matter.[2]

## II. ANALYSIS

3. The allocation process involves a series of simple calculations based on my previous damage results. The calculations will be made by reference to each Claimant's combined total net purchases made during the following time periods:

   a. Diovan and valsartan: September 21, 2012 through December 31, 2014.

---

[1] A "Claimant" is any entity that timely submits a completed proof of claim and release form ("Claim Form"). A Claimant's percentage share will be zero if that Claimant timely submits a Claim Form but that claim is rejected because, for example, the Claimant did not purchase brand or generic versions of Diovan, Nexium, and/or Valcyte directly from any brand or generic manufacturer during the relevant time periods and does not have a valid assignment covering any such direct purchases.

[2] Declaration of Meredith Rosenthal in Support of the Certification of the Class of Direct Purchasers of Diovan, Nexium, and Valcyte, *In Re Ranbaxy Generic Drug Application Antitrust Litigation*, MDL No. 19-md-2878-NMG, November 2, 2020 (hereafter, Rosenthal Class Declaration); Errata for Declaration of Meredith Rosenthal in Support of the Certification of the Class of Direct Purchasers of Diovan, Nexium, and Valcyte, *In Re Ranbaxy Generic Drug Application Antitrust Litigation*, MDL No. 19-md-2878-NMG, January 13, 2021 (hereafter, Rosenthal Errata); and Rebuttal Declaration of Meredith Rosenthal in Support of the Certification of the Class of Direct Purchasers of Diovan, Nexium, and Valcyte, *In Re Ranbaxy Generic Drug Application Antitrust Litigation*, MDL No. 19-md-2878-NMG, March 22, 2021 (hereafter, Rosenthal Rebuttal Declaration).

      b.      Nexium and esomeprazole magnesium: May 27, 2014 through December 31, 2015.

      c.      Valcyte and valganciclovir: August 1, 2014 through February 29, 2016.

4.     First, using my previous damage calculations, I determine the average overcharge per pill for brand purchases and generic purchases for each drug. Then, I calculate the ratio of the average generic overcharges per pill to the average brand overcharges per pill. This will result in the weighting factor that will be applied to generic purchases. Next, I multiply the ratio of the previous step by the generic purchases in terms of total pills for each Claimant. Finally, I sum up all brand pills purchased and all weighted generic pills purchased for each Claimant, net of any returns or other adjustments (such as assignments to other DPPs), and calculate each Claimant's resulting share of total pill purchases. This results in the pro rata share of the settlement amount for each Claimant. This is a reasonable proxy of each customer's share of the total settlement amount; a customer with greater purchases would be entitled to proportionately greater settlement amounts. This process is done separately for each of the drugs at issue (Diovan and valsartan; Nexium and esomeprazole magnesium; and Valcyte and valganciclovir). I understand that the settlement fund will be split among the drugs as follows: 50% to Diovan, 45% to Nexium, and 5% to Valcyte. More detail for each step is provided below.

5.     For the first step, I refer to the total damages calculated for each drug in my prior declarations. Since the price differential between actual and but-for prices for brand purchases is different than that for generic purchases, it makes sense to calculate a relative weight for overcharges based on generic purchases as compared to overcharges based on brand purchases. In other words, instead of counting brand purchases and generic purchases equally for the purposes of allocation, this methodology takes into account any divergence between the average brand overcharge and the average generic overcharge.

6.     These ratios are calculated as follows.

      a.      For Diovan and valsartan, average overcharges for Diovan purchases are $2.38 per pill, and average overcharges for generic purchases are $2.03 per pill.[3] The

---

[3] See Rosenthal Rebuttal Report, Attachment C.5. The average brand overcharge per pill is calculated by taking total Brand-Generic and Brand-Brand damages divided by the total volume of brand pills purchased. The average

      resulting ratio of average generic overcharges per pill to average brand overcharges per pill is 0.85 (i.e., $2.03 / $2.38 = 0.85).

   b.   For Nexium and esomeprazole magnesium, average overcharges for Nexium purchases are $2.66 per pill, and average overcharges for generic purchases are $3.53 per pill.[4] The resulting ratio of average generic overcharges per pill to average brand overcharges per pill is 1.33 (i.e., $3.53 / $2.66 = 1.33).

   c.   For Valcyte and valganciclovir, average overcharges for Valcyte purchases are $31.75 per pill, and average overcharges for generic purchases are $4.96 per pill.[5] The resulting ratio of average generic overcharges per pill to average brand overcharges per pill is 0.16 (i.e., $4.96 / $31.75 = 0.16).

