UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Actions | Master File No.<br>19-md-02878-NMG |

**DIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE, APPOINTMENT OF SETTLEMENT ADMINISTRATOR AND ESCROW AGENT, AND SETTING THE FINAL SETTLEMENT SCHEDULE AND DATE FOR FAIRNESS HEARING**

Pursuant to Federal Rule of Civil Procedure 23(e), plaintiffs Meijer, Inc. and Meijer Distribution, Inc. ("Plaintiffs") on behalf of themselves and the classes of direct purchasers previously certified by this Court (the "Direct Purchaser Classes" or "Classes"), move for entry of an Order:

1. Granting preliminary approval of the agreement by and between Plaintiffs, individually and on behalf of the Direct Purchaser Classes, with defendants Ranbaxy, Inc. and Sun Pharmaceutical Industries Limited ("Defendants" or "Ranbaxy") to settle the claims brought on behalf of the Direct Purchaser Classes against Ranbaxy in this action (the "Settlement Agreement");

2. Approving the proposed form and manner of notice of the proposed settlement to members of the Direct Purchaser Classes;

3. Appointing Rust Consulting, Inc. as settlement administrator to assist in disseminating settlement notice to the Direct Purchaser Classes, and, if the settlement is

*Motion allowed.* *NMGorton,* USDJ 04/28/2022

1