# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>All End-Payor Actions | Master File No.<br>19-md-02878-NMG |

## END-PAYOR LEAD CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES, AND APPLICATION FOR SERVICE AWARDS

Pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, Lead Class Counsel for the End-Payor Plaintiffs respectfully submits this Motion seeking an award of attorneys' fees and litigation expenses from the common fund. Lead Class Counsel also submit an application for Service Awards for the two Class Representatives, United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania ("UFCW NEPA") and Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana and HMO Louisiana, Inc. ("BCBS LA") (collectively, the "Plaintiffs" or "Class Representatives") as compensation for the service they provided as the Class Representatives.

The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support of End-Payor Lead Class Counsel's Motion for Attorneys' Fees and Payment of Litigation Expenses, and Application for Service Awards, and the Joint Declaration of Gerald Lawrence, Esq. and James R. Dugan, II, Esq. in support of (A) End-Payor Class Plaintiffs' Unopposed Motion for Final Approval of the Proposed Class Action Settlement; and (B) Lead Class Counsel's Motion for an Award of Attorneys' Fees, Litigation Expenses, and Service Awards, dated June 27, 2022, and all Exhibits attached thereto.

Dated: June 27, 2022                          Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

By: */s/Renee A. Nolan*
Gerald Lawrence
Renee A. Nolan
William Olson
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel. (215) 399-4770
glawrence@lowey.com
rnolan@lowey.com
wolson@lowey.com

Peter D. St. Phillip
44 South Broadway
Suite 1100
White Plains, New York 10601
Tel. 914-997-0500
pstphillip@lowey.com

*Counsel for Plaintiff United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania and the End-Payor Classes*

**THE DUGAN LAW FIRM, APLC**

James R. Dugan, II
David S. Scalia
TerriAnne Benedetto
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA 70130
Tel: 504-648-0180
Fax: 866-328-7670
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com

*Counsel for Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana, and HMO La., Inc. and the End-Payor Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, a true copy of the foregoing document was served on all counsel of record by electronic transmission and/or electronically filing the document with the Court's CM/ECF system.

*/s/Renee A. Nolan*