UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RANBAXY GENERIC DRUG APPLICATION ANTITRUST LITIGATION | MDL No. 2878 |
| THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Actions | Master File No.<br>19-md-02878-NMG |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF PROPOSED PLAN OF ALLOCATION, AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 23(e), plaintiffs Meijer, Inc. and Meijer Distribution, Inc. ("Plaintiffs") on behalf of themselves and the classes of direct purchasers previously certified by this Court (the "Direct Purchaser Classes" or "Classes"), move for entry of an Order:

1. Finding that the notice of the settlement to the direct purchaser class satisfies due process;

2. Finding, pursuant to Rule 23 of the Federal Rules of Civil Procedure, that the Settlement Agreement between Plaintiffs and Ranbaxy, Inc. and Sun Pharmaceutical Industries Limited (collectively, "Defendants" or "Ranbaxy"),[1] dated April 8, 2022,[2] is in all respects fair, reasonable, and adequate to class members;

3. Dismissing with prejudice all claims of the Direct Purchaser Classes against Defendants as described in the Settlement Agreement;

4. Approving the proposed plan of allocation for the direct purchaser classes;[3] and

---

[1] Sun acquired Ranbaxy in 2015 and thereby became responsible for Ranbaxy's liabilities.

[2] *See* Settlement Agreement, Exhibit 1 to the Decl. of Thomas M. Sobol in Supp. of Direct Purchaser Class Pls.' Am. Mot. for Prelim. Approval of Settlement, Approval of Form & Manner of Notice to the Class, Appointment of Claims Administrator & Escrow Agent & Setting Final Settlement Schedule & Date for Fairness Hr'g ("Sobol Decl."), ECF No. 590-1.

[3] Sobol Decl. Ex. 5, ECF No. 590-5.

5. Entering final judgment and ordering dismissal with prejudice.

In support of this motion, the direct purchasers rely upon the accompanying Memorandum of Law, Declaration of Co-Lead Counsel, Thomas M. Sobol, and Declaration of Amy Fringer Regarding Notice of Settlement to the Direct Purchaser Class.

The direct purchasers also submit a proposed order with this motion.

|  |  |
|---|---|
| Dated: June 27, 2022 | Respectfully submitted,<br><br>*/s/ Thomas M. Sobol*<br>Thomas M. Sobol (BBO# 471770)<br>Gregory T. Arnold (BBO# 632738)<br>Kristen A. Johnson (BBO #667261)<br>Kristie A. LaSalle (BBO #692891)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>One Faneuil Hall Square, 5th Floor<br>Boston, MA 02109<br>Tel: (617) 482-3700<br>Fax: (617) 482-3003<br>tom@hbsslaw.com<br>grega@hbsslaw.com<br>kristenj@hbsslaw.com<br>kristiel@hbsslaw.com<br><br>Steve D. Shadowen (admitted *pro hac vice*)<br>Richard M. Brunell (BBO#544236)<br>Matthew C. Weiner (admitted *pro hac vice*)<br>**HILLIARD SHADOWEN LLP**<br>1135 W. 6th St., Ste. 125<br>Austin, Texas 78703<br>Tel: (855) 344-3928<br>steve@hilliardshadowenlaw.com<br>rbrunell@hilliardshadowenlaw.com<br>matt@hilliardshadowenlaw.com<br><br>*Lead Class Counsel for the Direct Purchaser Classes* |

John D. Radice (admitted *pro hac vice*)
**RADICE LAW FIRM, PC**
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com

Paul E. Slater (admitted *pro hac vice*)
Joseph M. Vanek (admitted *pro hac vice*)
David P. Germaine (admitted *pro hac vice*)
John Bjork (admitted *pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com
mslater@sperling-law.com

Joseph H. Meltzer (admitted *pro hac vice*)
Terence S. Ziegler (admitted *pro hac vice*)
Ethan J. Barlieb (admitted *pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
ebarlieb@ktmc.com

Kenneth A. Wexler (admitted *pro hac vice*)
Justin Boley (admitted *pro hac vice*)
Tyler Story (admitted *pro hac vice*)
**WEXLER BOLEY & ELGERSMA LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com

Sharon K. Robertson (admitted *pro hac vice*)
Donna M. Evans (BBO #554613)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Counsel for Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and the Direct Purchaser Classes*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
Tel: (917) 438-9189
lnussbaum@nussbaumpc.com

*Counsel for the Direct Purchaser Classes*

## CERTIFICATE OF SERVICE

      I, Thomas M. Sobol, certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: June 27, 2022                                          /s/ Thomas M. Sobol
                                                                                  Thomas M. Sobol