7.   Finally, I tally up the total brand pill purchases and the total adjusted generic pill purchases for each Claimant, arriving at a grand total for each molecule (i.e., Diovan plus valsartan; Nexium plus esomeprazole magnesium; and Valcyte plus valganciclovir).[6] I then calculate the pro rata share of total pills sold for each Claimant by dividing the Claimant's total purchases by the combined total purchases of all Claimants. This is each Claimant's share of the settlement amount for each molecule.

8.   Note that for Diovan and Nexium, I calculated both brand-brand and brand-generic overcharges.[7] This means that it is appropriate to include all brand pill purchases in the pro rata share calculation. However, for Valcyte, there are only brand-generic overcharges and no brand-brand overcharges. As such, the purchase volume that would have remained brand Valcyte in

---

generic overcharge per pill is calculated by taking the total Generic-Generic damages divided by total generic pills purchased.

[4] See Rosenthal Rebuttal Report, Attachment D.5. The ratios are calculated in the same way as outlined in footnote 3 above.

[5] See Rosenthal Rebuttal Report, Attachment E.3. The ratios are calculated in the same way as outlined in footnote 3 above. However, for Valcyte, the brand average overcharge is based only on those brand sales that would have switched to the generic in the but-for world according to my market share yardstick.

[6] For this, I use the same customer lists I provided in my previous reports, only I have replaced unit (i.e. bottle) volumes with pill volumes. For reference, see Rosenthal Class Declaration, Attachment F.1, Rosenthal Rebuttal Declaration, Attachment F.3 and Rosenthal Errata, Attachment F.4.

[7] As a reminder, recall that "brand-generic" damages refer to actual brand purchases that would have been a lower-priced generic purchase in the but-for world. "Brand-brand" damages refer to actual brand purchases that would also have been brand purchases in the but-for world, but at a lower price. And "generic-generic" damages refer to actual generic purchases that would have also been generic in the but-for world, but at a lower price.

the but-for world should not be considered in the pro rata share calculation. To account for this, I calculate the percentage of total brand Valcyte sales that would have switched to the generic according to my damages model, and I apply this ratio to the brand Valcyte pill volume purchased by each Claimant when I calculate their pro rata share outlined above.

9. Note that these calculations are based on the same manufacturer sales data that were used in my damage calculations. These data allow me to calculate each Claimant's total purchases made directly from the relevant brand or generic manufacturers in terms of pills net of returns or any other adjustments. These calculations can be used to pre-populate Claim Forms mailed to DPPs. However, note that the amount would decrease if a Claimant grants any assignments.

10. I have also been asked to calculate pro rata shares for Meijer based on its assignments from the DPP wholesalers F.W. Kerr and McKesson. To do this, I use data provided by Meijer. I subtract the total pill volume from the Meijer data from the total pill volumes calculated for F.W. Kerr or McKesson based on the manufacturing sales data. This, in effect, reduces the pro rata share for F.W. Kerr and McKesson and increases the pro rata share of Meijer. The shares of all other Claimants remain constant.

11. I understand that additional assignments may come forward during the allocation process. As they do, I can review any data relating to assignments and make the necessary adjustments to my calculations. This would be done in the same way as described above. The assignee's pill volume would be deducted from the assignor's, and the resulting shares for assignee and assignor would be recalculated. Again, all other claimants' shares would remain unchanged.

12. I also understand that Claimants will have the option to submit their own purchase data. To the extent submissions from individual Claimants differ from the data produced in discovery, I will review any submitted data and documentation and confer with the settlement administrator in order to recalculate and finalize the pro rata share calculations. In my final calculations, I will also account for the extent to which not all DPPs file Claim Forms (which would cause the pro rata shares of Claimants who do file timely, valid Claim Forms to increase). My final calculations will assign pro rata shares only to those Claimants who submit a valid, accepted Claim Form.

13. The initial calculations for all customers and all drugs are tallied in Tables 1 through 3, which are attached to the end of this declaration. It is my opinion that this allocation method is

practical and efficient. It utilizes the same transactional manufacturer sales data that have been produced in discovery in this matter and that I have previously relied on in my calculation of aggregate overcharges. Since this method relies on actual transactional sales data showing Claimants' actual purchases of these drugs, it represents a reasonable method for reimbursing Claimants based on the type (brand purchases or generic purchases) and extent (unit pill volume purchased) of their injuries.

*[signature]*
Meredith Rosenthal
April 21, 2022

## Table 1: Diovan and Generic Valsartan DPP Share of Settlement Based on Pills Sold
Through December 31, 2014; Diovan sales begin September 21, 2012

|  | Customer Name | Brand Pills | Generic Pills | Weighted Generic Pills | Total Weighted Pills | Share of Total Weighted Pills (%) |
|---|---|---|---|---|---|---|
| 1 | Advantage Logistics | 0 | 220,320 | 187,709 | 187,709 | 0.0139% |
| 2 | Albertsons | 0 | 1,738,800 | 1,481,427 | 1,481,427 | 0.1097% |
| 3 | American Health Packaging | 0 | 549,720 | 468,352 | 468,352 | 0.0347% |
| 4 | American Sales Company, Inc. | 0 | 1,158,120 | 986,698 | 986,698 | 0.0731% |
| 5 | AmerisourceBergen Corporation | 314,011,380 | 31,125,750 | 26,518,594 | 340,529,974 | 25.2242% |
| 6 | Anda, Inc. | 2,816,120 | 8,372,160 | 7,132,934 | 9,949,054 | 0.7370% |
| 7 | American Associated Pharmacies, Inc. | 0 | 373,680 | 318,369 | 318,369 | 0.0236% |
| 8 | Auburn Pharmaceutical | 0 | 179,280 | 152,743 | 152,743 | 0.0113% |
| 9 | Bellco Drug Corporation | 4,493,880 | 747,360 | 636,738 | 5,130,618 | 0.3800% |
| 10 | Bloodworth Wholesale Drugs | 0 | 120,960 | 103,056 | 103,056 | 0.0076% |
| 11 | Burlington Drug Company | 482,400 | 62,730 | 53,445 | 535,845 | 0.0397% |
| 12 | Capital Wholesale Drug Co. | 16,650 | 43,200 | 36,806 | 53,456 | 0.0040% |
| 13 | Cardinal Health | 320,328,870 | 21,514,830 | 18,330,258 | 338,659,128 | 25.0856% |
| 14 | Catamaran Corporation | 0 | 866,160 | 737,953 | 737,953 | 0.0547% |
| 15 | Cesar Castillo, Inc. | 170,520 | 0 | 0 | 170,520 | 0.0126% |
| 16 | CVS Caremark | 0 | 25,300,080 | 21,555,225 | 21,555,225 | 1.5967% |
| 17 | CVS Pharmacy | 0 | 12,852,000 | 10,949,679 | 10,949,679 | 0.8111% |
| 18 | Dakota Drug, Inc. | 1,803,830 | 164,160 | 139,861 | 1,943,691 | 0.1440% |
| 19 | Dik Drug Company | 651,960 | 0 | 0 | 651,960 | 0.0483% |
| 20 | Discount Drug Mart | 0 | 97,200 | 82,813 | 82,813 | 0.0061% |
| 21 | DMS Pharmaceutical Group, Inc. | 9,000 | 0 | 0 | 9,000 | 0.0007% |
| 22 | Drogueria Betances | 2,447,580 | 203,040 | 172,987 | 2,620,567 | 0.1941% |
| 23 | Drugs Unlimited, Inc. | 0 | 101,520 | 86,493 | 86,493 | 0.0064% |
| 24 | Express Scripts | 0 | 26,043,630 | 22,188,717 | 22,188,717 | 1.6436% |
| 25 | Frank W. Kerr Company | 1,862,640 | 76,680 | 65,330 | 1,927,970 | |
|  | Meijer Assignment | 792,270 | 0 | 0 | 792,270 | |
|  | Frank W. Kerr Net of Assignments | 1,070,370 | 76,680 | 65,330 | 1,135,700 | 0.0841% |
| 26 | Genetco, Inc. | 0 | 66,960 | 57,049 | 57,049 | 0.0042% |
| 27 | Giant Eagle | 0 | 840,780 | 716,330 | 716,330 | 0.0531% |
| 28 | Great Lakes Wholesale Drug | 94,680 | 0 | 0 | 94,680 | 0.0070% |
| 29 | H.D. Smith | 12,808,040 | 1,755,360 | 1,495,536 | 14,303,576 | 1.0595% |
| 30 | HEB Grocery Company | 0 | 910,080 | 775,372 | 775,372 | 0.0574% |
| 31 | Independent Pharmacy Cooperative | 0 | 77,760 | 66,250 | 66,250 | 0.0049% |
| 32 | J M Smith Corporation | 0 | 3,030 | 2,582 | 2,582 | 0.0002% |
| 33 | Keysource | 0 | 82,080 | 69,931 | 69,931 | 0.0052% |
| 34 | KPH Healthcare Services | 0 | 243,930 | 207,824 | 207,824 | 0.0154% |
| 35 | Kroger | 0 | 4,382,640 | 3,733,933 | 3,733,933 | 0.2766% |
| 36 | Louisiana Wholesale Drug Co. | 763,560 | 272,160 | 231,876 | 995,436 | 0.0737% |
| 37 | Masters Pharmaceutical | 0 | 2,179,440 | 1,856,845 | 1,856,845 | 0.1375% |
| 38 | McKesson Corporation | 491,530,580 | 25,236,990 | 21,501,473 | 513,032,053 | |
|  | Meijer Assignment | 1,235,580 | 56,940 | 48,512 | 1,284,092 | |
|  | McKesson Net of Assignments | 490,295,000 | 25,180,050 | 21,452,962 | 511,747,962 | 37.9069% |
| 39 | Meijer Companies | 0 | 306,540 | 261,167 | 261,167 | |
|  | Frank W. Kerr Assignment | 792,270 | 0 | 0 | 792,270 | |
|  | McKesson Assignment | 1,235,580 | 56,940 | 48,512 | 1,284,092 | |
|  | Meijer Grand Total | 2,027,850 | 56,940 | 48,512 | 2,076,362 | 0.1538% |
| 40 | Miami-Luken, Inc. | 443,280 | 56,160 | 47,847 | 491,127 | 0.0364% |
| 41 | Morris & Dickson Co. | 9,003,880 | 938,880 | 799,909 | 9,803,789 | 0.7262% |
| 42 | Mutual Drug | 4,487,040 | 462,240 | 393,820 | 4,880,860 | 0.3615% |
| 43 | Omnicare, Inc. | 0 | 1,423,440 | 1,212,746 | 1,212,746 | 0.0898% |
| 44 | OptumRx | 0 | 69,120 | 58,889 | 58,889 | 0.0044% |

## Table 1: Diovan and Generic Valsartan DPP Share of Settlement Based on Pills Sold
Through December 31, 2014; Diovan sales begin September 21, 2012

| | Customer Name | Brand Pills | Generic Pills | Weighted Generic Pills | Total Weighted Pills | Share of Total Weighted Pills (%) |
|---|---|---|---|---|---|---|
| 45 | Osborn Drugs, Inc. | 0 | 2,160 | 1,840 | 1,840 | 0.0001% |
| 46 | PBA Health | 324,720 | 5,067,360 | 4,317,302 | 4,642,022 | 0.3438% |
| 47 | Prescription Supply, Inc. (PSI) | 68,370 | 21,600 | 18,403 | 86,773 | 0.0064% |
| 48 | Prime Therapeutics | 0 | 1,828,080 | 1,557,492 | 1,557,492 | 0.1154% |
| 49 | Publix Super Markets | 0 | 1,464,480 | 1,247,711 | 1,247,711 | 0.0924% |
| 50 | Quest Pharmaceuticals, Inc. | 0 | 114,480 | 97,535 | 97,535 | 0.0072% |
| 51 | R&S Northeast | 81,360 | 5,400 | 4,601 | 85,961 | 0.0064% |
| 52 | Richie Pharmacal Company | 0 | 87,480 | 74,531 | 74,531 | 0.0055% |
| 53 | Rochester Drug Cooperative | 4,210,200 | 573,450 | 488,569 | 4,698,769 | 0.3481% |
| 54 | Schnuck Markets, Inc. | 0 | 262,080 | 223,288 | 223,288 | 0.0165% |
| 55 | Smith Drug Company | 9,186,260 | 1,023,840 | 872,294 | 10,058,554 | 0.7451% |
| 56 | The Harvard Drug Group | 4,170 | 447,120 | 380,938 | 385,108 | 0.0285% |
| 57 | Top RX | 0 | 427,680 | 364,376 | 364,376 | 0.0270% |
| 58 | Valley Wholesale Drug Co. | 390,600 | 354,240 | 301,806 | 692,406 | 0.0513% |
| 59 | Value Drug Co. | 3,553,920 | 414,720 | 353,334 | 3,907,254 | 0.2894% |
| 60 | Wakefern Food Corporation | 0 | 522,720 | 445,348 | 445,348 | 0.0330% |
| 61 | Walmart, Inc. | 0 | 8,468,340 | 7,214,877 | 7,214,877 | 0.5344% |
| 62 | Winn-Dixie Stores, Inc. | 0 | 457,920 | 390,140 | 390,140 | 0.0289% |
| | Total | 1,186,045,490 | 192,455,580 | 163,968,783 | 1,350,014,273 | 100% |

Source: manufacturer transactional sales data.

## Table 2: Nexium and Generic Esomeprazole Magnesium DPP Share of Settlement Based on Pills Sold
From May 27, 2014 through December 31, 2015

|  | Customer Name | Brand Pills | Generic Pills | Weighted Generic Pills | Total Weighted Pills | Share of Total Weighted Pills (%) |
|---|---|---|---|---|---|---|
| 1 | Albertsons | 0 | 24,985,800 | 33,173,093 | 33,173,093 | 1.9072% |
| 2 | Alpine Health | 0 | 1,520,640 | 2,018,920 | 2,018,920 | 0.1161% |
| 3 | American Associated Pharmacies, Inc. | 0 | 6,064,560 | 8,051,782 | 8,051,782 | 0.4629% |
| 4 | American Sales Company, Inc. | 0 | 1,634,400 | 2,169,957 | 2,169,957 | 0.1248% |
| 5 | AmerisourceBergen Corporation | 379,008,840 | 48,044,720 | 63,787,911 | 442,796,751 | 25.4572% |
| 6 | Anda, Inc. | 668,880 | 8,271,840 | 10,982,339 | 11,651,219 | 0.6698% |
| 7 | Auburn Pharmaceutical | 0 | 1,387,080 | 1,841,595 | 1,841,595 | 0.1059% |
| 8 | Bashas' Inc. | 0 | 6,480 | 8,603 | 8,603 | 0.0005% |
| 9 | Bellco Drug Corporation | 3,080,720 | 255,600 | 339,354 | 3,420,074 | 0.1966% |
| 10 | Belldina's Health Mart Pharmacy | 0 | 1,800 | 2,390 | 2,390 | 0.0001% |
| 11 | Big Y Foods, Inc. | 0 | 34,560 | 45,885 | 45,885 | 0.0026% |
| 12 | Bloodworth Wholesale Drugs | 0 | 2,353,320 | 3,124,451 | 3,124,451 | 0.1796% |
| 13 | BluPax Pharma | 0 | 47,520 | 63,091 | 63,091 | 0.0036% |
| 14 | Brookshire Grocery Company | 0 | 98,640 | 130,962 | 130,962 | 0.0075% |
| 15 | Burlington Drug Company | 466,230 | 274,080 | 363,890 | 830,120 | 0.0477% |
| 16 | Capital Wholesale Drug Co. | 25,920 | 677,880 | 900,006 | 925,926 | 0.0532% |
| 17 | Cardinal Health | 227,975,300 | 58,598,280 | 77,799,639 | 305,774,939 | 17.5795% |
| 18 | Cesar Castillo, Inc. | 3,600 | 0 | 0 | 3,600 | 0.0002% |
| 19 | Cigna | 0 | 1,890,000 | 2,509,311 | 2,509,311 | 0.1443% |
| 20 | CVS Caremark | 0 | 27,516,240 | 36,532,703 | 36,532,703 | 2.1003% |
| 21 | CVS Health | 0 | 13,841,280 | 18,376,761 | 18,376,761 | 1.0565% |
| 22 | CVS Pharmacy | 0 | 63,698,400 | 84,570,955 | 84,570,955 | 4.8621% |
| 23 | Dakota Drug, Inc. | 1,428,040 | 807,120 | 1,071,595 | 2,499,635 | 0.1437% |
| 24 | Discount Drug Mart | 0 | 95,760 | 127,138 | 127,138 | 0.0073% |
| 25 | DMS Pharmaceutical Group, Inc. | 320,000 | 0 | 0 | 320,000 | 0.0184% |
| 26 | Drogueria Betances | 189,000 | 799,560 | 1,061,558 | 1,250,558 | 0.0719% |
| 27 | Drugs Unlimited, Inc. | 0 | 414,720 | 550,615 | 550,615 | 0.0317% |
| 28 | Express Scripts | 0 | 6,515,760 | 8,650,830 | 8,650,830 | 0.4974% |
| 29 | Fisher Clinical Services | 3,598,560 | 0 | 0 | 3,598,560 | 0.2069% |
| 30 | Frank W. Kerr Company | 891,600 | 243,360 | 323,104 | 1,214,704 | 0.0698% |
| 31 | GCP Pharma | 0 | 110,160 | 146,257 | 146,257 | 0.0084% |
| 32 | Genetco, Inc. | 0 | 1,279,800 | 1,699,162 | 1,699,162 | 0.0977% |
| 33 | Giant Eagle | 0 | 522,000 | 693,048 | 693,048 | 0.0398% |
| 34 | Global Pharmaceutical Wholesale | 0 | 7,200 | 9,559 | 9,559 | 0.0005% |
| 35 | Guardian Pharmacy | 0 | 32,400 | 43,017 | 43,017 | 0.0025% |
| 36 | H.D. Smith | 9,283,640 | 1,457,280 | 1,934,798 | 11,218,438 | 0.6450% |
| 37 | Hannaford | 0 | 7,041,600 | 9,348,976 | 9,348,976 | 0.5375% |
| 38 | HBC Service Company | 0 | 226,440 | 300,639 | 300,639 | 0.0173% |
| 39 | Healthsource Distributors | 0 | 226,560 | 300,799 | 300,799 | 0.0173% |
| 40 | HEB Grocery Company | 0 | 1,533,600 | 2,036,127 | 2,036,127 | 0.1171% |
| 41 | Hercules Pharmaceuticals, Inc. | 0 | 1,800 | 2,390 | 2,390 | 0.0001% |
| 42 | Hometown Pharmacy Partnerships | 0 | 10,800 | 14,339 | 14,339 | 0.0008% |
| 43 | Hospital Pharmaceutical Consulting | 0 | 11,520 | 15,295 | 15,295 | 0.0009% |
| 44 | Humana, Inc. | 0 | 900,720 | 1,195,866 | 1,195,866 | 0.0688% |
| 45 | Hy-Vee | 0 | 141,120 | 187,362 | 187,362 | 0.0108% |
| 46 | Independent Pharmacy Cooperative | 0 | 107,640 | 142,911 | 142,911 | 0.0082% |
| 47 | J M Smith Corporation | 5,607,800 | 0 | 0 | 5,607,800 | 0.3224% |
| 48 | J.M. Blanco, Inc. | 432,720 | 0 | 0 | 432,720 | 0.0249% |
| 49 | Keysource | 0 | 7,732,800 | 10,266,667 | 10,266,667 | 0.5902% |
| 50 | Kinney Drugs, Inc. | 0 | 187,200 | 248,541 | 248,541 | 0.0143% |
| 51 | Kroger | 0 | 83,484,000 | 110,839,858 | 110,839,858 | 6.3724% |
| 52 | K-VA-T Food Stores | 0 | 54,000 | 71,695 | 71,695 | 0.0041% |
| 53 | Louisiana Wholesale Drug Co. | 0 | 2,930,040 | 3,890,149 | 3,890,149 | 0.2237% |

**Table 2: Nexium and Generic Esomeprazole Magnesium DPP Share of Settlement Based on Pills Sold**
From May 27, 2014 through December 31, 2015

|    | Customer Name | Brand Pills | Generic Pills | Weighted Generic Pills | Total Weighted Pills | Share of Total Weighted Pills (%) |
|---|---|---|---|---|---|---|
| 54 | Masters Pharmaceutical | 0 | 200,280 | 265,907 | 265,907 | 0.0153% |
| 55 | McKesson Corporation | 354,877,940 | 95,040,840 | 126,183,619 | 481,061,559 | |
|    | Meijer Assignment | 981,540 | 474,140 | 629,505 | 1,611,045 | |
|    | McKesson Net of Assignments | 353,896,400 | 94,566,700 | 125,554,114 | 479,450,514 | 27.5645% |
| 56 | Medvantx Pharmacy Services | 0 | 32,400 | 43,017 | 43,017 | 0.0025% |
| 57 | Meijer (McKesson Assignment) | 981,540 | 474,140 | 629,505 | 1,611,045 | 0.0926% |
| 58 | Miami-Luken, Inc. | 662,760 | 433,800 | 575,947 | 1,238,707 | 0.0712% |
| 59 | Morris & Dickson Co. | 15,583,840 | 2,508,480 | 3,330,453 | 18,914,293 | 1.0874% |
| 60 | Mutual Drug | 6,933,720 | 1,089,000 | 1,445,841 | 8,379,561 | 0.4818% |
| 61 | Northwest Generics | 0 | 37,800 | 50,186 | 50,186 | 0.0029% |
| 62 | OptumRX | 0 | 3,051,000 | 4,050,745 | 4,050,745 | 0.2329% |
| 63 | Osborn Drugs, Inc. | 0 | 32,400 | 43,017 | 43,017 | 0.0025% |
| 64 | PBA Health | 602,280 | 132,480 | 175,891 | 778,171 | 0.0447% |
| 65 | Pharmscript | 0 | 129,600 | 172,067 | 172,067 | 0.0099% |
| 66 | Prescription Supply, Inc. (PSI) | 99,120 | 573,120 | 760,919 | 860,039 | 0.0494% |
| 67 | Price Chopper Supermarkets | 0 | 75,600 | 100,372 | 100,372 | 0.0058% |
| 68 | Prime Therapeutics | 0 | 1,635,600 | 2,171,550 | 2,171,550 | 0.1248% |
| 69 | PriMed Pharmaceuticals | 0 | 18,360 | 24,376 | 24,376 | 0.0014% |
| 70 | Publix Super Markets | 0 | 1,494,000 | 1,983,551 | 1,983,551 | 0.1140% |
| 71 | QK Healthcare | 0 | 17,280 | 22,942 | 22,942 | 0.0013% |
| 72 | Quest Pharmaceuticals, Inc. | 0 | 1,866,960 | 2,478,721 | 2,478,721 | 0.1425% |
| 73 | R&S Northeast | 26,280 | 1,800 | 2,390 | 28,670 | 0.0016% |
| 74 | Raley's Supermarkets | 0 | 43,920 | 58,312 | 58,312 | 0.0034% |
| 75 | Richie Pharmacal Company | 0 | 2,521,080 | 3,347,182 | 3,347,182 | 0.1924% |
| 76 | Rochester Drug Cooperative | 3,751,040 | 1,593,960 | 2,116,265 | 5,867,305 | 0.3373% |
| 77 | Rx Outreach | 0 | 604,800 | 802,980 | 802,980 | 0.0462% |
| 78 | Schnuck Markets, Inc. | 0 | 291,600 | 387,151 | 387,151 | 0.0223% |
| 79 | Smith Drug Company | 5,752,680 | 8,532,760 | 11,328,757 | 17,081,437 | 0.9820% |
| 80 | SuperValu, Inc. | 0 | 4,397,400 | 5,838,331 | 5,838,331 | 0.3357% |
| 81 | The Harvard Drug Group | 0 | 109,800 | 145,779 | 145,779 | 0.0084% |
| 82 | Thrifty White Pharmacy | 0 | 465,840 | 618,485 | 618,485 | 0.0356% |
| 83 | Top RX | 0 | 5,495,400 | 7,296,121 | 7,296,121 | 0.4195% |
| 84 | Tops Holding | 0 | 77,760 | 103,240 | 103,240 | 0.0059% |
| 85 | Valley Wholesale Drug Co. | 78,480 | 102,600 | 136,220 | 214,700 | 0.0123% |
| 86 | Value Drug Co. | 2,272,920 | 2,311,200 | 3,068,529 | 5,341,449 | 0.3071% |
| 87 | Wakefern Food Corporation | 0 | 234,720 | 311,633 | 311,633 | 0.0179% |
| 88 | Walmart, Inc. | 0 | 12,117,240 | 16,087,791 | 16,087,791 | 0.9249% |
| 89 | Weis Markets, Inc. | 0 | 101,520 | 134,786 | 134,786 | 0.0077% |
| 90 | Westminster Pharmaceuticals | 0 | 1,440 | 1,912 | 1,912 | 0.0001% |
| 91 | Wholesalers Group, Inc. | 59,400 | 0 | 0 | 59,400 | 0.0034% |
| 92 | Winn-Dixie Stores, Inc. | 0 | 13,608,000 | 18,067,040 | 18,067,040 | 1.0387% |
|    | Total | 1,023,681,310 | 539,059,920 | 715,697,921 | 1,739,379,231 | 100% |

Source: manufacturer transactional sales data.

## Table 3: Valcyte and Generic Valganciclovir DPP Share of Settlement Based on Pills Sold

Through February 29, 2016; Valcyte sales begin August 1, 2014.

|  | Customer Name | Brand Pills | Brand Pills Adjusted for No Brand-Brand Damages | Generic Pills | Weighted Generic Pills | Total Weighted Pills | Share of Total Weighted Pills (%) |
|---|---|---|---|---|---|---|---|
| 1 | American Health Packaging | 0 | 0 | 15,703,200 | 2,451,729 | 2,451,729 | 4.8332% |
| 2 | AmerisourceBergen Corporation | 1,583,280 | 676,586 | 175,607,280 | 27,417,433 | 28,094,019 | 55.3834% |
| 3 | Anda, Inc. | 0 | 0 | 4,579,200 | 714,947 | 714,947 | 1.4094% |
| 4 | Auburn Pharmaceutical | 0 | 0 | 626,400 | 97,799 | 97,799 | 0.1928% |
| 5 | Bellco Drug Corporation | 0 | 0 | 3,780,000 | 590,169 | 590,169 | 1.1634% |
| 6 | BioRidge Pharma | 0 | 0 | 5,810,400 | 907,173 | 907,173 | 1.7884% |
| 7 | Bloodworth Wholesale Drugs | 0 | 0 | 43,200 | 6,745 | 6,745 | 0.0133% |
| 8 | Burlington Drug Company | 420 | 179 | 86,400 | 13,490 | 13,669 | 0.0269% |
| 9 | Cardinal Health | 1,281,960 | 547,822 | 24,359,545 | 3,803,238 | 4,351,060 | 8.5775% |
| 10 | Cigna | 0 | 0 | 3,283,200 | 512,604 | 512,604 | 1.0105% |
| 11 | Dakota Drug, Inc. | 7,920 | 3,384 | 432,000 | 67,448 | 70,832 | 0.1396% |
| 12 | Drogueria Betances | 0 | 0 | 1,166,400 | 182,109 | 182,109 | 0.3590% |
| 13 | Express Scripts | 0 | 0 | 11,707,200 | 1,827,836 | 1,827,836 | 3.6033% |
| 14 | Genetco, Inc. | 0 | 0 | 172,800 | 26,979 | 26,979 | 0.0532% |
| 15 | H.D. Smith | 85,560 | 36,563 | 4,449,600 | 694,713 | 731,275 | 1.4416% |
| 16 | Independent Pharmacy Cooperative | 0 | 0 | 583,200 | 91,055 | 91,055 | 0.1795% |
| 17 | J.M. Blanco, Inc. | 0 | 0 | 2,520 | 393 | 393 | 0.0008% |
| 18 | Kaiser Permanente | 0 | 0 | 604,800 | 94,427 | 94,427 | 0.1861% |
| 19 | Keysource | 0 | 0 | 885,600 | 138,268 | 138,268 | 0.2726% |
| 20 | Kinney Drugs, Inc. | 0 | 0 | 6,120 | 956 | 956 | 0.0019% |
| 21 | Kroger | 0 | 0 | 7,603,200 | 1,187,082 | 1,187,082 | 2.3402% |
| 22 | Louisiana Wholesale Drug Co. | 0 | 0 | 194,400 | 30,352 | 30,352 | 0.0598% |
| 23 | McKesson Corporation | 2,071,140 | 885,064 | 30,150,720 | 4,707,409 | 5,592,473 |  |
|  | Meijer Assignment | 6,780 | 2,897 | 20,700 | 3,232 | 6,129 |  |
|  | McKesson Net of Assignments | 2,064,360 | 882,167 | 30,130,020 | 4,704,177 | 5,586,344 | 11.0127% |
| 24 | Meijer (McKesson Assignment) | 6,780 | 2,897 | 20,700 | 3,232 | 6,129 | 0.0121% |
| 25 | Miami-Luken, Inc. | 1,260 | 538 | 64,800 | 10,117 | 10,656 | 0.0210% |
| 26 | Morris & Dickson Co. | 182,760 | 78,099 | 52,920 | 8,262 | 86,362 | 0.1702% |
| 27 | Mutual Drug | 3,960 | 1,692 | 734,400 | 114,661 | 116,354 | 0.2294% |
| 28 | Omnicare, Inc. | 0 | 0 | 1,123,200 | 175,364 | 175,364 | 0.3457% |
| 29 | Parmed Pharmaceuticals | 0 | 0 | 7,560 | 1,180 | 1,180 | 0.0023% |
| 30 | PBA Health | 0 | 0 | 432,000 | 67,448 | 67,448 | 0.1330% |
| 31 | Publix Super Markets | 0 | 0 | 2,160,000 | 337,239 | 337,239 | 0.6648% |
| 32 | Quest Pharmaceuticals, Inc. | 0 | 0 | 259,200 | 40,469 | 40,469 | 0.0798% |
| 33 | Rochester Drug Cooperative | 33,840 | 14,461 | 2,311,200 | 360,846 | 375,307 | 0.7399% |
| 34 | Rx Solutions | 0 | 0 | 5,011,200 | 782,395 | 782,395 | 1.5424% |
| 35 | Schnuck Markets, Inc. | 0 | 0 | 1,512,000 | 236,067 | 236,067 | 0.4654% |
| 36 | Smith Drug Company | 20,880 | 8,923 | 1,274,400 | 198,971 | 207,894 | 0.4098% |
| 37 | The Harvard Drug Group | 0 | 0 | 151,200 | 23,607 | 23,607 | 0.0465% |
| 38 | Top RX | 0 | 0 | 367,200 | 57,331 | 57,331 | 0.1130% |
| 39 | Total Care RX, Inc. | 0 | 0 | 2,635,200 | 411,432 | 411,432 | 0.8111% |
| 40 | Value Drug Co. | 5,760 | 2,461 | 518,400 | 80,937 | 83,399 | 0.1644% |
|  | Total | 5,278,740 | 2,255,773 | 310,452,265 | 48,470,679 | 50,726,452 | 100% |

Source: manufacturer transactional sales data.